**FREEDOM COURT REPORTING**

Page 317

1  Q. Only to patients?
2  A. All we need to communicate
3  about is about patients.
4  Q. Is it your position today
5  that communications between employees
6  and colleagues is only important with
7  patients? I just want to make sure
8  that's your --
9  A. No, it's important, but the
10 priority is with patients. What he
11 meant by that was not a priority for
12 me to find out.
13 Q. Well, that's an assumption
14 again on your part, correct? He
15 didn't tell you that, right?
16 A. Tell me what?
17 Q. I just asked you, Ms.
18 Bennett, and I want you to answer my
19 question, that was an assumption on
20 your part?
21 A. Yes, and to assume that it
22 referred to a horse was an
23 assumption.

Page 318

1  Q. Did you ever ask anybody
2  else in the hospital what he may have
3  meant by that?
4  A. No.
5  Q. Did you ever ask anybody in
6  the hospital if he ever said that to
7  anyone else in the hospital?
8  A. No.
9  Q. Okay. It looks like on
10 that same day, on October 2nd, 2005,
11 you're contending later in the day
12 there was another incident with
13 Michelle Clark and Candace Thomas
14 present; is that correct?
15 A. Yes.
16 Q. Okay. Where exactly in the
17 ER room did that take place?
18 A. In critical care.
19 Q. Okay. And I apologize, I
20 haven't been over there before.
21 Describe the critical care unit to
22 me.
23 A. It's on the main hallway.

Page 319

1  It's an area that contains four beds.
2  There's a big glass door that stays
3  open into that area. There's a
4  nurse's desk over to the left when
5  you walk inside there.
6  Q. Okay. You said there was
7  some glass doors?
8  A. Yeah.
9  Q. Okay. When this alleged
10 incident by you on October 2nd -- the
11 second incident on that same day when
12 Michelle Clark and Candace Thomas
13 were present, were you behind the
14 closed -- were you behind the glass
15 doors?
16 A. Yes, they stay open. I was
17 sitting inside critical care.
18 Q. Were there any patients in
19 there with you?
20 A. I don't remember.
21 Q. You would agree that
22 working in an ER room, it is critical
23 for -- to have good sanitary

Page 320

1  procedures, correct?
2  A. Yes.
3  Q. And in today's environment,
4  you would agree that the exposure of
5  blood, semen, and other types of
6  bodily fluids is critical to control
7  in a hospital, correct?
8  A. Yes.
9  Q. And if a woman was
10 bleeding, whether if it was her
11 period or on her femur, you would
12 agree that that could cause a
13 potential issue in a hospital
14 concerning exposure of certain
15 issues, correct?
16 A. Yes.
17 Q. Okay. So, on October the
18 2nd, 2005, those were the only two
19 incidences that occurred; is that
20 correct?
21 A. No.
22 Q. Okay. What was the other
23 incident?

80 (Pages 317 to 320)

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 321

1  A. If you go further down on
2  that same first page.
3  Q. Okay. What was the next
4  incident, the cleavage issue?
5  A. Yes.
6  Q. What were you wearing that
7  day?
8  A. A scrub top with a T-shirt
9  on underneath it.
10  Q. Scrub top V-shaped?
11  A. Yes, and I always wear a
12  T-shirt underneath my scrub tops.
13  Q. And when he mentioned,
14  according to you, the reference of
15  cleavage, where in the hospital did
16  that take place?
17  A. Inside critical care in the
18  ER.
19  Q. Was that, too, behind the
20  closed -- I mean, behind the glass
21  doors that were open?
22  A. Yes, those doors -- they're
23  glass doors and they're never closed,

Page 322

1  so they're always there.
2  Q. Who was present at the time
3  the references of your alleged
4  cleavage incident?
5  A. No one.
6  Q. No patients present?
7  A. There was patients, but we
8  weren't standing near the patients.
9  Q. Do you know any of the
10  patients' names?
11  A. No, I don't.
12  Q. Do you remember any of
13  their faces?
14  A. Yes.
15  Q. Were some of those patients
16  regular?
17  A. No.
18  Q. When you say you remember
19  some of their faces, had you seen
20  them in the hospital before?
21  A. No. One of them I actually
22  had to go to court over, but I don't
23  remember his name, because the

