Case 5:06-cv-04777-CLS   Document 69-12   Filed 10/05/07   Page 1 of 10   FILED
2007 Oct-05 PM 03:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

**FREEDOM COURT REPORTING**

Page 343

199:22 202:20
218:7,8,11
229:3 301:3
302:4 303:15
303:18 304:18
308:16,16
334:9,18
336:13
**Commission**
 183:6
**commissioner**
 2:5 3:10 6:23
 9:2,3
**committed**
 337:9
**communicate**
 317:2
**communication**
 316:21
**communicatio...**
 292:13 317:5
**comp** 295:6,13
**companies**
 292:15
**company** 262:20
**complain** 73:16
 76:20 81:16
 86:10 89:5,18
 89:23 91:14
 93:18 122:12
 150:19 151:4
 154:16 156:11
 163:1,2,7
 208:9 219:20
 219:23 297:14
 297:21 298:3
 301:19
**complained**
 18:13 25:23
 80:4 88:22
 91:17 92:12,16
 94:13 122:23
 150:1 151:14
 151:17 152:1

152:23 153:4,7
153:13,19
154:1,5 155:8
155:17 156:9
163:14 164:5
171:13 192:5,7
192:15 193:11
193:16 204:10
208:22 209:23
219:18 223:21
244:13 296:3,5
296:12,16,19
296:20 301:17
**complaining**
 20:7 93:6
 106:10 128:12
 152:16 169:20
 170:1 196:3
 200:8 231:14
**complains** 86:12
**complaint** 5:20
 19:18,23 23:9
 24:21 44:8
 70:10 71:15
 102:1,15
 105:23 139:19
 149:9 163:11
 170:3 172:2
 182:5 186:2,5
 199:4 211:17
 224:21 225:8
 225:10 252:10
 252:22 278:11
**complaints** 23:6
 23:12,15,19
 67:17,20,22
 68:5 77:23
 80:12 88:20
 101:20 103:4
 115:10 118:3,9
 120:10 133:16
 135:1 140:1,11
 146:3 159:22
 163:20 169:3

174:6 185:16
192:3,10
209:10,16
210:4,8 224:20
224:23 289:5
297:4
**complete** 13:19
 47:20 114:12
 205:8 243:13
 291:23
**compliance** 2:17
**complies** 222:21
 225:21
**compromise**
 26:13 229:12
 230:5
**Computerized**
 338:9
**concerned**
 168:14
**concerning**
 303:14 320:14
 330:19 334:3
**Concerta** 14:22
 15:7,16,21
 240:16
**conclude** 184:1
 184:3
**conclusion** 84:8
**condition** 258:4
**conduct** 18:23
 19:14 24:11,14
 43:18 44:7
 81:17 99:22
 101:21 103:5
 119:9 132:4,9
 196:1,6,11,12
 197:2,9 200:8
 216:9 229:21
 253:17 255:12
 259:3,5,7,9,12
 332:7
**confide** 217:14
 312:20

**confidence**
 246:16
**confident**
 250:19
**confirm** 45:18
 252:1
**confirmation**
 300:9
**confusing**
 251:18
**connection**
 42:10
**consider** 58:22
 90:21 197:16
 200:1 212:15
 238:22 239:3
**considered**
 73:22 198:20
 295:16 298:11
**consistent**
 308:20
**constantly**
 167:14 215:13
**constitutes**
 196:2
**contact** 135:15
 167:22 185:11
 215:16 279:16
 279:19 289:18
**contacting** 263:4
**contain** 77:9
**contained** 184:3
**contains** 319:1
**contend** 166:22
 169:6 196:7,12
 199:6 200:4
 336:1,18
**contended**
 146:19
**contending**
 140:5 156:21
 220:18 305:1,7
 307:1 318:11
 330:8 336:8

337:8
**contention**
 194:9
**continuation**
 205:22
**continue** 21:3
 79:10 105:1
 127:21 189:21
 268:10 272:17
**continued** 54:13
**continues**
 116:10
**continuing**
 80:18 291:10
**continuous**
 260:13
**contract** 165:22
 180:7,9 190:12
 190:23 227:12
**control** 82:20
 320:6
**conversation**
 65:18 103:13
 104:11 116:5
 121:16 122:3
 123:6 158:17
 158:18,19
 159:13 160:15
 164:12 165:17
 174:16 175:11
 253:19 254:6
 254:15 260:17
 263:22 272:8
 272:10,13
 289:23 302:9
 302:10 303:13
 332:10
**conversations**
 67:11 123:12
 123:16 160:8
 164:16 165:13
 166:7 167:6
 168:23 171:22
 173:19 174:5

