**FREEDOM COURT REPORTING**

Page 353

231:15 260:22
261:8 271:19
289:13 291:17
**Jones** 282:6
**JR** 7:2
**judge** 249:4,7,9
**Judging** 139:17
**jump** 300:1
**June** 54:4
**justifies** 236:3
**J.D** 7:19

**K**
**Karla** 8:9 74:17
  80:22 89:10,17
  96:8 103:19
  104:1 106:13
  112:1,14
  116:14 120:13
  120:18 121:4
  122:23 124:2
  131:22 132:3
  134:8,9 157:12
  157:20 160:8
  169:2 201:9,17
  223:8 309:15
**Katrina** 128:22
**keep** 27:16,19
  98:6 242:14
  247:11 273:11
  273:21 291:3
  291:13,17
**Kentucky** 34:2
**kept** 209:6,21
  224:23 274:15
  274:17
**Kevin** 31:4
**kids** 33:10
  285:21
**kin** 338:17
**kind** 17:4,10
  71:5 116:11
  177:6 238:3
  242:14 251:16

270:9 272:1
283:13,22
291:18 292:13
297:17 314:16
314:17
**King** 7:3
**kissing** 66:14
**knees** 126:10
**knew** 69:21
  132:9 161:7,9
  161:14 192:20
  234:4 268:5
  316:4
**know** 11:23
  13:12,23 21:6
  21:7,11,15
  24:17 28:4,8
  38:11 40:10
  48:23 49:1
  61:12 62:3
  67:1,9 68:8,11
  68:14 69:17
  70:15,15,19
  77:4,10 78:3,7
  80:14 92:6
  93:10 98:21
  104:9 106:20
  110:13 118:7
  125:5 126:18
  126:19 130:20
  132:4,12,17,17
  134:20 135:14
  136:19,22
  137:18 138:17
  147:23 151:15
  151:16,20
  153:6,22 154:6
  154:19,23
  155:3,5,6,10
  157:5,8,14,15
  159:16,20
  160:13 161:20
  162:23 170:2,4
  170:10 171:12

171:16 172:15
174:11 178:12
178:17 180:6
184:12 187:5
187:17 188:15
192:12 193:19
193:23 194:21
194:22 198:8
204:1,2,4,12
211:6,17,23
212:1,2 214:5
214:6 215:2,8
216:2 226:7
228:3,16,18
229:14,15,17
229:19 230:1
235:9 236:15
237:5 239:16
243:10 244:18
247:14,15,20
248:5 249:23
252:8 253:5
254:23 255:1
256:20 257:4,6
260:14 264:2
264:12 265:4
266:18 267:15
267:19 268:9
270:13 272:15
273:4,4 275:7
275:17 280:15
281:12 282:12
283:12 284:6
287:9 290:3
292:2,17,20
293:1 298:13
298:18 301:10
312:7,8,9
314:7 322:9
323:22 324:10
324:17 325:21
330:2 331:2,5
333:3
**knowing** 167:18

266:1
**knowledge** 16:4
  47:21 48:15,18
  66:3,6 67:2
  102:2 132:2
  169:8,13 175:3
  175:5 194:19
  204:9 214:4,4
  214:9 292:12
  326:23 327:3
  329:15,21
  330:1
**known** 10:7
  192:18 195:8
  211:20 307:16
**knows** 136:20
  216:14

**L**
**lack** 233:20
**lacked** 262:1
**ladies** 129:12
**lady** 269:4
**laid** 170:6,20
**large** 2:6 9:3
  228:12,18
**largely** 98:7
**late** 124:21
  153:12 207:15
**lately** 267:15
  283:11
**latest** 181:7,14
**laughing** 326:7
  326:9
**Laura** 153:9
  170:1
**Lauren** 29:5
  32:6
**law** 2:6 7:3 9:8
  188:5 190:21
  260:15
**laws** 2:18
**lawsuit** 11:17,19
  34:23 36:20

37:5 174:20
285:7 290:4
304:13,14
**lawsuits** 35:3
  36:2
**leading** 3:1
  114:3
**leaf** 207:9
**leaned** 161:1
  327:9 328:8
**learn** 57:2
  169:23
**learned** 84:4,21
  186:15
**leave** 26:21 27:3
  27:10 100:18
  140:22 143:20
  144:5 145:1
  164:18,22
  165:16 187:14
  197:15 202:10
  223:10,22
  224:6,10
**led** 76:6 208:9
**Lee** 161:8
  162:20
**left** 77:21 78:10
  95:4 100:12,17
  100:21 114:11
  125:22 126:2
  126:17 160:23
  219:11 244:7
  276:10 310:9
  310:15 319:4
**legal** 194:10
  220:9 260:11
**Lehr** 2:7 7:10
  9:8
**letter** 77:20
  183:20 225:13
**letters** 262:14
  292:17 293:3
**let's** 63:16 70:14
  88:19 147:4