Page 323

1  subpoena didn't have his name on it.
2  It had the people that had assaulted
3  him names on the subpoena.
4  Q. So this particular patient
5  had sued the hospital?
6  A. No, no, it was an assault
7  case. The people that had assaulted
8  him. Sometimes if your name is on
9  the chart, you'll get a subpoena to
10  go to court. So, then, that way you
11  don't really testify. The other
12  people just plead guilty because they
13  see you.
14  Q. But you don't remember his
15  name?
16  A. No.
17  Q. Since the October 2nd,
18  2005, incident, have you seen him
19  back in the hospital?
20  A. No.
21  Q. If you saw his name, would
22  you know it would be him?
23  A. I don't -- I can't say for

Page 324

1  sure. I might.
2  Q. Well, what did he look
3  like?
4  A. It was a black man, dark
5  skinned.
6  Q. Give me an age frame or
7  guess.
8  A. Somewhere between 40 and 50
9  maybe.
10  Q. Do you know whatever
11  happened to his assault case?
12  A. The people pled guilty.
13  Q. But they're in Morgan
14  County?
15  A. Yes. It's actually in
16  Decatur City.
17  Q. Do you know what year
18  timeframe that was?
19  A. That they pled guilty?
20  Q. Yeah. Just give me an
21  idea.
22  A. I think it was this year,
23  actually.

81 (Pages 321 to 324)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 325

1  Q. On that incident where the
2  patient arrived from the ambulance,
3  was that a male or a female?
4  A. Male.
5  Q. And about what age bracket?
6  A. That's the one I described
7  earlier.
8  Q. Okay. That's the black
9  gentleman?
10  A. Yes, ma'am.
11  Q. Okay. Was he coherent when
12  he arrived at the hospital?
13  A. Not really.
14  Q. Had you asked did patient,
15  when he arrived at the hospital, to
16  do something?
17  A. He was moving all around
18  the bed, and we were trying to get
19  him still so we could find out what
20  was going on with him, trying to get
21  some vital signs, you know, exactly
22  what all -- how extensive the damage
23  was on him.

Page 326

1  Q. This supposed statement by
2  Dr. Gaillard, "Maybe if you would
3  show him some cleavage he would be a
4  little more inclined to do what you
5  asked him to do," was Dr. Gaillard in
6  a very serious mode when he said
7  that, or was he laughing? What was
8  his gestures?
9  A. No, he wasn't laughing.
10  Q. What was his gestures?
11  A. He just had a flat affect.
12  Q. Well, did he look at you
13  straight in the eyeballs?
14  A. Yes.
15  Q. Based on this alleged
16  statement, did the patient respond to
17  his statement?
18  A. No. We weren't standing by
19  the patient when he said that.
20  Q. So the patient probably
21  didn't hear anything?
22  A. Probably not.
23  Q. And to your knowledge,

Page 327

1  there was no one else that heard that
2  statement?
3  A. To my knowledge, no.
4  Q. You state it appears that a
5  fourth incident on October 2nd, 2005,
6  where you stated that after the
7  patient calmed down Dr. Gaillard
8  stated, "I see you took my advice on
9  CC 2." I replied, "What?" He leaned
10  forward pulling his top down. I'm
11  not going to assume. What do you
12  mean by CC 2?
13  A. Oh, I'm sorry, that's
14  critical care bed 2.
15  Q. Okay. Well, what type of
16  top was Dr. Gaillard wearing that
17  day; scoop neck, button down shirt?
18  A. I don't recall.
19  Q. But you recall him pulling
20  his top down?
21  A. Yes. All he did was tug at
22  it, but I don't remember exactly what
23  he had on.

Page 328

1  Q. Okay. And I'm going to
2  describe your gesture on the purposes
3  of deposition, that he grabbed the
4  top of his shirt --
5  A. With his finger.
6  Q. -- with his finger, and
7  just tugged it forward?
8  A. Yes, and leaned forward.
9  Q. Okay. But you don't recall
10  on that day if his shirt was scoop
11  neck or buttoned?
12  A. No, I don't.
13  Q. Did he have a jacket or
14  coat on at that time?
15  A. Yes, he did.
16  Q. Was the jacket and coat
17  V-necked or scooped?
18  A. It was just a jacket. It
19  wasn't buttoned.
20  Q. Did he tug his jacket or
21  did he tug his shirt?
22  A. Shirt.
23  Q. Do you remember what color

# FREEDOM COURT REPORTING

Page 329

1  shirt it was?
2      A.  No, I don't.
3      Q.  And, again, when that
4  incident took place, where were you
5  standing in the ER department?
6      A.  In the hallway outside of
7  critical care.
8      Q.  And was that in the same
9  area where he mentioned the cleavage,
10 or is that in a different area?
11     A.  It's in the same area, it's
12 just in the hallway.
13     Q.  Was there anyone around to
14 witness that event?
15     A.  Not to my knowledge.
16     Q.  Did anyone ever come up to
17 you and say, "Gosh, I can't believe
18 Dr. Gaillard did that," or words to
19 that effect?
20     A.  No.
21     Q.  To your knowledge, were
22 there any patients that may have
23 witnessed that incident?