| | | | | |
|---|---|---|---|---|
| 174:10,14 | correctly 300:4 | 142:20,23 | **damages** 146:15 | 310:4,4,12,13 |
| 253:16 270:5,9 | **correspondence** | 203:4 318:18 | 146:21 214:9 | 318:10,11 |
| 271:23 313:14 | 5:15 262:13 | 318:21 319:17 | 220:17 221:1,6 | 319:11 321:7 |
| **conveyed** 147:23 | **counsel** 2:2,23 | 319:22 320:6 | 221:7 222:1,10 | 327:17 328:10 |
| **cope** 238:10 | 3:2 9:7 12:17 | 321:17 327:14 | 258:20 | 330:6,10 331:2 |
| **copies** 51:15 | 172:9,12 211:2 | 329:7 | **dark** 324:4 | 332:22,22 |
| 75:11 76:4 | 238:1 338:17 | **crossed** 138:18 | **date** 9:4 25:20 | 336:18,22 |
| **copy** 17:2 44:16 | **counselor** | 138:22 | 51:5,7 58:12 | **days** 110:9 |
| 44:20,21 53:5 | 237:19 247:2 | **crossing** 138:20 | 75:19 93:13 | 118:19 181:23 |
| **cordial** 67:15 | **count** 16:3 95:3 | **Crum** 4:5 7:18 | 94:3,5,13,16 | 202:4 208:1 |
| **corner** 55:13 | 186:8 188:3,16 | 7:20 9:23 29:8 | 95:3 97:2 | 296:6 310:8 |
| 58:1 60:20 | 189:7 191:14 | 29:11,13 | 104:5 180:20 | 331:1 |
| 176:5 | 191:15 195:11 | 130:15 191:7 | 180:23 185:12 | **deal** 109:21 |
| **correct** 10:20 | 195:16,19 | 191:12 251:3,5 | 185:15 198:5 | **dealings** 205:3 |
| 22:21 24:23 | 196:13 | 257:20 264:10 | 265:16 266:6 | 217:4 |
| 26:7 39:6 | **counts** 188:2 | 276:9 288:4 | 266:10 268:20 | **dealt** 109:20,23 |
| 45:22 47:5,14 | **County** 35:7 | 299:9 330:11 | 281:20 282:5 | **death** 233:5,6,16 |
| 48:21 58:13 | 36:20 324:14 | 330:14 | 330:4,17 | 234:22 |
| 61:1 70:5,6 | 338:4 | **cry** 243:7 276:14 | 332:14 | **deaths** 235:1 |
| 78:2 100:5 | **couple** 71:18 | 276:23 | **dated** 51:4 75:9 | **Debra** 40:19 |
| 104:2 123:22 | 117:6,9 119:7 | **crying** 100:16 | 178:21 201:2 | 41:17 74:11 |
| 124:14 131:9 | 141:8 166:3 | 100:21 219:12 | 286:16 | 80:19 81:20 |
| 131:23 132:1,5 | 243:8 248:15 | 241:21 242:2 | **dates** 25:3,15 | 89:6,13 90:2,7 |
| 132:6 133:23 | **course** 11:19 | 242:18 243:17 | 123:4 177:21 | 90:9,21 91:17 |
| 134:1 171:17 | 43:14 52:21 | 244:3,7,17 | 179:22,23 | 93:7 96:4 |
| 177:21 180:9 | 72:10 76:9 | 245:13 276:18 | 181:5 300:2 | 98:13,15,19 |
| 180:22 186:16 | 84:3,10 117:5 | 276:19 | **dating** 217:9,11 | 101:6 107:10 |
| 187:18 189:1,4 | 119:12 146:2 | **current** 11:7 | **daughter** 29:3 | 114:5 120:9 |
| 205:14 220:19 | 166:6 173:9 | 12:3,4 | 33:3 43:3 | 121:2 122:12 |
| 221:8 224:13 | 201:7 205:3 | **cut** 145:4 224:11 | **David** 7:9 11:15 | 131:22 132:3 |
| 225:10,11 | **court** 1:1 2:18 | 224:12 | **day** 2:9 9:11 | 157:12 160:11 |
| 240:21 245:13 | 9:19 19:5 | **CV-04777-CLS** | 63:5 90:20 | 163:18 164:5 |
| 262:3 296:22 | 36:16 322:22 | 1:10 | 95:5,11 97:7 | 169:1 244:10 |
| 300:13 303:9 | 323:10 | **cycle** 273:12,21 | 97:13 100:13 | 300:15 |
| 308:7 309:8,10 | **cowboys** 315:1 | **C-A-M-E-L-I-A** | 100:21 110:13 | **Decatur** 1:12 |
| 309:13,16 | **co-workers** | 313:12 | 110:14 111:7 | 7:5,8 11:16 |
| 313:21 314:13 | 280:20 285:3 | | 130:15,23 | 12:1,22 17:16 |
| 316:7,22 | 289:10 | **D** | 162:18 166:13 | 17:23 18:5,7 |
| 317:14 318:14 | **crazy** 43:20 | **D** 4:1 186:8 | 180:4 181:19 | 18:11,15 19:19 |
| 320:1,7,15,20 | **create** 249:2 | **damage** 146:12 | 181:22 185:10 | 20:2,20,21 |
| 333:7 335:7 | **Crestwood** | 325:22 | 207:17 241:11 | 21:9 23:3,10 |
| 336:6,9,19,20 | 48:11 69:19,23 | **damaged** 166:23 | 253:22 257:3 | 23:20 25:8,11 |
| 338:13 | **criminal** 298:7 | 214:13 230:11 | 274:1 275:22 | 26:11 28:6,13 |
| **corrected** 62:12 | **critical** 141:16 | 235:19,20 | 276:10 279:14 | 33:15 40:13,23 |

**FREEDOM COURT REPORTING**

42:9,18 45:6
45:12 49:5,8
49:17 50:7
51:3,10,23
53:10,18 54:16
55:10,18 56:1
56:14 58:15
60:1 63:14,17
68:13 69:5,21
70:5,16 71:1,5
71:8 72:10
73:11 77:22
78:5 88:10
103:8 105:22
138:8 146:3
159:19 173:7
173:21 174:6
174:21 178:15
183:14 184:6
184:20 185:4
185:16 186:12
186:20 188:16
190:11,13
191:2,17,22
192:13 193:18
194:3,10
195:13 197:7
198:6 199:6
200:7,12 213:8
213:12 214:23
215:22 225:7
226:23 227:10
227:20 237:15
246:18 247:16
252:11 253:10
291:4 292:14
313:7 324:16
**December** 54:2
54:3,6 154:12
155:1
**decide** 211:12
**decided** 155:17
172:18 177:1
**decision** 21:2,7

107:18,23
109:13
**decisions** 21:12
21:16
**declared** 36:19
**declined** 202:11
**default** 61:15
**defendant** 4:17
7:7 8:1 45:6
46:23 188:20
188:23 211:21
260:6
**defendants** 1:18
7:15 16:18
17:20 188:21
195:20 213:9
214:14 220:13
227:8
**Defendant's** 4:9
37:19,22 44:11
45:11 46:2,15
49:3,9 50:19
51:2 55:3,9
57:16,22 58:3
59:3 60:18
61:3,22 71:21
72:4,13,19
74:22 75:5,8
77:15 93:20
94:6 113:10,23
119:11 124:10
175:19 176:2
182:19 183:2
185:19 200:17
200:23 204:14
204:18 205:1
210:14,22
222:20 224:17
225:20
**defensive** 287:5
**deficit** 15:9
**degrading** 242:3
242:4,11
245:17