| | | | | |
|---|---|---|---|---|
| 148:16 153:15 | 243:3 | 94:4,5 124:9 | main 141:13,15 | 72:3,15,19 |
| 182:15 245:15 | little 18:18 27:7 | 130:18 137:17 | 142:4 318:23 | 75:1,5 77:17 |
| 313:17 331:4 | 28:9 43:5 | 149:19 150:3,8 | maintain 240:20 | 77:18 175:21 |
| 334:23 335:3 | 88:17 107:6 | 167:15 204:13 | major 233:6 | 176:2 182:21 |
| level 137:19 | 149:5 180:1 | 215:14 227:21 | majority 307:4,9 | 183:1 185:21 |
| 138:18 240:21 | 187:2 239:18 | 287:6 333:10 | making 27:3 | 200:19,22 |
| 241:1,3 242:7 | 274:12,22,23 | 335:21 | 145:11 210:13 | 204:20 210:16 |
| 266:2 | 299:20 326:4 | looks 229:6,7 | 246:2,3 256:18 | 210:21 |
| liable 191:4 | live 28:11 30:1,7 | 265:8 318:9 | 261:15,18 | marriages |
| 258:22,23 | 214:21 286:9 | lose 121:23 | 334:9,18 336:2 | 248:12 |
| 259:1 | 313:7,9 | 145:15,22 | 336:13 | married 30:11 |
| license 37:13,16 | lived 28:14 | 224:4 239:17 | male 249:19 | 30:16,20 |
| life 221:16 232:5 | lives 32:7 | 260:22 | 325:3,4 | 178:23 216:17 |
| 232:22 234:2 | LLC 1:14 | loss 231:17 | man 157:6 178:2 | 217:1 248:11 |
| 234:19 235:8 | 252:13 | 232:6,12,15,18 | 178:21 179:1 | 286:17 |
| 248:8 275:16 | located 255:3 | 232:19 233:1,5 | 228:11,12,18 | Martha 63:22 |
| 277:4 312:3 | logic 156:8 | 240:1 | 267:1 324:4 | 64:13 113:16 |
| 315:10,18 | long 25:22 28:14 | lost 239:9 | management | material 58:23 |
| lightly 304:15 | 30:7,10,13 | 247:22 334:6 | 1:15 180:16 | materials 75:13 |
| liking 137:14 | 37:15 39:21 | lot 56:13 86:1 | 252:5,6,7,8,14 | matter 24:4 |
| line 138:19,21 | 135:11 162:15 | 88:16 173:4 | 253:3,6 | 139:20,23 |
| 138:22 257:9 | 166:21 198:22 | 236:1 239:21 | manifestations | 140:13,16 |
| lines 254:3 | 237:6 239:15 | 247:23 248:12 | 242:13 | 186:2,4 201:23 |
| 261:2 263:19 | 256:13 267:14 | 251:8 264:7,21 | manifested | 214:10 220:5 |
| 265:20 273:2 | 290:16 292:2 | 265:1 268:12 | 245:18,21 | 230:11 242:18 |
| list 39:1 40:7,12 | 307:16 309:23 | 276:23 283:11 | manner 127:14 | 290:5 |
| 42:3 114:15 | look 52:20 70:12 | 315:9 | 158:11,16 | maximum 262:2 |
| 149:14 203:14 | 92:3 93:5 | loud 127:5 | 194:13 242:10 | ma'am 9:23 29:9 |
| 203:17,21 | 123:3 136:7 | lounge 130:2 | Manual 5:9,12 | 183:18 251:4 |
| 204:6 | 142:22 167:8 | 331:16 | 73:2 | 254:18 263:5 |
| listed 40:4,6 | 180:18 186:7 | love 41:15 | March 26:3 | 266:20 297:6 |
| 77:5 284:4 | 196:21,23 | lower 55:12 | 80:10,19 84:23 | 299:11 325:10 |
| listen 17:4 108:9 | 202:18 204:23 | 187:14 | 85:3 171:10 | McBay 208:7 |
| 112:14 127:3 | 205:6 206:11 | LPNs 59:15 60:5 | 176:10 187:10 | mean 19:22 |
| listened 108:14 | 222:19 225:19 | lumbar 126:6 | 215:17 243:21 | 56:17 67:15 |
| 108:17 112:15 | 265:23 266:23 | lunch 147:3,5,9 | mark 37:19 | 81:23 85:20 |
| 270:21 | 272:15 315:5 | 147:11 198:12 | 43:11 136:13 | 91:3 106:20 |
| listening 148:6 | 324:2 326:12 | 245:7 307:19 | 186:2 | 121:20 128:2 |
| 270:23 | looked 62:1 73:7 | 311:19 | marked 4:9 38:1 | 130:11 141:7 |
| Litia 63:22 | 128:22 200:11 | | 44:9,13 45:4 | 154:9,10 157:2 |
| 64:14 113:16 | 227:2 246:21 | M | 49:3,11 50:21 | 173:3,6 192:23 |
| litigation 52:21 | 284:19 | mad 20:14,15 | 51:1 55:5,9 | 210:11 218:19 |
| 53:2 165:2 | looking 44:17 | 279:1 | 57:18,22 60:17 | 223:11 240:11 |
| 200:14 221:2 | 58:2,20 75:8 | mail 174:18 | 61:5 71:23 | 242:4 247:22 |