Page 330

1      A.  Not to my knowledge.
2      Q.  And I know you stated this
3  earlier and I apologize, but I didn't
4  write the date down.  Well, I think I
5  may have, but I'm not sure.  What was
6  the inservice day that was held at
7  the emergency department you're
8  contending about sexual harassment?
9  Was that November 5th, or was that a
10 different day?
11         MR. CRUM:  18th, I think.
12         MS. BASWELL-GUTHRIE:
13 November 18th.
14         MR. CRUM:  Yeah -- 14th.
15     A.  November 14th.
16     Q.  (BY MS. BASWELL-GUTHRIE:)
17 Prior to the inservice date, how much
18 notice had you been given that there
19 was going to be a meeting concerning
20 sexual harassment.
21     A.  I don't remember.
22     Q.  Well, I'm going to ask you
23 to try to give me a timeframe; a few

Page 331

1  days, a week, a month?
2      A.  I don't even know what day
3  of the week this is, that this is on.
4      Q.  Well, let's just say
5  mid-November.  So, did you know a
6  week in advance, a month in
7  advance -- how much notice had you
8  received about this inservice
9  meeting?
10     A.  I'm sure no more than a
11 week, but I can't say for sure.
12     Q.  Did the hospital send out
13 an internal memorandum notifying
14 about the inservice meeting?
15     A.  No, they posted it in the
16 nurse's lounge.  That's where they
17 posted the inservice meeting, the
18 inservice notice.
19     Q.  You mention in your
20 testimony that Dr. Pool stated to,
21 "Just unload on Dr. Gaillard and just
22 let him have it."  And you stated, "I
23 can't, I'll get in trouble," and he

Page 332

1  said, "No."  After he told you that,
2  did you go to Dr. Gaillard and tell
3  him to stop?
4      A.  No, because I tried to
5  avoid him.
6      Q.  Well, if you wanted him to
7  stop this alleged conduct -- I
8  understand you may want to avoid him,
9  but to get him to stop why did you
10 not have a conversation with him?
11     A.  Well, actually I had
12 already told him to stop, that I
13 wasn't going to talk to him earlier
14 on that other date.  And I'm not just
15 going to go up to him and start
16 talking to him about it, because all
17 you will do then is open up a door
18 for yourself for him to start in
19 again about something else, because
20 that's the way he does.
21     Q.  When you said you told him
22 on the other day, what day are you
23 talking about?

83 (Pages 329 to 332)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

Page 333

1   A. On the 2nd when I told him
2   to stop, I wasn't going to talk to
3   him, because he didn't know how to
4   act.
5   Q. And that was specifically
6   with respect to him asking your age,
7   correct?
8   A. That was just specifically
9   related to just the way he is.
10  Q. I'm looking at your answers
11  to interrogatories?
12  A. I understand that. I'm
13  not --
14  Q. Do not be argumentative.
15  A. I'm not.
16  Q. Let me finish my question.
17  In answers to your interrogatories
18  and in your testimony today, you
19  stated when he asked your age you
20  told him, "Stop, I'm not talking to
21  you." I'm asking you, are you now
22  changing your testimony and telling
23  me that you again, on three other

Page 334

1   different occasions on August the
2   2nd, 2005, told him to stop
3   commenting, concerning the scrub
4   issue -- the scrubs issue? Yes or
5   no, did you?
6   A. Well, you've lost me,
7   because you changed.
8   Q. Did you tell him to stop
9   making comments about your scrubs on
10  August 2nd, 2005?
11  A. August 2nd?
12  Q. Yes.
13  A. I don't see an August 2nd
14  in here.
15  Q. I mean October 2nd, sorry.
16  On October 2nd when you described the
17  scrubs incident, did you tell him to
18  stop making comments about your
19  scrubs?
20  A. That was in January.
21  Q. Okay. Well, in your
22  answers to interrogatory -- all
23  right, well, let's back up, because