**degree** 287:1,2
**delay** 166:23
**delivered** 108:10
**Delphi** 33:18,20
**demeaned**
228:21
**Denise** 208:7
**department**
58:7,8 73:6
74:2 82:5 96:6
256:10 306:10
306:12 308:6
311:13 316:12
316:18 329:5
330:7
**deposed** 36:23
**deposition** 1:20
2:3,14,15 3:5
3:10 11:11
16:9 43:15
167:4 169:14
212:18 255:18
328:3 337:15
338:8,13
**depositions** 2:19
**Derek** 29:1
**Derrick** 7:20
**describe** 58:17
65:12 66:16
68:22 81:9
114:4 125:8
128:10,16
137:9 141:3
152:12,13
157:11,18
173:2 203:11
215:6 216:8
218:4 221:12
230:14 245:17
246:9 318:21
328:2
**described** 43:18
64:18 68:21
95:22 163:13

170:19 195:23
196:5,10
202:19 207:13
212:17 228:5
228:22 231:8
241:18 325:6
334:16
**describing** 94:15
119:9 215:5
**description**
119:5
**desired** 50:1
**desk** 161:1
203:4 319:4
**detail** 27:14
137:10 218:5
299:20
**details** 18:2 19:9
170:15 268:2
**diagnosed**
238:17,19
256:15
**diary** 27:17
**died** 233:10,11
**difference** 61:7
245:12
**differences**
31:12
**different** 17:20
53:17 69:10
94:17 141:8,11
142:11 215:9
223:5 282:9
329:10 330:10
334:1
**differential** 60:7
62:2,6 144:18
146:7
**differentials**
59:14 60:5
144:15
**differently**
297:15
**difficult** 315:17

**diligent** 53:2
**dinner** 281:13
307:20 311:20
**direct** 22:8
**direction** 129:4
**directly** 218:9
**director** 54:12
56:3 58:7,8
74:2,7,14 80:4
81:15 96:6
202:1
**disagreed**
177:18
**disappoint** 22:1
**disappointed**
20:16,18 21:10
21:18 22:6
23:5 24:3,10
**disciplinary**
82:12 109:14
**discipline** 85:10
85:14 87:7,12
**disciplined**
156:2
**disclosure** 6:1
213:4
**disclosures**
210:23
**Discovery** 4:14
4:16 46:3,17
**discrimination**
176:4,7 177:1
181:5 182:12
**discuss** 97:6,16
149:2 174:19
206:23
**discussed** 40:21
42:17 64:9
65:16 66:21
78:22 79:8
80:5 97:23
104:14,22
105:9 107:7
112:16,19

| | | | | |
|---|---|---|---|---|
| 137:6 138:20 | **divorcing** 31:11 | 236:4 | 123:5,6,12,13 | 263:15 265:9 |
| 148:21 149:1,3 | **doctor** 27:3 | **door** 129:21 | 123:16 124:11 | 265:15 276:4 |
| 164:17 165:15 | 43:23 44:2 | 130:1 319:2 | 132:8,8,15 | 277:6 278:12 |
| 167:12 213:8 | 86:12 105:3 | 332:17 | 135:7 138:4 | 278:16,17 |
| 213:10,14,21 | 141:10,17 | **doors** 130:1 | 140:15 143:11 | 280:8,22 282:6 |
| 214:1 220:6,8 | 142:2,2,3,9,12 | 319:7,15 | 143:11 144:1 | 284:10 285:6 |
| 220:12 255:16 | 143:23,23 | 321:21,22,23 | 147:20 149:15 | 286:13,21 |
| 255:17 297:9 | 180:7,9 199:13 | **doorway** 129:8 | 151:6,14,17 | 287:8,20 |
| **discussing** | 199:16 200:6 | **Dothan** 7:23 | 154:7,16 155:1 | 289:17 290:3 |
| 147:18 | 271:18 | **Dr** 1:16 8:2 | 155:8 158:10 | 292:21,22,23 |
| **discussion** 76:8 | **doctors** 77:12 | 11:21 12:9,11 | 159:16,23 | 293:7,20 296:3 |
| 145:21 182:17 | 85:23 86:10 | 16:6 17:15 | 160:1,11 162:3 | 296:16 298:7 |
| 189:16 | 129:16 138:2,8 | 18:23 19:20 | 162:21 163:2 | 299:5,15 |
| **discussions** | 141:9 143:15 | 20:3 21:22 | 163:16,20 | 300:12 301:17 |
| 292:18 | 249:14 | 22:12,18 23:18 | 164:6,13 167:7 | 303:14 304:18 |
| **Dismissal** 5:18 | **doctor's** 22:13 | 24:4,7,9,15,20 | 167:22 169:3 | 307:2 308:17 |
| 183:4 | 43:2 130:2 | 25:16 26:9 | 169:14,15,17 | 311:4 313:14 |
| **disorder** 15:9 | **document** 4:10 | 40:1 42:19 | 169:20 170:2 | 315:12 316:1 |
| **disorganized** | 4:22 5:3,7,10 | 43:19 62:18,23 | 171:7,23 | 326:2,5 327:7 |
| 256:19 257:6 | 5:14,17 38:2 | 63:5 64:9 65:8 | 173:20 174:5 | 327:16 329:18 |
| **displeased** 122:9 | 49:12 50:22 | 65:13,16,18,23 | 175:8 178:15 | 331:20,21 |
| 122:10 | 55:6 57:19 | 66:21 67:3,7 | 179:4 180:8 | 332:2 337:8 |
| **dispute** 165:6 | 60:2 72:1,16 | 67:10,14,19,20 | 182:1 185:9,11 | **drive** 8:5 43:20 |
| 207:1,5 | 75:2 175:22 | 67:23 68:1,2,5 | 186:11 188:7 | 173:8 214:20 |
| **disputing** 104:8 | 182:22 183:4 | 68:6,8,11,15 | 188:13,22 | **drove** 214:22 |
| **distance** 102:20 | 185:22 200:20 | 68:15 69:1,5 | 189:5 194:5,9 | **drug** 238:7 |
| **distracted** 256:9 | 201:4,18 | 69:22 70:17,21 | 194:12,15 | **due** 141:1 |
| 256:12 257:7 | 204:21 210:17 | 78:3 80:13 | 196:1,6,11 | 243:17 |
| 257:11 | **documents** | 81:18 83:13,16 | 197:3,9 198:8 | **duly** 9:17 |
| **distress** 220:21 | 10:23 11:3 | 83:20 85:7 | 198:15,21 | **Durham** 42:7 |
| **DISTRICT** 1:1 | 16:13,16 53:1 | 87:9,17,18,21 | 199:7 200:5 | **duties** 199:12,15 |
| 1:2 | 167:9 200:12 | 87:23 88:1,3,6 | 205:20 206:7 | 199:20 200:2 |
| **DIVISION** 1:3 | 212:20,21 | 88:20 89:12,22 | 207:8,18 209:5 | **d/b/a** 1:14 |
| **divorce** 31:8 | 293:3 | 90:1 94:16 | 211:21 213:13 | 252:13 |
| 34:10,17 | **doing** 37:1 38:14 | 96:10,10 97:15 | 215:15 217:5 | **D15** 75:10 |
| 137:20 211:22 | 65:10 130:8 | 102:21 104:13 | 227:1,7,23 | **D157** 57:23 |
| 212:3,8 266:3 | 161:18 274:9 | 104:14,15 | 229:11 234:16 | **D19** 201:1 |
| 281:3 | 279:14,23 | 105:3 107:18 | 237:11,20 | **D2** 176:4 |
| **divorced** 31:16 | 285:23 287:17 | 108:23,23 | 238:4 249:10 | **D79** 60:19 |
| 31:19 280:23 | 289:13 290:22 | 109:17 112:17 | 253:16,19 | |
| 281:7 | 291:1,13 295:2 | 112:18,22 | 254:1,16 | **E** |
| **divorces** 34:20 | 336:22 | 115:15 118:3 | 255:11 258:23 | **E** 2:4 4:1,8 6:22 |
| 34:23 232:11 | **dollars** 225:23 | 120:14,14 | 259:2,8,11,22 | 7:18 9:1 338:1 |
| 277:1,1 | 226:3 235:23 | 122:13,20 | 260:16 262:11 | 338:1,6,23 |