| | | | | |
|---|---|---|---|---|
| 248:19 249:22 252:23 258:11 258:12 259:22 264:16 269:1 271:4 272:12 273:14,17 277:5 279:15 282:8 286:2 288:14 292:7 292:17 294:10 294:17,17 296:8,10 321:20 327:12 334:15 **meaning** 79:5 254:18 **meaningful** 106:16 **means** 41:20 61:11,13 247:6 264:4,18 315:9 **meant** 129:18 264:1,3,12,21 265:2,5 268:6 315:13 316:2,4 316:5 317:11 318:3 **medical** 1:14 21:18 70:20 237:14 238:10 252:7,8,14 253:3,6 255:9 271:22 **medication** 14:10,14,18,20 231:22 238:4 241:3 **medications** 15:12 238:11 240:8 **medicine** 258:11 258:15 276:1 **medicines** 15:19 **meek** 215:10 | **meet** 88:9 207:5 **meeting** 5:13,21 5:22 75:18 76:6,9 118:1 120:17 134:4,7 134:8,17,22 135:3,12,16 136:23 137:4 137:12 138:14 150:18 160:5 169:19 171:5 201:16 207:21 207:23 238:4 330:19 331:9 331:14,17 337:3 **meetings** 118:1 123:20 124:2 151:10,12 153:13 154:8 154:21 168:23 **Mela** 40:17 **member** 208:4 **memorandum** 331:13 **memory** 96:21 **memos** 292:18 **men** 156:17,19 248:16 249:3,5 **MENDHEIM** 7:19 **mental** 220:18 226:20 230:12 238:23 239:4 245:16,19 **mentally** 245:23 246:13 **mention** 44:2 263:14 278:10 331:19 **mentioned** 256:3 258:19 313:4 321:13 329:9 | **message** 284:11 284:14 **messages** 284:8 284:21 **met** 62:23 88:6 95:8 96:8 103:23 107:1 164:8 201:8 205:12,13 206:6,19 237:11,19 251:5 292:22 **metal** 35:22 **MI** 52:9 **Michelle** 119:19 311:5,6,11 313:19 318:13 319:12 **Middlebrooks** 2:7 4:4 7:9,10 9:9,22 10:3 11:15 22:17 29:15 44:1,4 44:15,22 45:3 45:17 48:13,19 48:22 110:7 130:17,22 131:5,6 146:23 147:10 165:5,9 165:11 182:15 183:17 184:10 189:10,14,20 191:13 221:17 222:5,9,14 230:9 249:21 251:7 257:18 276:21 298:5 337:11 **midway** 130:19 181:4 201:19 223:7 **mid-January** 207:15 **mid-November** | 331:5 **migraines** 244:23 **million** 225:22 226:3 235:23 236:4 **mind** 63:12 215:3 235:2 236:2 **mine** 63:19 115:7 256:22 **minimize** 167:22 **minister** 237:22 **minute** 17:2 27:13 53:7 314:17 **misleading** 251:19 **mispronounci...** 43:21 **mistakenly** 44:20 **mode** 326:6 **modify** 147:13 148:15 182:9 189:23 190:3 222:16 250:23 **mom** 43:9 **moment** 48:7 268:13 **Monday** 83:11 310:6,15 **money** 145:12 145:16,23 146:5 236:1 **month** 54:21 95:18 207:14 232:9 296:11 331:1,6 **months** 117:6 243:8 296:4 301:11 **mood-altering** 238:7 | **Morgan** 35:7 36:20 324:13 **morning** 15:17 142:7 251:14 253:15 310:15 **mother** 233:9,20 234:1,22 312:10 **mother's** 233:5 **motivation** 236:5 **Motors** 33:20 34:1 **mouth** 94:14 296:1 **move** 59:8 102:8 274:16 **moved** 126:12 127:7 168:6 290:17 **movies** 283:21 **moving** 175:11 325:17 **mutually** 206:22 207:4 **MySpace** 4:10 38:6,12,18 39:5,22 41:1 42:10,13,14 44:20 97:21 98:1,2 282:12 282:22 283:9 284:16 285:5 |

**N**

N 4:1
**name** 10:5,8,13 11:7,15 21:8,9 22:13 23:4 24:2 28:23 29:4,9 32:16 33:4 40:18 48:12 49:1 79:16 140:18

| | | | | |
|---|---|---|---|---|
| 195:12,15 | 152:23 163:6 | 7:16 9:10 | 200:18 204:19 | **objections** 2:22 |
| 251:4 252:21 | 167:17 184:5 | 11:20 255:9 | 210:15 222:20 | 3:3 |
| 276:8 313:2 | 185:2 193:14 | **NORTHEAS...** | 223:6 224:18 | **obligation** 117:2 |
| 322:23 323:1,8 | 201:3,5 224:18 | 1:3 | 226:4,5,15,18 | 227:14 |
| 323:15,21 | 230:2 232:2 | **NORTHERN** | 226:19 248:11 | **observe** 126:17 |
| **named** 169:13 | 234:4 235:13 | 1:2 | 282:15 293:6 | **observed** 119:22 |
| **names** 10:10,15 | 263:2,7 267:1 | **notation** 98:15 | 295:22 | **obviously** |
| 48:20 198:1 | 272:5,5 284:11 | **note** 49:19 156:3 | **numbered** 75:10 | 247:18 269:22 |
| 203:18 211:11 | 284:19 293:9 | **noted** 251:12 | 201:1 | 292:10 302:6 |
| 211:15 252:16 | 294:11 296:20 | **notes** 5:21,22 | **numbers** 44:12 | **occasion** 53:6 |
| 255:15 305:8 | 296:21 297:20 | 27:19 96:18 | 46:6,9 135:19 | 62:5 67:10 |
| 322:10 323:3 | 314:23 321:23 | 201:2 205:2,4 | 135:20,21,23 | 79:3 107:1 |
| **nature** 19:15 | **new** 4:22 51:3 | 284:7 | 226:11 227:5 | 118:11 130:9 |
| 79:17 125:9 | 207:9 | **notice** 3:9 5:2,6 | **numerous** 23:12 | 133:5 134:15 |
| 141:4 146:21 | **nice** 226:3,18 | 5:19 55:12 | 25:21 95:2 | 137:22 244:9 |
| 152:13 | 288:9 | 60:21 136:1 | **nurse** 41:18 | 294:5 |
| **near** 243:19 | **Nichols** 33:4,7 | 183:4 192:14 | 49:20 53:11 | **occasions** 120:5 |
| 268:22 294:23 | 33:23 | 211:14 290:15 | 64:14 74:1,5 | 125:3,4 127:15 |
| 322:8 | **night** 83:8,8,9 | 330:18 331:7 | 74:11 81:22 | 194:11 205:17 |
| **necessarily** | 90:15,17 | 331:18 | 86:13,13,14,16 | 334:1 |
| 164:2 | 110:20,23 | **notified** 109:23 | 86:17 96:4 | **occur** 59:5 97:14 |
| **necessary** 2:22 | 111:3 131:8,8 | **notifying** 331:13 | 141:23 151:16 | **occurred** 65:4 |
| **neck** 126:15 | 131:9 141:2,14 | **Noting** 59:13 | 153:6 161:9 | 94:19 119:12 |
| 277:8 290:10 | 142:2,5 160:19 | **November** 75:9 | 208:5 242:5 | 180:15 218:14 |
| 290:11,19,22 | 161:3,9 162:1 | 75:19 124:6 | 271:6,12,15 | 218:20 236:3 |
| 327:17 328:11 | 204:3 208:5 | 205:17 330:9 | **nurses** 81:15 | 253:23 309:22 |
| **need** 15:16 42:2 | 232:8 273:7 | 330:13,15 | 86:9,11 129:18 | 320:19 |
| 88:14 92:7 | **nights** 310:16 | 337:4,6 | 129:20 141:20 | **occurring** |
| 93:1,4 103:18 | **Nina** 1:5,20 2:3 | **number** 4:16 | 273:8 280:13 | 124:23 |
| 106:9 112:13 | 5:16 9:11,16 | 10:22 37:23 | 308:13 | **October** 93:17 |
| 161:17 291:23 | 10:9,11,11,12 | 45:11 46:2,17 | **nurse's** 37:12,16 | 94:20 95:21 |
| 300:22 317:2 | 10:20 11:1 | 49:10 50:20 | 319:4 331:16 | 96:9 97:4 |
| **needed** 103:19 | 37:21 75:16 | 51:2 55:4,12 | **nursing** 54:12 | 100:5 104:1 |
| 118:21 274:19 | 132:16 | 57:17,22,23 | 56:3,4 80:1,2 | 110:8,14,17 |
| **needs** 251:9 | **nine** 286:16 | 60:18,19 61:4 | | 114:4 118:1 |
| **negotiated** 145:2 | **nods** 34:13 | 71:22 72:14,19 | **O** | 119:6 123:19 |
| **neither** 338:17 | 119:2 | 74:23 77:16,19 | **oath** 13:3,5,8 | 133:15 149:10 |
| **Nellina** 10:6 | **Nonresponsive** | 93:20 94:6 | 177:6 | 150:17 151:10 |
| **networking** | 110:6 264:9 | 96:2 113:10 | **object** 183:15 | 152:10 153:11 |
| 283:1,4 | 288:3 | 124:10 132:22 | 184:8 230:8 | 157:22 163:10 |
| **never** 33:7 42:17 | **normally** 15:15 | 136:9,13,14 | **objection** 26:18 | 201:2,8 202:14 |
| 62:4 79:8 | 129:16 142:1 | 175:20 176:4 | 110:6 179:4 | 210:1 219:10 |
| 97:23 123:9 | 218:23 312:20 | 182:20 183:3 | 249:18 264:9 | 253:22 300:9 |
| 143:10 146:10 | **North** 2:8 7:12 | 185:20 186:3 | 288:3 | 301:2,16 |