Page 335

1   my understanding was there were four
2   incidences that took place on October
3   2nd, 2005. So let's make sure I've
4   got this right -- chronology. On
5   October 2nd, 2005, there was the
6   comment about riding you hard,
7   correct?
8   A. Yes.
9   Q. Okay. And, then, in that
10  same paragraph in your answers to
11  interrogatories, you talk about the
12  scrubs incident. Are you telling me
13  that did not take place on October
14  2nd, 2005, now?
15  A. You're talking about the
16  cleavage issue.
17  Q. I'm talking about him
18  telling you about doesn't she have to
19  change her scrubs?
20  A. Yes, that did take place
21  there. I'm sorry, I was looking at
22  another incident with scrubs.
23  Q. And when he made this

Page 336

1   purported statement that you contend,
2   did you tell him to stop making
3   statements about your scrubs?
4   A. No, I didn't.
5   Q. Okay. Now, I believe --
6   and correct me if I'm wrong, on
7   October the 2nd, 2005, you're
8   contending he also made the comment
9   about the cleavage, correct?
10  A. Yes.
11  Q. Okay. When he made this
12  alleged statement, did you tell him
13  to stop making comments about your
14  cleavage?
15  A. No.
16  Q. Okay. And I just want to
17  make sure, on October the 2nd, 2005,
18  was also the day when you contend he
19  tugged on his shirt, correct?
20  A. Correct.
21  Q. Did you tell him to stop
22  doing that on that day?
23  A. No.

FREEDOM COURT REPORTING

Page 337

1  Q. Okay. Now, we're going to
2  assume for purposes of testimony
3  today that the inservice meeting took
4  place on November the 14th, 2005.
5  From October the 2nd, 2005, up to
6  November the 14th, 2005, was there
7  any other inappropriate behavior that
8  you're contending Dr. Gaillard
9  committed?
10  A. No.
11  MR. MIDDLEBROOKS: Are we
12  at a place for a quick break?
13  THE WITNESS: Yes, because
14  water is not your friend.
15  (Whereupon, the deposition
16  was recessed.)

Page 338

1  CERTIFICATE
2
3  STATE OF ALABAMA
4  COUNTY OF JEFFERSON
5
6  I, Sunnie E. Gillespie,
7  hereby certify that the above and
8  foregoing deposition was taken down
9  by me on Computerized Stenotype, and
10  the questions and answers thereto
11  were transcribed by me, and that the
12  foregoing represents a true and
13  correct transcript of the deposition
14  given by said witness upon said
15  hearing.
16  I further certify that I am
17  neither of counsel nor of kin to the
18  parties in the action, nor am I in
19  anywise interested in the result of
20  said cause.
21
22  _____
23  Sunnie E. Gillespie

85 (Pages 337 to 338)

# FREEDOM COURT REPORTING

Page 339

**A**

abide 13:8
abilities 271:17
ability 14:11
  15:21 82:1,22
  85:23 102:7
able 23:4 24:2
  25:2,19 38:18
  150:7 184:1,2
  230:18 238:9
abusive 34:12
  232:14 233:8
accept 38:19,21
acceptable
  168:11
access 136:20
accessible 143:4
accident 35:6,17
  173:5
accomplish
  205:7
account 38:13
  39:22
accountable
  249:16 250:6
accounts 42:15
accurate 47:18
acknowledge
  167:19
acknowledged
  201:22
act 206:12,17
  267:20 268:9
  272:17 297:23
  314:7 333:4
acted 297:15
acting 9:3
  272:14
action 1:9 99:10
  99:15,18 108:5
  109:15 118:21
  176:23 187:1
  259:14,15,16
  338:18

actions 191:4
  199:8 227:19
  250:6
activities 296:19
activity 39:10
actual 45:6
  93:23
add 42:2
additional
  113:13 116:7
  133:12 145:20
address 27:5
  227:13 270:18
addressed 26:16
  68:2 115:4
  147:20
ADHD 15:7
  238:17 240:10
  240:14 256:4
  257:5
administrative
  5:8,11 27:10
  73:2 106:8
  140:22 143:20
  144:5,23
  164:18,22
  165:16 187:13
  197:15 202:10
  223:10,22
  224:5,10
administrator's
  78:23
admiring 65:11
adult 36:19
advance 331:6,7
advice 219:15
  220:4 275:4
  327:8
aerospace
  291:21
affect 14:11
  15:21 82:2
  85:10,14 86:5
  87:1,4,10,14