EAP 246:19
earlier 148:12
   185:15 202:12
   202:23 208:1
   251:5 258:19
   262:9 277:19
   288:16 294:3
   313:5 325:7
   330:3 332:13
earliest 181:6
early 15:18
   93:16 117:14
   117:23 155:2
   169:13 187:9
   207:14 272:1
earned 144:13
easier 27:7 86:1
   88:16 226:9
easily 256:9,12
   257:6,11
   276:14
easy 246:8
eat 230:19
   281:20 282:4
eating 241:20
EEOC 5:17
   172:2,22
   173:17 174:1,3
   174:13 176:15
   179:11 183:12
   252:22 278:10
effect 2:16 216:8
   240:13 241:9
   329:19
effected 241:17
effects 36:5
effort 27:1
efforts 26:19
   135:14 167:20
either 56:12
   67:9 111:3
   129:14 164:15
   167:21 174:11
   183:20 184:23

206:15 222:6
249:11 255:15
261:12 285:19
285:20
elbow 126:2
eligible 61:7
else's 215:3
emergency 1:14
   7:16 11:21
   49:21 53:11,19
   54:17 58:9
   73:6 78:8 81:1
   81:11,14 82:5
   96:6 136:17
   141:4 168:16
   199:13 252:5,6
   252:7,13 253:3
   253:6,10
   255:10 256:10
   306:9,12
   311:12 313:20
   330:7
emotional
   146:19 220:21
emotionally
   267:3
employed 23:13
   159:5 186:11
   186:13 281:21
employee 4:23
   18:7 51:3 70:4
   84:18 136:7
   165:23 186:16
   190:12,13,23
   191:1 195:7
   227:12
employees 63:20
   63:21 70:9,10
   132:18 149:14
   203:15 253:18
   259:10 316:22
   317:5
employer 12:2,3
   12:4,9 68:9

69:18 78:17
115:21 182:13
260:10 289:11
employment
   4:21 18:15
   19:19 23:20
   40:22 49:5,7
   49:16 51:6,8
   58:18 72:10
   78:1 82:11,23
   183:5
encourage 219:2
   219:5
ended 25:4,11
   26:3
endure 259:19
engage 39:9,12
   128:3
engaged 19:14
   138:9 188:8
   217:7
engagement
   127:23 128:1
engaging 95:21
engineering
   291:20,21
entire 77:9
entities 12:16
   292:19
entitled 45:12
   46:2 51:3
   55:10
entry 284:5
environment
   85:17,22 135:5
   156:14 186:22
   227:15,16
   320:3
equal 183:5
   242:7
equipment
   278:21
equivalent 55:16
ER 68:17 102:8

156:20 308:6
316:11,17
318:17 319:22
321:18 329:5
error 48:2
especially
   202:14
essentially
   206:14 296:9
establishes
   184:4
estimate 50:15
estranged
   233:12 234:12
et 187:1 207:15
evaluation
   261:21,22
event 203:6
   233:1 262:6
   329:14
events 10:19
   14:12 66:17
   68:21 201:21
   202:19 203:11
   207:12 221:22
   232:5,17 233:7
   235:8 253:22
   262:7,17
   299:19 301:1
everybody 11:23
   39:2 109:13
   124:13,19
   156:6,7,15
   203:22,22
   249:10 264:4
   276:15,17
   301:14
evidence 3:6
   212:15
exact 93:8,13
   266:3 303:12
   303:19
exactly 20:12
   48:17 68:18

79:22 89:15
91:18,21 94:23
103:15 105:20
114:9 125:6
148:19 151:7
170:22 243:9
264:4 301:5,21
302:4 303:2,6
303:21 304:3
306:14 318:16
325:21 327:22
exaggerated
   187:3
examination 4:3
   9:13 10:3
   251:3 299:13
examined 9:18
example 41:8
   154:12
examples 302:6
exclusively
   217:11 253:17
excuse 189:10
   194:9 207:2,22
execution 60:2
exhibit 4:9
   37:19,23 43:12
   44:12 45:11,19
   46:16 49:3,10
   50:20 51:2
   55:4,9 57:17
   57:22 58:3
   59:3 60:18
   61:4,22 71:22
   72:4,14,19
   74:23 75:5,8
   77:16 93:20
   94:6 113:10,23
   119:11 124:10
   175:20 176:2
   182:20 183:2
   185:20 186:3
   200:18,23
   204:14,19