| | | | | |
|---|---|---|---|---|
| 302:14 303:8 | okay 11:12 | 337:1 | 293:10 306:22 | 56:23 |
| 304:16,22 | 13:14 25:2,7 | old 29:6 31:21 | 307:23 329:6 | part 71:13 |
| 305:7 306:7,18 | 25:11 26:2 | 33:5 233:9 | overcrowded | 146:12 151:11 |
| 307:13 308:2 | 27:11 53:8 | older 315:6 | 125:12 | 183:13 223:15 |
| 309:10,20 | 56:16 57:13 | omitted 58:22 | overview 141:12 | 253:8 257:13 |
| 310:3,22 | 70:15 75:15 | once 54:21 | over-the-coun... | 283:14 304:13 |
| 313:18 316:13 | 89:2,3,9 90:2 | 59:10 62:12 | 240:7 | 314:13 317:14 |
| 318:10 319:10 | 92:8,9,21 93:3 | 70:9 175:8 | owns 33:14 | 317:20 |
| 320:17 323:17 | 95:19 97:6 | 241:10 289:17 | o'clock 201:11 | particular |
| 327:5 334:15 | 98:3 99:9 | ones 176:23 | | 306:23 323:4 |
| 334:16 335:2,5 | 102:23 103:23 | 211:16 253:1 | **P** | parties 2:1 3:3 |
| 335:13 336:7 | 105:10 106:23 | open 141:22 | P 53:13,16 57:12 | 338:18 |
| 336:17 337:5 | 109:4 118:7 | 218:21 319:3 | page 4:3 45:19 | pass 102:1,15 |
| offended 11:4 | 120:8 124:16 | 319:16 321:21 | 46:11 47:3 | 127:22 |
| 97:15 265:12 | 125:8 128:9 | 332:17 | 58:16 75:10 | passing 135:2 |
| offense 79:18 | 141:13 146:15 | opening 50:4 | 119:10 124:9 | 312:10 |
| offensive 18:22 | 147:7 148:20 | operations | 132:21 181:5 | Pat 58:6 74:14 |
| 19:15 22:21 | 150:12 153:13 | 141:4 | 202:8 207:16 | 80:20 82:18 |
| 25:18 94:19 | 155:4 156:21 | opinion 265:15 | 224:9,16 | 89:8 90:5,10 |
| 115:16 127:14 | 157:7 159:16 | 271:12,15 | 282:12 283:10 | 91:1 96:5 |
| 138:10 158:11 | 164:19 178:4 | 297:22 | 284:17 285:6 | 105:14 107:13 |
| 158:16 169:10 | 186:9 190:7 | opportunity | 321:2 | 108:13 109:8 |
| 182:1 188:9 | 198:2 201:6 | 18:4 183:6 | paid 144:4,7,11 | 109:17 112:21 |
| 191:23 192:14 | 206:19 211:18 | opposed 128:7 | 145:1 168:13 | 114:6 118:12 |
| 194:13,19 | 213:7 216:11 | opposite 129:3 | 168:19 202:10 | 120:13,18 |
| 199:1 270:6 | 222:11 223:1 | 240:13 241:8 | paper 43:5 | 122:19 124:3 |
| 302:20 | 223:14 228:19 | oral 9:13 | 178:3 | 131:21 132:3 |
| offensively | 236:5,6,18,19 | organizations | papers 212:8 | 132:23 134:2 |
| 199:19 | 241:10 242:16 | 37:6 | paperwork | 134:14 137:1 |
| offered 3:6 | 247:21 251:14 | orientation 4:23 | 52:13 76:2 | 157:13 160:10 |
| 161:15 168:12 | 251:15,21,22 | 51:4,12,20 | 225:2 | 169:1 202:1 |
| 168:19 202:8 | 252:2,3 255:23 | 53:15 282:13 | paragraph | patient 66:13 |
| offering 56:11 | 257:10 279:2 | original 44:21 | 186:10,19 | 125:15,19,21 |
| office 43:2 78:23 | 291:18 299:23 | 252:21 | 190:17 201:19 | 126:7 229:12 |
| 222:8 254:19 | 300:19,21 | originally | 203:2,7 206:5 | 229:22 230:5 |
| 254:20 255:1 | 303:11 306:2 | 159:22 | 208:12 224:9 | 270:15,19,22 |
| 293:10 | 310:13 313:6 | ought 219:23 | 335:10 | 273:9 274:9,13 |
| offices 2:6 9:8 | 315:3 318:9,16 | outcome 185:8 | paragraphs | 274:22 275:2 |
| 255:7 | 318:19 319:6,9 | 288:21 | 195:12 208:14 | 275:10,22 |
| Oh 30:23 59:8 | 320:17,22 | outrage 189:7 | parameters | 276:6 295:3 |
| 131:14 220:10 | 321:3 325:8,11 | outrageous | 25:15 | 323:4 325:2,14 |
| 264:6 265:1 | 327:15 328:1,9 | 196:12 | parking 173:4 | 326:16,19,20 |
| 268:11 282:8 | 334:21 335:9 | outside 29:16 | Parkview 54:11 | 327:7 |
| 327:13 | 336:5,11,16 | 91:4,6 198:17 | 55:1 56:8,11 | patients 125:14 |