240:4 279:3
  326:11
affiliated 255:20
  262:21 292:16
affirmatively
  266:5
afraid 167:16
afternoon 142:7
age 265:10
  267:17,22
  268:4 269:2
  311:2,3 313:19
  314:4 324:6
  325:5 333:6,19
agitated 274:17
ago 198:22
  256:16 267:14
  268:13
agree 26:2 76:23
  116:18 117:1
  118:20 230:4
  259:1,4 316:20
  319:21 320:4
  320:12
agreeable 112:6
  116:21 206:22
  207:4
agreed 2:1,13,21
  3:9 145:21
agreement
  119:1 193:22
ahead 25:14
  43:10 44:8
  104:18,19
  110:2 148:5
  205:10 222:3
  242:1 250:9
  282:3
AL 1:14
Alabama 1:2 2:6
  2:9 7:5,13,16
  7:23 8:6 9:2,10
  11:20 188:5
  190:20 252:13

255:10 338:3
alive 234:8
alleged 214:9
  319:9 322:3
  326:15 332:7
  336:12
allegedly 194:12
allergies 15:1,4
allergy 15:19
allow 202:9
allowed 186:21
  191:19 223:19
  224:19
allowing 70:7
ambulance
  325:2
amount 144:12
  145:20
anguish 220:19
ankle 35:21
anniversary
  286:6
answer 4:17
  13:19 14:5
  19:3 20:13
  21:13 46:16,20
  48:14 50:18
  88:15 90:1,3,5
  96:2 128:10
  139:17 183:18
  184:11 190:5
  243:14 309:2
  317:18
answered 300:8
answering 243:2
answers 4:12,13
  4:15 16:20,21
  16:22 27:12
  45:12,16 46:3
  46:13,23 47:5
  47:8,9,11,13
  47:14,17 48:2
  48:5 92:4 94:8
  96:15 147:13

148:15 167:8
  196:17 197:1
  202:22 222:16
  242:22 250:17
  250:18 333:10
  333:17 334:22
  335:10 338:10
anticipating
  214:12
antidepressant
  238:6
anybody 20:1
  21:8 28:4
  38:11 81:8
  97:18 98:22
  99:3 121:8
  126:17 132:12
  133:17 140:18
  155:9 162:2,12
  169:20 172:7
  193:6,20 198:5
  207:20 208:18
  220:12 229:21
  235:14 244:16
  255:20 262:10
  263:8,9 267:11
  276:18 284:2
  294:13 297:21
  318:1,5
anymore 99:8
  100:15 154:23
  258:9
anyway 100:18
anywise 338:19
Apollo 12:8
  21:18 42:19
  68:10 70:20
  84:2,18 88:5
  186:20 195:16
  213:13 226:23
  252:17 253:2
ApolloMD 1:13
  7:16 11:20
  22:5 24:1

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660


159:17 186:13
252:2,4,12
253:8 254:7,13
254:14 255:20
255:21 258:22
262:20,21
292:15
**ApolloMD's**
254:20
**apologize** 248:9
299:22 300:19
313:5 318:19
330:3
**apparently**
76:18 256:17
273:18 288:6
**Appeal** 72:21
**APPEARING**
7:1,7,15 8:1
**appears** 327:4
**appetite** 239:9
**application** 4:20
49:4,7 50:11
**applied** 49:16
178:8 179:12
**apply** 59:5 60:6
**appreciate**
111:18
**appropriate**
20:17 77:1
116:19 184:16
**appropriately**
297:23
**approximately**
28:16 39:23
54:3 309:22
**area** 129:15
141:16,20
142:11,13
143:13,17
160:21 168:7,8
203:3,9 273:9
319:1,3 329:9
329:10,11

**areas** 128:18
141:8,14
142:15
**argumentative**
333:14
**Arnold** 88:1,3,7
**arrangements**
101:5
**arrested** 36:8
198:21 298:18
**arrived** 325:2,12
325:15
**Arsenal** 29:18
**aside** 103:3
**asked** 65:10
99:4 100:7
102:15,19
117:15,18
150:21 165:18
176:17 198:17
205:19 212:5,6
212:7 236:10
250:13 251:9
251:10 262:9
267:17 268:3
269:1 274:3
275:1 276:22
291:2 298:5
300:16 311:1,2
313:19 314:4
315:8 317:17
325:14 326:5
333:19
**asking** 12:20
41:7 100:13
148:18,23
191:9,14 221:5
224:23 236:4
248:2 265:10
270:15 273:5
297:3 300:8
303:6,7 333:6
333:21
**asks** 282:12,15