210:15,22
222:20 224:17
225:20
**Exhibits** 45:4
**expect** 99:1
 105:17 212:9
**expectation**
 212:11 286:8
**expected** 105:21
**experience**
 278:6
**experiences**
 171:23
**explain** 56:16
 166:1 246:10
**explained**
 165:22 218:5
 277:19
**explore** 26:5
**exposure** 320:4
 320:14
**express** 175:7
**expressed**
 164:13 169:2
**extensive** 325:22
**extent** 66:7
 103:7 133:20
**extra** 56:19
**eyeballs** 326:13
**eyes** 276:11
**e-mails** 262:14
 284:7

———— F ————

**F** 338:1
**face** 35:23
**faces** 322:13,19
**facility** 70:8
 80:2
**fact** 54:5 99:17
 110:2 141:2
 147:2 148:3
 175:8 177:23
 179:4 190:10

209:11 210:2
223:17 260:12
261:19 294:6
**factor** 178:11,15
 179:14
**failed** 263:1
**failure** 15:20
 36:11
**fair** 13:19 14:6
 91:11 93:1
 165:3 201:3
**fairly** 58:17
 143:6
**familiar** 91:9
 255:14
**family** 39:18
 213:16,23
**Fantastic** 291:22
**far** 22:11 214:11
 253:7 291:22
**farmers** 315:1
**fashion** 230:12
**father** 234:4
**fault** 109:17
 112:20 114:14
**favorite** 283:20
**fearful** 293:7
**February** 84:23
 117:20,21
 118:2 122:16
 122:21 123:1
 124:22 125:5
 130:20 131:2
 131:20 132:23
 133:15 134:5
 134:18 135:8
 138:13 149:19
 149:22 150:18
 151:11 152:11
 153:3,12,23
 154:8,21,22
 155:2 157:23
 158:1,3 159:14
 160:4,6 163:11

164:9 169:18
171:5,10
180:15 181:15
193:12,17
205:11 206:5
206:13,15,16
206:21 207:3
**federal** 9:5
 260:14
**feel** 18:6 43:16
 92:2 167:7
 180:18 227:22
 228:20 230:23
 246:2,3 248:3
 258:21 266:9
 268:14 270:20
 270:23 271:4
 271:18 280:17
 289:1 290:7
**feeling** 26:8
**feelings** 299:6
**fellow** 93:19
**felt** 148:4 175:8
 227:3,9,11,17
 268:19 271:14
 272:14 277:3
 293:18 294:5,7
 297:13 299:4
**female** 279:21
 325:3
**femur** 320:11
**figure** 146:10
 305:14,23
 306:3
**figuring** 226:21
**file** 224:19,21,22
 225:5,8,9
**filed** 11:18,19
 172:2 182:12
 290:4 295:5,13
 298:6
**filing** 3:9 220:10
**fill** 283:14
**filled** 178:2

**financial** 247:5
**find** 52:22
 181:13,16
 184:13 185:3
 195:17 216:5
 233:18 317:12
 325:19
**finding** 183:21
**fine** 101:1 103:9
 112:8 115:18
 175:10 249:12
 258:16 286:4
**finger** 328:5,6
**finish** 88:15
 268:18 333:16
**finite** 24:22
**Firm** 7:3
**first** 4:18 9:17
 15:6 18:10
 25:16 27:1
 29:10 47:1
 49:15 53:14
 62:17 63:17
 71:15 75:9
 88:20 91:16,22
 92:1 93:6,9,12
 93:14,17,23
 95:7,11 98:14
 119:10 133:15
 144:19,22
 149:4,8,9
 201:20 206:22
 207:4 209:23
 244:12 265:8
 267:16,23
 268:1 270:11
 285:13 304:6
 309:8 321:2
**firsthand** 214:4
**fit** 304:6
**five** 211:22
 239:20 240:1
**fix** 102:5 106:4
**flat** 326:11

**flattered** 287:19
**flattering** 288:1
**flew** 279:4,5
**floor** 250:10
**fluids** 320:6
**flush** 167:11
**focus** 15:16,22
 80:9
**focused** 242:15
**focusing** 304:11
**folks** 42:8
**follow** 22:3
 128:13 293:11
**followed** 75:11
 118:12 124:1
 275:4 293:9
**following** 9:14
 60:1 108:4
**follows** 9:18
**fooled** 248:19
**force** 2:16
**foregoing** 9:6
 338:8,12
**foremost** 18:8
**form** 3:1 73:20
 183:16 184:9
 225:5,7 230:8
 249:18
**former** 12:2
 17:15 34:4
**forth** 51:15
 61:21 113:9
 221:16,22
**forward** 93:18
 115:22 137:17
 139:18,23
 150:19 155:18
 155:21 208:9
 265:23 327:10
 328:7,8
**found** 19:14
 22:20 25:17
 115:16 138:9
 169:10 182:1