125:14 271:21
295:1 308:10
316:23 317:1,3
317:7,10
319:18 322:6,7
322:8,10,15
329:22
**patient's** 66:12
125:11 126:5
270:14 276:8
**pattern** 69:8
212:13,16
**pay** 36:11 56:13
56:18 61:6
82:2 85:10
86:5,22 87:2
87:10 144:16
144:21 145:3,4
145:19,22
146:4,13,16
165:1 187:14
187:17,18,20
197:15 223:23
223:23 224:2,3
224:11,13
**paying** 145:8
**Payroll** 55:11
**Payroll/Perso...**
5:1
**penalty** 13:7
177:3
**people** 40:8,9
42:2 57:4 64:4
69:10 88:21
98:9 109:11
148:9 149:23
169:13 203:19
231:13 235:18
241:6 277:14
277:15 284:7
296:18,20
297:8 323:2,7
323:12 324:12
**percent** 226:22

226:23 227:1
258:21,22
259:1
**percentage**
226:13,22
**percentages**
226:8,16
**performing**
199:12 200:6
**period** 24:21
56:22 59:23
80:10 84:12
95:13,16 118:8
118:17,19
135:2,16,20
153:11 154:4
155:7 223:11
320:11
**periodically**
218:20 241:1
**periods** 232:4
**perjury** 13:8
177:4
**perplexed** 179:7
**person** 17:15
18:10 22:19
24:1 28:5
48:12 69:12,14
76:20 79:10,14
176:15 203:20
215:9 216:13
216:14 223:20
246:4 276:20
282:9 284:3
294:8 306:23
**personal** 135:21
136:6 137:18
138:17 266:1
266:17 270:13
283:6,7 312:3
**Personnel** 5:5
55:11 60:20
**perspective**
151:5 210:6

215:2,4
**Phillips** 40:20
41:17 74:12
80:20 81:21
89:6,14 90:3,7
90:10,17,22
91:5,10,17
93:7 96:4
98:13,15,19
99:2,10,14,21
100:2,7,20
101:9,13,17,21
102:1,14,18
107:10 114:5
120:9 122:12
131:22 132:3
132:13 140:3,8
157:12 160:11
163:18,19,23
164:5 169:1,7
244:10 300:16
301:2,15 302:8
303:8,14
304:15 306:22
309:15 310:1
**phone** 136:13,14
**phonebook**
136:21
**photograph**
42:23
**phrases** 119:7
**Phyllis** 81:12
161:16
**physical** 83:5
142:14 230:12
230:15,17
239:6 242:13
305:2
**physically** 22:20
141:9 240:5
241:18 244:21
245:9 246:14
294:20
**physician** 1:13

68:16 86:20
141:3,21,23
142:5 186:13
186:21 242:8
252:12 281:21
282:5
**physicians** 7:17
11:21 142:1
253:9 255:10
294:22
**pick** 19:6 131:15
151:12
**picked** 176:21
**picture** 37:20
92:15 114:12
285:15,16
**pictures** 43:6,9
285:9,12
**Pike** 7:21
**place** 27:1
134:18 135:3
181:6 283:11
306:8,13,18
318:17 321:16
329:4 335:2,13
335:20 337:4
337:12
**placed** 140:22
223:22
**places** 35:21
**plaintiff** 1:7 7:1
45:7,10,14
47:2
**Plaintiff's** 5:23
**plan** 291:3,13
295:9
**play** 177:23
**players** 20:9
**plead** 323:12
**please** 10:5 29:9
166:16
**pleased** 122:8
**pled** 324:12,19
**plus** 56:14

**point** 13:23 23:4
75:12,23 84:21
99:20 100:1,10
100:20 101:10
101:14 105:15
107:4 108:7,19
110:3 114:5,21
118:5 131:21
135:22 139:9
139:12,14
147:17 151:19
154:12 162:3,7
165:21 186:15
190:9 195:6
202:16 204:8
219:8 239:13
262:1 263:16
269:6,10 290:9
293:22
**pointed** 257:5
**police** 199:4
**policies** 51:15,23
52:6,8 71:19
**policy** 5:9,12
71:8 72:6,22
73:2,11 81:5
106:21 109:10
193:2 210:12
**Pool** 21:22 24:4
24:9 64:10
65:16,19 66:22
67:7,10,14,20
68:1,8 83:13
87:9,17,21
89:13,23 90:1
96:10 104:13
109:1,18
112:17,22
120:14,14
123:5,13 132:8
140:15 143:11
160:1 169:15
253:19 254:1
254:16 259:8

Page 359

259:11 260:17
278:17 292:21
331:20
**portions** 45:8
**position** 53:9
  54:9,23 56:4
  82:16,21 83:22
  126:8 300:10
  317:4
**positions** 53:18
  64:6
**positive** 261:23
  289:2
**positively** 266:5
**possible** 48:10
  103:2 205:8
**posted** 331:15
  331:17
**potential** 320:13
**Pots** 68:21
**Potts** 63:23
  64:13 66:9
  113:16
**pounds** 239:20
  240:1
**power** 75:11,22
  85:13
**powers** 20:23
**PPE** 61:8,11
**precise** 118:19
**prefer** 57:14
  247:10
**premises** 17:16
  26:11,21 28:6
  29:21 40:13
  77:13 159:19
  162:4,16 171:8
  175:9 190:15
  191:20 209:5
  209:21 210:10
  215:22
**prepare** 16:8,11
  211:7
**prepared** 104:5