**aspect** 20:6
220:9
**assault** 188:4,19
190:20 193:4
196:2 298:14
323:6 324:11
**assaulted** 323:2
323:7
**assign** 3:4
**assigned** 141:6
141:10 142:8
142:10,12
143:8,11,12,16
**assignments**
82:4 83:4
141:11
**assistance**
102:19
**associated** 42:9
**assume** 13:17
50:12,14 77:8
129:20 317:21
327:11 337:2
**assumed** 105:5
105:11
**assumption**
247:8 314:12
317:13,19,23
**asthma** 15:2,5
**Atlanta** 97:8,10
254:19,21
255:1,3 262:10
262:15
**attached** 45:8
**attempt** 263:10
295:11
**attempted**
262:23 263:7
**attend** 37:9
54:19
**attended** 75:18
137:1
**attention** 15:9
256:23 257:3

**attorney** 165:7
213:17,21
311:9
**attorneys** 11:16
14:3
**attracted** 266:14
272:16
**attractive** 267:2
267:2,5
**attribute** 43:19
242:18
**audio** 17:4
**August** 2:9 9:11
50:8 51:4,6
55:16 58:4
62:21 63:1
78:14 80:10,11
80:17 95:8
179:23 183:9
187:6 216:18
334:1,10,11,13
**authority** 41:21
81:20 82:7,14
82:19 83:13,19
83:21 84:2
85:9 87:17
102:5 106:3
**Autos** 33:14
**Avenue** 2:8 7:4
7:12 9:10
28:12
**avoid** 332:5,8
**aware** 71:7,11
98:10 151:3
155:13 156:18
169:19,22
192:17 193:18
204:11 259:13
**awhile** 218:15
239:10
**a.m** 2:11 49:22
─────────
**B**
─────────
**B** 4:8

**back** 26:5 39:19
44:23 51:19
54:6 55:16,21
55:23 62:20
65:15 88:23
92:19 93:5
94:17 108:10
112:20 115:21
119:6 120:8,15
122:5 123:3
126:14 131:21
135:5 141:20
147:11,16
148:16 149:10
151:12 153:5
153:10,23
155:23 160:21
160:23 163:10
183:8 190:8
196:22 198:22
206:11 208:21
217:14 218:10
221:18,23,23
245:15 246:12
247:18 268:5
277:8 278:18
286:20 290:11
291:16 298:23
300:2 305:19
310:20 313:17
314:9 323:19
334:23
**background**
28:10 42:23
70:3,13,17,21
**bad** 95:4 198:1
**Badgering** 303:3
**Ballgame** 97:12
**banter** 128:7,8
**base** 196:13
197:3 228:6
290:19
**based** 156:22
182:2 226:12

249:5,7 326:15
**bases** 169:6
**basically** 297:17
**basis** 16:4 37:10
  69:20 91:8,10
  132:7 193:18
  194:2,8 197:7
  197:12 220:23
  308:20 316:11
**Baswell-Guth...**
  4:6 8:3,4 9:21
  22:15 110:5
  131:3 147:4
  222:7 249:17
  264:8 276:2,5
  288:2 299:13
  299:15 330:12
  330:16
**Bates** 55:12
  57:23 60:19
  75:10 176:4
  183:2 200:23
**bathroom**
  128:14 129:6,7
  129:19,22
  130:3 189:9
**bathrooms**
  129:17
**battery** 188:4,20
  190:20 193:4
  196:2 298:14
**Beck** 42:6
**bed** 125:16,18
  325:18 327:14
**beds** 125:13,15
  319:1
**bedside** 66:12
  125:11 126:6
**Beech** 30:3,5
**began** 51:8
**beginning** 26:6
  80:17 207:13
  292:4,6
**behalf** 7:1,7,15