| | | | | |
|---|---|---|---|---|
| 183:13 184:5 | 12:12 16:6 | 196:11 197:3,9 | 11:17 12:2,22 | 253:11 291:4 |
| 184:19 199:23 | 17:15 18:23 | 198:8,15,21 | 17:16,23 18:5 | 292:14 314:3 |
| 212:14 | 19:20 20:3 | 200:5 205:20 | 18:7,11,15 | **generally** 256:13 |
| **four** 110:9 197:4 | 22:12,14,16,18 | 206:7 207:8,19 | 19:19 20:2,20 | **General's** 26:11 |
| 224:10 277:1 | 23:18 24:7,15 | 209:5,20 | 20:21 21:9 | 45:6 50:7 |
| 307:18 319:1 | 24:15,16,17,20 | 213:13 215:15 | 23:3,10,21 | **gentleman** 269:4 |
| 335:1 | 25:17 26:9 | 217:5 227:1,7 | 25:8,12 28:6 | 325:9 |
| **fourth** 224:16 | 40:1 42:19 | 227:23 237:12 | 33:20 34:1 | **gesture** 328:2 |
| 327:5 | 43:19 62:18 | 237:20 238:5 | 40:14,23 42:9 | **gestures** 149:17 |
| **frame** 324:6 | 63:1,5 65:8,13 | 249:10 258:23 | 42:18 45:13 | 218:8 301:4 |
| **free** 43:16 92:3 | 66:1 67:4,19 | 259:2,22 | 49:5,8,17 51:3 | 326:8,10 |
| 167:7 180:18 | 68:3,5 69:2 | 262:11 263:15 | 51:10 52:1 | **getting** 62:3,7 |
| **Freeman** 63:22 | 78:3 80:13 | 265:10,15 | 53:10,18 54:16 | 69:15 86:17 |
| 64:14 65:3,22 | 81:18 83:20 | 276:4 277:6 | 55:10,18 56:1 | 137:18 149:18 |
| 68:20 113:16 | 85:7 87:18 | 278:12 280:8 | 56:14 58:15 | 166:2 233:7 |
| **Friday** 41:10 | 88:20 94:16 | 280:22 284:10 | 60:1 63:14,17 | 262:2 275:13 |
| 57:11 83:8 | 97:15 102:21 | 285:6 286:13 | 68:13 69:6,21 | **Gillespie** 2:5 |
| 131:8 | 104:15 105:4 | 286:21 287:8 | 70:5,16 71:1,5 | 6:22 9:1 338:6 |
| **friend** 38:19,20 | 107:19 118:4 | 287:20 289:17 | 71:8 72:11 | 338:23 |
| 40:4 90:22 | 122:13,21 | 290:4 292:23 | 73:11 77:22 | **gist** 170:21 |
| 91:2 97:21 | 123:7,13 | 293:8,20 296:3 | 78:5 88:10 | 174:16 |
| 98:3 256:22 | 124:12 132:16 | 296:16 298:8 | 103:8 105:23 | **give** 18:3 27:11 |
| 283:9 337:14 | 135:7 138:5 | 299:5,16 | 138:8 141:17 | 136:1 141:12 |
| **friends** 40:7,12 | 143:12 144:1 | 300:13 301:17 | 141:22 142:23 | 149:12 180:22 |
| 42:12 279:20 | 147:20 149:16 | 303:14 304:18 | 146:3 159:19 | 181:22 225:16 |
| 283:2,4 | 151:6,14,17 | 307:2 308:17 | 173:21 174:7 | 280:14 293:23 |
| **front** 160:22 | 154:7,17 155:1 | 311:4 315:12 | 174:21 178:16 | 302:5 324:6,20 |
| 181:20 252:23 | 155:8 158:10 | 316:2 326:2,5 | 183:14 184:7 | 330:23 |
| 273:8 | 159:17,23 | 327:7,16 | 184:20 185:4 | **given** 52:5,8,12 |
| **full** 2:17 10:5 | 160:12 162:4 | 329:18 331:21 | 185:16 186:12 | 138:2,4 143:21 |
| 13:18 44:6 | 162:21 163:3 | 332:2 337:8 | 186:20 188:17 | 149:13 220:4 |
| 56:1 62:20 | 163:16,20 | **Gaillard's** 4:18 | 190:11,14 | 250:18 330:18 |
| 224:2 | 164:6,13 167:7 | 12:9 47:1 69:5 | 191:2,17,22 | 338:14 |
| **fully** 148:6 | 167:23 169:3 | 69:22 70:17,21 | 192:13 193:19 | **giving** 13:18 |
| **full-time** 55:1,15 | 169:15,17,21 | 115:15 169:8 | 194:3,10 | 190:4 218:9 |
| 55:17 | 170:2 171:7,23 | 199:8 211:21 | 195:13 197:8 | 312:19 |
| **funny** 198:3 | 173:21 174:5 | 229:11 234:17 | 198:6 199:7 | **glad** 13:12 14:1 |
| **further** 2:12,20 | 175:9 178:15 | 253:16 255:12 | 200:7,12 | **glare** 229:10 |
| 3:8 167:5 | 179:4 180:8 | 313:14 | 208:17 213:9 | **glaring** 229:8 |
| 321:1 338:16 | 182:1 185:9,11 | **Garner** 40:17 | 213:13 215:22 | **glass** 319:2,7,14 |
| | 186:11 188:8 | **gears** 222:10 | 225:7 226:23 | 321:20,23 |
| **G** | 188:13,22 | **gender** 156:23 | 227:10,20 | **Glenn** 136:5 |
| **Gaillard** 1:16 | 189:5 194:5,12 | 179:16 282:7 | 237:15 246:18 | **gloves** 126:12 |
| 8:2 11:22 | 194:15 196:1,6 | **general** 1:12 7:8 | 247:16 252:11 | **go** 11:10 15:17 |