**presence** 228:10
**present** 8:8
  121:8 213:20
  313:20 314:1
  318:14 319:13
  322:2,6
**presentation**
  75:22
**previous** 12:9
  69:1 205:17
**previously** 69:1
  115:9
**primary** 260:6
**prior** 3:6 58:12
  63:19 80:11
  85:1 99:13
  115:21 147:21
  159:14 207:23
  209:10 230:20
  300:9 301:2,16
  302:14 303:8
  304:16,22
  305:7 306:6,18
  307:12 308:2
  330:17
**priority** 317:10
  317:11
**privacy** 189:4
  190:22 195:4
  196:8 199:23
**private** 38:9
  129:6
**PRN** 53:22
  54:14,20 55:15
  64:15
**proactive**
  111:16 112:21
**probably** 23:16
  50:17 52:18
  88:14 117:9
  215:8 216:10
  228:14,15
  233:3 243:8,19
  261:20 287:14

299:18 302:16
326:20,22
**probing** 236:17
**problem** 72:20
  76:19 95:14
  98:11 109:19
  117:12 118:14
  197:20 256:21
  270:18 280:4
  301:13
**problems** 26:9
  65:23 117:17
  133:23 149:15
  150:22 154:7
  154:23 163:15
  205:20 256:7
  258:16 271:3
  273:22 312:13
  312:19
**Procedure** 9:6
**procedures**
  51:23 72:20
  320:1
**proceeded**
  100:15 126:2
  264:5 268:10
**proceedings**
  9:14
**process** 26:6
  72:21 264:23
  269:7,10
**produced**
  200:13 205:4
**production** 46:8
  224:18
**professional**
  242:9 271:10
**professionally**
  270:21
**profile** 38:5,8
**program** 5:4
  58:16,18 59:11
  60:14 61:1,21
  62:15 246:19

**progress** 210:13
**prohibited** 71:9
  73:12
**Prohibition** 72:5
**promotion**
  68:18
**prompted** 133:4
**prone** 192:14
**pronouncing**
  22:12
**protect** 260:4,5
**protocols** 52:10
  52:10
**provide** 227:14
**provided** 311:6
**provides** 45:15
**providing** 253:9
**psychiatrist**
  236:21 237:1
  237:11,18
  238:14 247:3
  257:19,21,22
**psychological**
  245:16,19
**psychologically**
  246:1
**psychologist**
  237:18 247:2
  257:14,16,22
**public** 277:16
**pulled** 121:13
  125:16 275:6,8
**pulling** 327:10
  327:19
**puncture** 126:6
**punitive** 197:16
**punitives** 221:5
**purported** 336:1
**purposes** 58:2
  74:20 309:21
  310:21 328:2
  337:2
**pursued** 287:10
**pursuement**

287:16
**pursuing** 287:16
**pursuit** 287:16
**Puryear** 10:14
  11:8 29:1
  30:11 32:20
  197:22,23
  198:4
**push** 278:21
**pushed** 126:1
**put** 27:10 35:22
  35:22 39:1
  94:14 103:3
  125:22 144:4
  156:3 187:13
  192:13 218:12
  223:3,9 246:9
  263:18 264:7
  265:1 268:2,11
  282:18,22
  283:7,12,18
  290:19 296:1
  315:9
**putting** 65:5
  168:15 193:6
**P-O-O-L** 21:23
**P-U-R-Y-E-A-R**
  10:14 29:12
**P.A** 7:21
**P.C** 7:11 8:4
**p.m** 49:21
**P.O** 7:22

---

**Q**

**qualified** 271:19
**question** 13:15
  14:2,4,5 19:22
  50:18 88:15
  94:17 115:2,13
  148:18 177:12
  190:5 202:12
  249:23 250:8
  250:14 251:21
  259:21 262:12

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

265:6 270:2
271:13 286:19
286:20 288:6
309:3 317:19
333:16
**questioning**
189:21
**questions** 2:23
3:2 12:21,23
13:11 15:23
16:3 92:22
221:21 236:11
236:12,17
250:12 251:7
256:1 271:3
282:16 299:17
300:7 338:10
**quibbling**
187:20
**quick** 143:6
337:12
**quite** 187:4

---
**R**
**R** 7:2 338:1
**race** 177:23
178:6,9,10,14
178:18 179:9
179:14
**raider** 35:6
**raise** 33:10
56:13 262:2
**raised** 178:5
**ran** 290:19
**random** 277:15
**range** 221:6
**ranks** 235:4
**raped** 278:1
**rate** 145:3
224:11,13
**reacted** 298:2
**read** 47:8,12
88:17 177:14
183:20 186:4

196:22 287:22
**reading** 2:13
226:6
**ready** 314:10
**real** 215:11
274:14,17
**reality** 59:4
**realize** 56:7 84:1
**realized** 62:2
268:23
**really** 15:18
20:11,15 100:9
120:3 146:9
159:8 170:5
183:22 184:22
198:3 213:9
215:9 235:8
247:15 251:23
256:17 257:4
263:13 264:22
278:3 315:6
323:11 325:13
**reask** 300:22
**reason** 14:8
15:11 31:10
36:13 38:12
48:1 79:13
90:15 95:3
135:11 148:1
150:1 155:20
157:3 168:20
178:13 179:9
190:2 257:13
257:17 260:15
282:21 288:14
**reasons** 36:18
36:21 37:3
257:15
**recall** 14:12 52:7
93:6 98:5
104:4 121:7,11
121:15 135:6,9
135:17,18
138:13 139:3