8:1 132:14,19
  250:12
**behavior** 24:10
  25:4,6,10 94:2
  94:15,19 95:22
  96:12 97:20
  104:22 105:1
  112:19 114:23
  115:16 116:8
  116:12 118:6
  128:11 133:1
  138:9 140:7
  152:14 169:9
  195:9 199:1
  215:6 228:6
  229:12 234:16
  267:6 300:12
  304:23 305:6
  306:23 313:15
  337:7
**behaviors** 115:3
  115:6 207:18
**belief** 86:5,7
  231:4
**believe** 153:2,3
  178:1 231:6,7
  296:23 308:4
  314:2 329:17
  336:5
**believed** 73:17
**belong** 37:7
**benefit** 44:5
**benefited** 199:7
  199:9,11 200:7
**benefits** 224:5
  237:15
**Bennett** 1:5,20
  2:3 5:16 9:12
  9:16 10:4,6,9
  10:20 11:1,2,3
  11:11,14 45:18
  75:16 132:16
  147:11 161:3
  201:20,21

202:9 203:8
  205:12,19,21
  206:6,20
  207:22 222:15
  225:16 272:23
  281:13 299:14
  317:18
**bent** 275:6,9
**best** 47:20 50:14
  54:22 92:15
  94:18 102:7,22
  169:12 215:1
  216:7,14
**better** 56:13
  113:1 248:3
  280:17
**beyond** 188:2
  200:4
**Bice** 42:5
**big** 228:13 319:2
**bigger** 228:17
**biopsy** 43:4
**Birmingham** 2:8
  7:13 9:10
  172:20 173:7
  255:8,11
  262:11,16
**birthday** 97:3,9
  97:11
**bit** 18:18 27:7
  28:9 88:17
  149:5 180:1
  274:22,23
  299:20
**black** 178:2,21
  179:1,5 324:4
  325:8
**blah** 204:4,5,5,5
  204:5
**bled** 273:19
**bleeding** 320:10
**blocks** 56:15
**blog** 284:6
**blogged** 39:16

**blogging** 39:13
**blogs** 39:8
**blood** 320:5
**bodily** 228:2
  320:6
**body** 305:21
**boil** 295:20
**boiling** 297:18
**book** 136:7
**boss** 41:12
**bosses** 316:17
**bothered** 130:9
  302:2
**bottom** 58:1
  60:19 96:3
  176:5 202:7
  206:4
**bought** 272:23
  273:20
**Bowling** 34:2
**box** 7:22 178:7,9
  179:9 181:4,8
  184:15,17,18
**bracket** 325:5
**Bramlett** 10:11
  30:21 31:18
  32:13,19 33:12
  33:14 34:16
  35:4
**break** 13:22
  14:6 147:2,3
  147:12 203:3,9
  221:18 222:4,6
  222:15 226:8
  275:15 337:12
**breakdown**
  258:20
**breast** 43:4
**breath** 274:15
  275:23
**Brent** 7:3
**bring** 243:4
**broader** 221:13
**broken** 35:20

**brought** 177:22
  198:12 256:22
  257:2
**BROWN** 7:2
  10:1 43:22
  44:19 45:1
  48:8,16,21
  147:7 165:7
  183:15 184:8
  222:2,11 230:7
**BUDDIE** 7:2
**building** 293:10
**bunch** 43:6
**burden** 168:15
**button** 327:17
**buttoned** 328:11
  328:19
**buy** 273:10
**Buzz** 44:15

---
**C**

**C** 338:1,1
**cabinet** 65:6
**calculate** 226:9
**calculated** 227:4
**calendar** 181:19
  273:1,10,20
**call** 43:23 44:9
  56:4 111:12
  141:15 166:13
  215:19 222:8
  254:20 255:4,8
  284:6 293:13
  305:8 310:21
**called** 101:7
  161:11 215:16
  262:10
**calls** 147:5
**calmed** 275:21
  327:7
**Camelia** 313:11
**Camille** 313:11
**Candace** 119:20
  307:8,11,17