| | | | | |
|---|---|---|---|---|
| 18:2 19:8 22:9 | 313:17 321:1 | 299:17,18,19 | 123:1 124:3 | **H** |
| 25:14 27:13 | 322:22 323:10 | 300:1,5,6,6 | 131:23 132:4 | **H** 4:8 195:11 |
| 43:10 44:8,18 | 332:2,15 | 301:4,8,13,18 | 132:13 134:9,9 | **hair** 79:19 |
| 45:10 46:1 | **goes** 129:22 | 302:8,23 303:4 | 138:23 139:3 | 126:13 127:8 |
| 47:3 56:5,6 | **going** 11:4 13:16 | 303:7,11,16,22 | 139:12 140:12 | 277:8 290:13 |
| 63:16 86:10 | 18:17 24:22 | 309:19 310:20 | 149:14 154:22 | 290:16,17 |
| 89:22 90:9,10 | 25:19 39:19 | 325:20 327:11 | 157:12,20 | **halfheartedly** |
| 92:11,20 93:19 | 43:11,20 48:9 | 328:1 330:19 | 158:14 159:10 | 265:3 |
| 94:2 96:1 | 50:12 51:11 | 330:22 332:13 | 160:8,13 161:8 | **hall** 141:15 |
| 104:18,19 | 55:15 88:23 | 332:15 333:2 | 162:9,20 163:2 | 142:4 160:22 |
| 106:22 107:18 | 100:11 103:16 | 337:1 | 164:8,11 | 278:22 279:1 |
| 107:21 109:11 | 107:21 108:1 | **good** 67:16 | 165:14 167:6 | **hallway** 121:14 |
| 110:2 111:20 | 108:12 110:2,4 | 166:10 210:13 | 169:2,7 185:7 | 121:14 125:15 |
| 112:1,11 | 112:20 115:6 | 233:23 238:23 | 201:9,17 202:8 | 125:16 129:23 |
| 115:22 124:7 | 117:8,16 | 239:3,6 266:23 | 203:12 205:13 | 143:2 194:22 |
| 129:16,22 | 118:14 128:9 | 271:19 279:14 | 207:23 223:8 | 198:14 275:5 |
| 135:5 141:1 | 130:4 132:5,10 | 283:9 289:13 | 309:15 310:17 | 318:23 329:6 |
| 146:11 148:16 | 132:13,15 | 316:16 319:23 | **Gray's** 139:19 | 329:12 |
| 149:2 151:4 | 133:22 134:7 | **Gosh** 329:17 | **Great** 286:7 | **hand** 28:1 |
| 159:23 160:23 | 139:18,23 | **gotten** 289:6,8 | **Green** 34:2 | 125:22 126:1,9 |
| 172:7,18,22 | 143:23 144:20 | 289:14 | 210:19 313:3 | 126:14 290:18 |
| 179:15 182:15 | 144:23 145:19 | **government** | **ground** 251:16 | **Handing** 38:2 |
| 188:2 189:8,12 | 150:4,5 154:15 | 260:14 | **grounds** 3:4 | 49:12 50:22 |
| 196:22 197:14 | 156:12,13 | **gown** 43:5 | 231:6,7,11,15 | 55:6 57:19 |
| 203:2 205:9 | 161:18 167:17 | **grabbed** 328:3 | **group** 70:20 | 72:1,16 75:2 |
| 208:15 214:19 | 167:23 168:9 | **graduated** 292:9 | 106:8 255:9 | 175:22 182:22 |
| 214:23 219:7 | 169:16 173:12 | **Graham** 153:9 | **guard** 29:20 | 185:22 200:20 |
| 219:20,23 | 173:14,23 | 170:1 171:21 | 291:11 | 204:21 210:17 |
| 222:3 226:21 | 174:3,23 | 173:19 174:4 | **guess** 20:22 22:4 | **handle** 167:20 |
| 232:7 237:17 | 181:17 190:8 | 174:20 204:9 | 28:16 55:15 | 219:3 220:5 |
| 242:1 245:15 | 192:19 195:9 | **grandmother** | 109:9 209:22 | 299:21 |
| 247:1,18 257:7 | 219:13 220:16 | 234:23 284:1 | 214:15 223:12 | **handled** 20:5 |
| 258:13 261:11 | 223:18 230:7 | **grandmother's** | 223:16 226:9 | 23:6,15 24:3 |
| 261:22 265:16 | 239:14 240:12 | 233:6 | 227:17 264:10 | 67:19 105:14 |
| 266:6,10 267:8 | 244:4 250:1,3 | **Gray** 8:9 74:17 | 265:2 266:20 | 122:9 139:6 |
| 268:6,20 269:5 | 250:8,10 | 80:22 81:2 | 287:5 290:23 | 140:13,16 |
| 272:21 274:21 | 256:11 258:11 | 84:11,15 89:10 | 304:2 324:7 | 147:19 297:1,2 |
| 281:13 282:3 | 258:13,14 | 89:17 96:8 | **guilty** 323:12 | **handling** 101:9 |
| 286:19 287:10 | 261:7 265:7 | 103:20 104:1 | 324:12,19 | 101:13,17 |
| 287:20 288:10 | 266:18 267:7 | 104:11,13 | **guy** 187:6 | 139:20,23 |
| 291:19,23 | 270:16,17 | 106:13 107:1 | **guys** 311:19 | **hands** 193:6 |
| 298:16 299:19 | 272:20 274:13 | 112:1,14 113:5 | **Gwen** 62:1 | **Handwritten** |
| 300:18 301:10 | 278:4 280:15 | 116:14 120:13 | 136:5 | 136:10 |
| 307:19 311:19 | 286:4 291:19 | 120:18 121:5 | | **happen** 97:20 |

117:3 221:14
221:15 261:5
**happened** 64:18
   64:19,23 68:23
   79:2,6,8 101:2
   152:23 170:6
   170:17 173:10
   193:14 208:20
   231:1 232:23
   234:18 290:1
   296:15 310:10
   324:11
**happening**
   150:6
**happens** 116:7
**happily** 286:10
**happy** 80:7
   286:9 288:17
   288:20,21
**harassed** 78:16
**harassing** 206:8
**harassment**
   52:11 71:2,9
   71:17 72:5
   73:12,13,18
   75:7,23 123:21
   180:14 186:8
   188:3 192:9
   205:22 206:12
   330:8,20
**hard** 76:4
   167:13 218:12
   248:8 263:18
   264:22 268:11
   315:5,17 335:6
**harder** 86:2
**harm** 146:19
   228:2
**Hartwig** 40:18
**hate** 223:2 236:7
**hated** 43:7
**head** 25:23
   34:13 88:5
   91:21 93:11

110:15 119:2
126:9 165:8
245:8
**headache** 245:2
**headed** 173:4
**health** 54:11
   238:23 239:4,7
**hear** 38:11 63:3
   64:1 104:20
   112:13 127:5
   207:9 326:21
**heard** 63:9,18
   69:4,7,9 107:8
   107:11,15
   163:6 174:12
   174:17 203:15
   236:9 289:5
   296:21 304:7
   315:3,23 327:1
**hearing** 338:15
**held** 37:15
   182:18 189:17
   330:6
**help** 167:10
   211:7 247:9,13
   247:14 258:3
   294:16 295:19
   305:17
**helpful** 274:12
**Henry** 1:16 8:2
   46:23 186:11
**hero** 283:21
**heroes** 283:21
   283:23
**Herren** 40:19
**He'll** 292:3
**high** 292:9
**hip** 125:22,23
   126:1,17 277:7
**hips** 137:15
**history** 63:4
**hit** 251:11 279:7
   279:9
**hold** 18:12 28:1

37:12
**holding** 126:7
   126:10 193:5
**home** 29:16 52:2
   52:14 56:3,6
   80:1,2 82:10
   97:7 135:20
   141:1 160:23
   214:20,23
   293:11,13
   312:14,18
**honest** 51:21
   209:7
**hoping** 300:17
**horse** 317:22
**horses** 314:18
   314:21
**hospital** 1:12 7:8
   11:17 16:6
   17:17 20:2
   28:7 40:14,23
   50:7 52:1
   55:11 77:22
   81:15 83:18
   118:21 123:20
   136:1,3 139:7
   139:13 185:17
   186:12,20
   195:7 252:12
   253:18 258:21
   280:14 281:22
   292:14 297:13
   297:23 299:3
   318:2,6,7
   320:7,13
   321:15 322:20
   323:5,19
   325:12,15
   331:12
**hospitalized**
   36:1
**hospital's** 45:13
   107:4
**hostile** 124:12