158:13,21
159:2 163:17
164:9 167:4
168:17,18,21
175:13 197:2
201:6 202:13
213:19 272:7
303:7 306:2
307:14 308:5,9
308:12 327:18
327:19 328:9
**recalled** 104:9
**receive** 59:22
60:11,15 61:19
71:4
**received** 51:19
70:23 183:8
331:8
**receiving** 51:14
61:18
**recess** 147:8
189:18 222:12
**recessed** 337:16
**recluse** 287:5
**recognize** 49:6
71:19 75:12
176:6 183:3
**recollect** 135:10
**recollection**
94:18 303:12
308:3
**recommend**
263:9
**reconciled**
233:15
**record** 10:5
44:10 45:4
75:6 182:18
186:4 189:15
189:17 205:8
263:8
**recorded** 17:14
**recording** 28:5
263:5

**recordings** 17:5
17:11 262:19
**recovery** 35:8,10
**Redstone** 29:18
**refer** 10:23 11:1
11:2 12:7,11
43:13,16
**reference** 159:4
191:10 211:18
305:21 321:14
**referenced**
77:21 160:6
211:20
**references** 46:4
322:3
**referencing**
303:18,20
**referred** 15:8
113:15 315:16
317:22
**referring** 12:8
12:13 20:4
59:18 64:7
152:10 190:16
203:5 223:17
**refers** 60:21,22
**reflection**
147:12 189:22
**regard** 84:16
124:17
**regarding** 71:16
133:1
**registered** 49:20
64:14
**registration**
129:5,21
**regular** 37:10
88:12 91:8
316:11 322:16
**regularly** 88:11
**regulate** 240:21
**relate** 53:1
**related** 16:16
17:5,11 19:18

24:6,8 26:9
27:15 63:10
64:20 68:4
71:6 146:18
164:3 167:6
221:21 262:6
271:9 281:4
285:6 295:7
333:9
**relates** 82:15
**relating** 2:18
**relation** 299:5
**relationship**
67:13,16 233:8
233:19,21
234:1,10
249:13 286:14
286:22
**relationships**
248:15 316:16
**Relative** 120:17
**relax** 167:14
**relevant** 10:18
314:16
**rely** 250:19
**remain** 186:22
**remark** 65:15
66:14
**remarks** 64:8
**remedy** 187:1
**remember** 35:12
50:9 51:11,14
51:18 79:16,23
84:20 89:14
91:18,23 93:8
93:13 94:23
97:1 114:9
120:21,22
121:1 122:15
125:6 127:11
148:19,20
152:7 170:13
170:15 171:1,2
175:17 205:9

263:21 268:2
276:7 282:13
283:18 301:6,9
301:11,12,21
301:22 302:4,7
302:8,11,13,14
302:17,21
303:2,4,5,21
304:1,3,8,10
305:15,18
306:11,16
319:20 322:12
322:18,23
323:14 327:22
328:23 330:21
**remove** 167:22
**rent** 29:21,23
**repeat** 13:12
80:6 150:15
**repetitive** 154:9
294:10
**rephrase** 13:13
251:20
**replied** 327:9
**report** 87:21
116:12 117:11
117:16 118:15
133:22 150:23
205:21 229:20
229:23 255:11
300:11
**reported** 96:3
98:13 117:19
118:2 180:16
194:23 201:21
201:23 230:2
253:23 297:9
309:9
**reporter** 9:19
19:5
**reporting** 116:6
254:13
**reports** 87:23
**represent** 12:1

46:12 252:2
299:15
**representative**
13:2
**represented**
12:17
**representing**
11:16
**represents**
338:12
**repulsive** 267:6
**request** 38:21
42:13 46:7
224:17
**required** 126:8
225:9
**reschedule**
106:19
**reside** 28:18
**resided** 30:13
**resident** 80:1
**residual** 36:4
**resignation** 54:6
77:20
**resigned** 78:4
**resolve** 26:16,20
27:2 258:6
**resolved** 197:20
**resources** 74:3,9
74:16 81:3,6
96:8 107:22
110:4,22 112:2
112:12 114:17
136:20 147:22
148:23 152:3,5
153:20 154:16
155:16 157:19
158:3 160:4
169:17 171:15
223:8
**respect** 23:23
52:23 139:11
157:9 162:19
236:20 333:6

**respected**
271:14
**respective** 2:2
171:22
**respond** 13:16
127:10,20
266:4 326:16
**responded**
134:14
**responding**
15:22
**response** 46:20
107:4 124:8
127:1,3 128:4
158:14,22
213:1,2,3
225:1
**responses** 43:12
45:9
**responsibility**
18:8 194:11
227:10 260:11
**responsible**
18:12 191:11
191:22 194:4
197:8 227:3,8
227:18,19
253:9
**rest** 106:7
144:19 223:4
249:13
**restate** 45:14
**restroom** 189:13
**result** 243:3
338:19
**retaliation** 262:5
**retaliatory**
116:11
**retired** 33:17
**return** 55:17
**returned** 147:6
**review** 16:12
**reviewed** 16:16
**revised** 72:6

**rewrite** 136:14
**re-ask** 300:7
**Richard** 7:18
251:5
**ride** 137:14
314:18
**riding** 335:6
**right** 10:13
11:14 17:20
21:17 22:10,13
24:18 29:2
47:12 48:20
51:7 68:20
74:4 76:3 80:8
81:4 86:3,18
89:4,7 90:7
91:12 92:13
93:4,10 94:7
95:15,22 96:23
97:2 98:16
99:16 103:6,10
103:11 104:6
105:13 106:2
106:23 108:15
109:9,20 110:9
110:18 112:9
114:14 115:12
115:17 118:10
118:15,16
131:4,19
132:20 133:14
134:2 136:23
143:14 144:3,6
146:1,17
150:20 151:1
153:10 154:14
154:18 155:11
156:7 157:17
158:5,8 160:2
162:19 163:9
165:12 172:20
172:21 173:1
177:13 179:2
180:10 185:6