| | | | | |
|---|---|---|---|---|
| 318:13 319:12 | cents 62:8 | chart 270:14 | 13:1 16:5,17 | color 328:23 |
| candy 137:16,21 | certain 45:8 | 279:4,10 323:9 | 17:6,12 18:3 | combination |
| 207:17 208:2 | 46:9 127:18 | charts 278:12,15 | 27:16 28:2 | 133:6 208:11 |
| 218:10 | 143:17 320:14 | 278:20 | 42:18 92:6 | come 17:1 26:5 |
| car 35:6 173:5 | certainly 43:15 | Chasity 210:19 | 146:16 197:4 | 46:22 55:23 |
| 235:14 | 92:7 93:15 | 313:3 | 213:8,12,15 | 70:7 84:7 |
| card 127:22 | 95:20 195:19 | chat 39:10,11 | 220:13 254:14 | 88:23 123:3 |
| cardiac 39:18 | 200:5 205:5 | check 70:2 | clarify 182:8 | 129:1 143:21 |
| care 54:11 65:21 | 226:4 | 122:4 131:15 | 250:14 | 150:18 161:16 |
| 140:23 141:16 | certify 9:4 47:4 | 146:9 178:6 | Clark 119:20 | 176:12,18 |
| 141:18,19,22 | 338:7,16 | 179:9 184:17 | 311:5,6,11 | 178:18 208:9 |
| 142:20,21,23 | certifying 45:21 | checked 178:9 | 313:19 318:13 | 221:18,22 |
| 203:4 222:1 | cetera 187:2 | 184:18 241:1,4 | 319:12 | 226:2,5,10,15 |
| 229:13,22 | 207:15 | Cheryl 8:3 | clean 273:23 | 236:8,11 |
| 230:5 238:11 | chain 73:23 | 299:14 | clear 92:5 293:8 | 242:11 256:20 |
| 271:21 273:9 | 74:19 80:16,23 | child 32:5 | clearer 88:17 | 263:2 279:13 |
| 318:18,21 | 81:2,9 133:17 | 232:18 312:18 | cleavage 274:4,7 | 329:16 |
| 319:17 321:17 | 207:20 209:1 | children 31:23 | 274:11,22 | comes 298:23 |
| 327:14 329:7 | 244:13,16 | 32:12,18,22 | 275:10,18 | comfortable |
| cared 299:3 | chair 259:18 | 38:13,23 40:8 | 321:4,15 322:4 | 47:17 |
| career 198:4 | 279:5,7 | 214:2 284:23 | 326:3 329:9 | coming 166:21 |
| careful 44:3 | chairs 278:20,23 | 285:17 312:6 | 335:16 336:9 | 168:8 172:20 |
| 177:9 | chance 190:4 | 312:14 | 336:14 | 268:7 305:19 |
| caring 295:1 | change 5:2,5 | choose 247:1 | client 253:7,8 | command 73:23 |
| Carl 31:1 | 55:11 60:21 | chose 168:13 | 262:16 | 74:20 80:16,23 |
| case 17:8,12 | 83:7 85:4,15 | 243:3 | clients 13:2 | 81:2,10 133:17 |
| 27:16 28:2 | 147:14 189:23 | chronic 244:3 | 250:12 | 207:20 209:2 |
| 56:9 252:18 | 190:3 204:16 | chronology | clock 161:4 | 244:13,17 |
| 300:5 323:7 | 250:23 273:1 | 299:22 335:4 | close 66:15 | commencing |
| 324:11 | 273:12 335:19 | church 37:9 | 147:1 | 2:10 |
| categorize 248:9 | changed 135:19 | Cindy 42:5 | closed 141:1 | comment 119:21 |
| Catherine | 135:23 150:16 | circumstances | 287:4 319:14 | 159:6 173:11 |
| 151:16 153:16 | 151:5 273:6,16 | 198:11 | 321:20,23 | 175:14 264:19 |
| 153:17 | 334:7 | City 324:16 | closer 85:2 | 264:20 268:17 |
| Cathleen 153:15 | changes 136:12 | Civil 1:9 9:6 | clothes 273:19 | 273:8 314:8 |
| Cathy 42:6 | changing 333:22 | claim 18:10,16 | 274:1 | 335:6 336:8 |
| cause 9:12 43:7 | charge 41:17 | 18:20 146:12 | coat 328:14,16 | commented |
| 232:11,15,19 | 74:1,5,11 | 188:12,15,19 | Cobb 7:20 | 263:16 |
| 234:13 256:6,7 | 81:22 86:9,13 | 235:18 295:6 | coherent 325:11 | commenting |
| 320:12 338:20 | 86:13,16 96:4 | 295:14 | colleague 242:8 | 334:3 |
| caused 67:6 | 161:9 176:3,6 | claimed 18:21 | colleagues | comments 39:8 |
| 105:2 232:5,17 | 176:13 181:9 | claiming 19:9 | 250:11 316:17 | 94:22 124:23 |
| 233:1,4 248:22 | 182:8,11 208:5 | 195:20 | 316:22 317:6 | 137:13,20 |
| CC 327:9,12 | charges 298:7 | claims 12:21 | college 292:6 | 149:16 192:22 |