156:4,13,16
182:2 186:22
227:16
**hostility** 156:22
**hour** 56:19
   59:20 60:9
   62:9 145:5,7,9
**hours** 50:2
   53:12 57:7
   60:6 61:7 85:9
   144:8 147:1
   255:18 295:22
   311:23
**house** 56:15
   293:16
**How's** 272:5
**Hudson** 58:6
   74:14 76:7
   80:20 82:18
   89:8,16 90:6
   90:10,19 91:1
   91:11 96:5
   100:23 101:3,7
   103:12 105:14
   105:18 106:1
   107:13 108:13
   109:8,17 111:2
   111:12 112:21
   113:6,8 114:1
   114:6,11
   116:16 117:6
   118:12 120:13
   120:18 121:2,3
   122:19 124:3
   131:22 132:3
   132:13 133:1
   134:2,14 136:4
   137:1 139:6
   140:7 149:13
   154:22 157:13
   160:10,15,18
   161:4,12 163:9
   163:13,15,23
   164:6 169:1,7

171:19 202:2,5
205:12,14,18
206:6,20 208:1
309:15 310:5
310:11
**Hudson's**
   139:22
**hug** 279:13,22
   280:1,6,14
**huh** 264:7 265:2
   268:12
**human** 74:3,9
   74:16 81:3,6
   96:8 107:22
   110:4,22 112:1
   112:11 114:16
   136:19 147:21
   148:22 152:2,4
   153:20 154:15
   155:16 157:19
   158:2 160:4
   169:17 171:14
   223:8
**Huntsville** 8:6
**husband** 28:22
   33:8 97:16
   214:2 216:10
   232:14 285:16
   285:20,22
   286:15,22
   291:9 312:22
**husbands** 34:5
**husband's** 29:9
   39:17 97:3
**hyperactivity**
   15:10

---
**I**

**Ibuprofen** 245:5
**idea** 21:4 33:22
   52:19 61:15
   77:11 157:1
   281:1 284:18
   324:21

FREEDOM COURT REPORTING

Page 352

| | | | | |
|---|---|---|---|---|
| identification 38:1 44:14 49:11 50:21 55:5 57:18 58:2 61:5 71:23 72:15 75:1 77:17 175:21 182:21 185:21 200:19 204:20 210:16 identified 238:6 identify 22:11 24:13 25:3 ignored 271:5 271:11 illness 39:17 immediate 87:20 90:13 impact 230:15 230:17 impaired 14:9 importance 116:6 important 300:3 302:13 304:12 316:15,21 317:6,9 impression 85:13 223:13 improper 191:23 improperly 193:20 194:5 improve 118:6 inability 230:19 inadequate 140:6 246:2 inappropriate 94:22 96:12 116:8 149:16 192:21,22 195:10 203:16 300:12 303:15 303:17 304:17 | 304:23 305:6 307:2 308:5 337:7 inappropriately 277:5 298:15 incentive 56:12 incidences 148:4 148:8 157:10 157:11 217:21 306:6 320:19 335:2 incident 66:4,7 67:3 80:3 105:6 114:2 153:4 170:5 180:14,17 181:16 208:3,8 219:11 253:22 277:17 304:5,9 309:9,19,22 310:2,22 313:18 318:12 319:10,11 320:23 321:4 322:4 323:18 325:1 327:5 329:4,23 334:17 335:12 335:22 incidents 63:19 113:15 306:18 307:12 inclined 275:1 326:4 included 59:2 196:18 including 73:12 196:14 202:1 incompetent 305:11 incorrect 187:15 indicate 65:22 315:5 indicated 257:10 | 260:18 indicates 55:14 indicating 59:9 98:16 208:15 indications 93:16 individually 12:13 249:15 individuals 12:16 information 28:10 70:16,20 92:23 184:3 212:22 283:7,8 283:14 informed 206:7 initial 6:1 210:23 initially 145:19 injuries 35:16 36:5 input 270:21 inquiry 133:21 inservice 52:12 71:16 75:7 76:14,22 77:2 123:21 124:1 330:6,17 331:8 331:14,17,18 337:3 inservices 52:5 inside 129:7,8 319:5,17 321:17 instance 92:16 105:19 126:4 146:13 instances 43:17 92:18 instructions 116:19 intending 236:18 intention 291:6 | interact 70:8 interacting 85:20 interested 44:17 288:13 338:19 interim 151:3,9 internal 331:13 interrogatories 4:11,12,19 43:13 45:7,13 45:15 46:5 47:2 94:9 180:19 243:2 311:1 333:11 333:17 335:11 interrogatory 27:12 92:3 96:2 124:8 130:18 132:22 133:10 167:8 196:16 197:1 202:22 242:22 334:22 interview 150:22 intimate 279:15 intimidated 228:20 293:19 294:6 intimidating 228:4,8 246:7 intrusive 248:10 invasion 189:3 190:21 195:3 invasive 196:7 199:23 investigation 183:12 invisible 161:2 invites 111:20 involve 113:17 involved 35:5 involving 148:9 Irreconcilable | 31:12 isolation 221:15 issue 26:17 27:5 104:15 124:3 146:13 159:14 164:20 165:2 171:10 178:6 223:13 224:3 224:12 227:13 249:3 259:5,6 320:13 321:4 334:4,4 335:16 issues 24:7 68:2 137:7 146:4 271:22 320:15 item 59:13 60:4 113:23 119:10 223:6,7 IV 125:19 **J** J 7:9 jacket 328:13,16 328:18,20 January 124:21 155:2 205:18 207:7,14,15 334:20 Jarrett 10:12 29:5 31:2,15 32:3 33:16 34:9 **JEFFERSON** 338:4 Jennifer 42:6 jeopardizing 229:22 jerk 269:12,14 job 41:9 55:1 64:11 68:19 71:6 86:1 88:16 100:12 103:8 121:23 214:22 230:21 |

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660