187:15 188:10
188:18 193:8
194:1 197:13
197:20 199:16
199:17 201:13
202:5 203:10
204:13 206:16
208:14 211:10
211:16 215:23
216:1 221:2
224:1,1,1
225:23 230:10
235:4,15,16,21
236:10,12
241:14,22
244:14 245:11
245:15 247:17
247:18 249:3
254:10 255:21
258:18 260:1
260:20 261:2,3
261:6,9 263:19
265:10 266:17
268:21 273:17
282:7 284:8,9
286:23 288:18
289:2 290:17
293:9 294:19
294:21 295:7
295:11,12
296:8 297:6,15
298:9,10,23
299:10 300:1
305:4 317:15
334:23 335:4
**rights** 5:19
183:5 224:4
**right-hand**
55:13 58:1
60:20 176:5
**RN** 60:22
311:12
**RNs** 59:14 60:6
**road** 35:6

FREEDOM COURT REPORTING

Page 362

| | | | | |
|---|---|---|---|---|
| rode 172:5<br>173:16 218:12<br>263:17 264:22<br>268:11 315:4<br>**Rohan** 40:19<br>41:8<br>role 105:22<br>139:6<br>rolls 314:17<br>room 39:10,11<br>49:21 53:11,19<br>54:17 58:9<br>78:8 81:1,11<br>81:14 129:12<br>136:17 141:5<br>168:16 199:13<br>253:10 301:14<br>304:14 306:17<br>308:10,13<br>311:3 313:20<br>318:17 319:22<br>**Roughly** 243:21<br>round 226:3,18<br>route 231:3<br>routinely 97:19<br>row 57:11<br>rub 290:21<br>rude 236:18<br>**Rule** 5:23<br>rules 2:18 9:5<br>251:16<br>run 126:14<br>210:10<br>running 69:8<br><hr>**S**<hr>**S** 4:8<br>safe 227:15<br>sanitary 319:23<br>sat 79:7 103:14<br>137:6 292:22<br>satisfaction<br>164:21 168:5<br>satisfied 99:21 | 101:8,12,16<br>105:14 107:3<br>134:13 139:5<br>147:18 165:19<br>230:20,22<br>satisfy 166:18<br>**Saturday** 57:11<br>83:8 131:8<br>saw 72:9 150:11<br>237:4,10<br>244:10 257:14<br>257:15 276:18<br>323:21<br>saying 18:19<br>41:4,6 69:21<br>93:22 109:6,10<br>109:18 121:8<br>121:12 132:14<br>139:3 149:20<br>150:2,5,9<br>153:22 155:15<br>159:2 168:3<br>194:3 225:6<br>227:6 260:8<br>270:16 277:10<br>277:14 281:12<br>says 37:20 38:8<br>57:6 58:15<br>60:5 61:6<br>75:16 94:12<br>96:7 100:12<br>103:23 106:21<br>109:10 111:23<br>154:13 180:6<br>180:13 181:14<br>181:15 183:23<br>184:2,21,23<br>186:10 187:12<br>188:4 201:11<br>202:8 205:10<br>205:11,16<br>206:13,19<br>207:7 223:7<br>252:11 272:22 | 278:11 283:1<br>scale 56:18<br>248:6<br>scared 215:10<br>scenario 20:8<br>schedule 62:1<br>82:1 83:10<br>85:9,14 87:5<br>87:14 106:17<br>134:8 164:1<br>166:3 167:21<br>scheduled 134:6<br>145:23<br>schedules 82:3<br>83:1,2,6<br>scheme 239:21<br>school 39:20<br>242:5 291:16<br>291:18 292:9<br>scoop 327:17<br>328:10<br>scooped 328:17<br>scope 199:15,20<br>200:2<br>**Scott** 32:17<br>scrub 321:8,10<br>321:12 334:3<br>scrubs 137:14<br>273:1,7,13<br>304:5 334:4,9<br>334:17,19<br>335:12,19,22<br>336:3<br>se 7:4 280:4<br>search 53:3<br>seat 114:15<br>second 124:9<br>125:7 148:22<br>163:12 319:11<br>secretary 136:6<br>security 29:20<br>291:11<br>see 39:2,7 41:4<br>41:10 61:8 | 71:19 93:21<br>96:13 98:9<br>99:5 111:4<br>133:2 142:16<br>142:21 143:5<br>153:15 157:5<br>170:8 179:16<br>181:8,8 188:5<br>208:12 211:5<br>212:12 237:17<br>244:17 260:8<br>265:20 268:20<br>275:3 287:11<br>287:21 288:7<br>288:11 290:8<br>308:23 323:13<br>327:8 334:13<br>seeing 236:23<br>265:23<br>seek 224:20<br>seeking 49:20<br>seen 62:4 72:7<br>72:21 73:1,4<br>86:8 93:15<br>185:2,5 195:1<br>198:9 200:14<br>201:3,5 205:5<br>211:2 212:19<br>212:23 213:4<br>236:21 267:1<br>283:8 322:19<br>323:18<br>semen 320:5<br>send 38:20 82:9<br>284:7 331:12<br>sense 273:15<br>sent 42:13<br>106:12 284:11<br>284:13<br>sentiment 288:9<br>separation<br>142:15<br>**September**<br>180:3 181:7 | sequence 46:7<br>46:10 92:20<br>221:16,19<br>serious 326:6<br>**Services** 1:13<br>186:14,21<br>252:12<br>set 4:18 38:8,12<br>47:1 61:20<br>85:5 103:20<br>113:9 135:16<br>137:1 208:20<br>sets 112:4<br>settle 35:13<br>settled 275:3<br>settlement 35:15<br>setup 314:10<br>seven 186:19<br>sex 129:14<br>179:17,18<br>182:2 264:21<br>sexual 52:11<br>71:2,9,16<br>73:13 75:6,23<br>123:21 180:14<br>186:8 188:3<br>192:9 264:20<br>330:8,20<br>sexually 206:8<br>sexy 305:14,23<br>shakes 165:8<br>shape 305:21<br>share 207:19<br>shared 99:14<br>**Sharpley** 10:12<br>31:4,11 32:1<br>33:21<br>**Shealy** 7:20<br>shelf 73:5<br>shift 60:5,7<br>119:8,8,12<br>143:21 144:15<br>222:10<br>shifts 56:6 141:6 |