FREEDOM COURT REPORTING

Page 363

| | | | | |
|---|---|---|---|---|
| 311:17 | signing 47:7 | 232:20 233:2,5 | 278:2 280:9 | spoken 96:11 |
| shirt 275:6,8 | 177:3,10 | 240:5,8 241:19 | 282:2 327:13 | 98:18 109:12 |
| 327:17 328:4 | 282:21 | 245:12 | 334:15 335:21 | 172:12 259:10 |
| 328:10,21,22 | signs 325:21 | slides 75:12 | sort 102:19 | 300:15 |
| 329:1 336:19 | similar 82:16,21 | sling 278:20 | 218:14 | sports 283:19 |
| short 26:14,20 | 149:15 | slows 241:9 | sought 238:3 | Stacey 40:19 |
| 27:2 189:18 | single 218:18 | small 228:11 | sound 51:7 | staff 5:13 77:9 |
| 222:12 274:14 | singling 124:17 | 287:1 | 201:12 314:15 | 156:5 192:22 |
| 299:17 | Singulair 14:22 | smarter 251:8 | source 69:13 | 192:23 208:4 |
| shot 214:21 | 15:3 | social 272:4 | Southeast 30:4 | stand 130:13 |
| shoulder 167:15 | sir 10:17,21 11:6 | socially 265:20 | Southern 255:9 | 228:9 229:9 |
| 215:14 | 53:4 95:23 | 268:21 287:12 | space 42:20 | 236:8 246:6 |
| Shovana 40:19 | 96:17,20,22 | 287:21 288:7 | speak 108:2 | 272:3 294:4,23 |
| shove 278:23 | 148:10,13 | 288:11 | 111:13 117:3,7 | standing 65:9 |
| show 17:2 37:18 | 149:11 151:7 | solution 26:8 | 122:20 133:4 | 66:11,15 79:23 |
| 49:2 51:1 55:8 | 152:21 153:18 | Solving 72:20 | 163:19 237:22 | 126:5 128:17 |
| 57:21 60:17 | 153:21 154:2 | somebody 38:17 | 237:23 254:21 | 128:19,21 |
| 71:18 72:3,18 | 155:14,19 | 65:7 78:21 | speaking 24:23 | 130:10,11 |
| 75:4 77:18 | 175:18 293:5 | 89:19 97:21 | 34:3 63:13 | 142:16 204:1 |
| 123:4 129:1 | sister 210:20 | 128:20 150:5 | 150:2 180:17 | 218:8 295:4 |
| 130:5 167:10 | 313:1,15 | 192:20 204:1 | 221:7 282:11 | 322:8 326:18 |
| 176:1 183:1 | sister's 313:2 | 215:3 237:23 | specialty 140:23 | 329:5 |
| 186:1 205:10 | sit 134:10 | 249:5,7,8 | 141:19 142:21 | standpoint 81:1 |
| 210:21 274:4 | 224:11 274:15 | 259:15 260:3 | specific 18:18 | 150:11 245:20 |
| 274:10,21 | sitting 43:6 | 260:23 263:4 | 64:3 69:11,12 | 249:19 |
| 275:17 293:15 | 47:23 48:4 | 265:3 267:7 | 158:13 180:17 | stands 63:11 |
| 326:3 | 73:5 179:13 | 273:10,20 | specifically | 203:23 |
| showed 275:10 | 203:4 215:5 | 289:15 294:11 | 152:14 186:19 | stare 130:14 |
| shown 61:21 | 259:17 319:17 | someone's 70:12 | 281:10 333:5,8 | 229:9 |
| 72:6 133:9 | situation 107:7 | Somewhat | specify 25:20 | starring 198:18 |
| 244:21 245:9 | 128:16 187:1 | 230:23 233:14 | speeding 36:12 | start 53:14 |
| 245:22 274:6 | 206:23 243:20 | 298:4 | spell 29:8 | 95:10 125:19 |
| shows 45:5 51:5 | 292:19 296:14 | son 32:16 | 243:17 | 125:21 221:23 |
| 55:14 283:19 | 297:1 | sooner 113:1 | spelled 198:2 | 291:16 292:3,5 |
| side 121:14 | six 301:10 | sorry 20:11 | spells 244:3 | 332:15,18 |
| 148:7 231:1 | skin 290:12,14 | 22:18 30:23 | spoke 96:5 99:6 | started 25:4,7 |
| sign 59:10 | skinned 324:5 | 59:7 104:18 | 100:2 103:11 | 27:9 55:21 |
| 282:14 | skipping 46:9 | 123:23 131:10 | 109:17 111:2 | 64:22 100:16 |
| signature 2:14 | skips 46:6 | 176:19 179:22 | 111:11 112:21 | 124:23 215:19 |
| 45:20 46:10,18 | slammed 125:12 | 188:14 194:7 | 114:5,6,17 | 218:11 219:12 |
| 47:4 58:4 | slap 108:11 | 195:18 207:2 | 121:9 132:23 | 221:19 270:11 |
| 75:16 176:9 | sleep 230:18 | 213:11 216:23 | 163:12,15 | starts 116:10 |
| signed 47:16 | 231:17 232:6,9 | 229:16 257:20 | 164:10 171:19 | 203:7 |
| 177:15 | 232:12,15,18 | 275:13 276:3 | 259:7 | state 2:5 9:2 |

10:4 124:7
140:21 327:4
338:3
**stated** 201:18
310:23 327:6,8
330:2 331:20
331:22 333:19
**statement** 206:1
206:9 228:7
263:21 264:5
311:7 315:4,13
315:16 316:1
326:1,16,17
327:2 336:1,12
**statements**
289:5 304:19
304:20 308:4
336:3
**states** 1:1 186:18
**status** 55:18
**statute** 184:6
**statutes** 184:5
**stay** 269:17
286:8 291:7
319:16
**stayed** 167:16
**stays** 319:2
**STDs** 248:23
**Stenotype** 338:9
**step** 155:17,21
156:10 289:2
**steps** 106:9
108:4
**stick** 242:12
**stimulant**
240:18
**stimulate** 241:6
241:7
**STIPULATED**
1:23 2:12,20
3:8
**stipulations**
1:22 9:7,20
**stitches** 35:23

**stood** 129:11
294:4,14,15,17
**stop** 99:5 115:7
115:10,11
128:9 267:18
268:8 296:4
308:18 309:1,4
314:5 332:3,7
332:9,12 333:2
333:20 334:2,8
334:18 336:2
336:13,21
**stopped** 115:1
115:17,22
225:12
**straight** 108:21
214:20,21
282:19,20
326:13
**strange** 146:9
**street** 30:3 313:9
**stress** 234:14
**stresses** 248:7
**stressful** 233:19
234:18,21
235:3,7,11
**stretcher** 125:17
125:18
**strike** 143:9
316:9
**stroke** 52:10
**strong** 286:2
**stuck** 95:3
**stuff** 132:14
**subject** 147:22
158:15
**subjected** 18:22
73:17
**submit** 211:13
**submitted** 16:20
54:5 211:1
**subpoena** 323:1
323:3,9
**subsequent**

173:20
**successful** 168:4
**sue** 175:1
**sued** 17:19 18:4
35:7 175:4
235:13,17
252:4,5,11
259:3 323:5
**suffer** 35:16
36:4 244:23
258:8
**suffered** 262:4
**suggest** 172:7
**suggested** 85:8
**suggesting** 190:2
**suing** 191:15
195:4 209:6,21
**suitable** 185:8
**Sullivan** 67:23
68:6,15 83:16
88:1 96:11
104:14 108:23
112:18 123:16
132:8 278:17
292:22
**Sullivan's** 68:12
**summarize**
295:21
**summary**
263:14 265:8
**summer** 246:12
**Sunday** 57:11
83:9 131:9
310:9
**Sunnie** 2:4 6:22
9:1 338:6,23
**supervisor** 22:8
84:6,9,19
87:20 90:14
219:7
**supervisory**
41:21
**supplement** 48:6
48:9,14 148:15

222:17
**supplemental**
4:13,15 46:3
46:16,20
**supportive**
39:19
**supports** 28:1
**supposed** 62:7
62:14 160:21
227:20 326:1
**supposedly**
259:23 308:17
**sure** 10:1 11:22
45:1 62:19
68:18 83:17,18
88:2 114:23
144:17 150:10
150:16 157:15
170:5,7 171:20
181:1 209:20
231:19 243:9
261:5 264:3
287:14 293:21
300:3,23 317:7
324:1 330:5
331:10,11
335:3 336:17
**surprise** 315:15
315:21
**surprised** 188:1
**suturing** 66:13
**swear** 199:3
298:16
**sworn** 9:17
**S.W** 8:5

___

**T**
**T** 4:8 338:1,1
**table** 14:2,4
140:9
**take** 13:22 14:5
15:15,19,20
43:8 52:14
65:21 99:8,10

99:15,18
100:15 106:9
134:17 140:8
147:2,5 166:3
168:14,20
181:22 202:15
221:18 222:4,6
231:2,2,22
240:9,10,14
241:10,12,15
258:10 275:15
278:21 306:8
318:17 321:16
335:13,20
**taken** 2:4 147:9
189:19 222:13
259:16 338:8
**takes** 141:18
292:3
**talk** 41:9 67:6
70:14 86:3
88:19,23 91:3
91:5 92:17
100:23 101:3
103:19,19
104:20,20
105:3 107:18
107:22 109:12
112:1 127:18
149:6,7 161:16
167:2 203:19
203:20 216:15
218:21 220:16
221:10,13
255:5,12 267:8
269:17,21
272:2 278:4,5
281:2 289:19
297:12 307:11
312:2,5,12
332:13 333:2
335:11
**talked** 89:15,17
103:15 104:12

| | | | | |
|---|---|---|---|---|
| 104:16 115:8 | 69:13 84:15 | **terminated** | 195:1 | 53:6 54:2 70:1 |
| 141:7 163:10 | 88:21 91:20 | 79:13 165:23 | **thing** 39:18 | 76:23 87:23 |
| 164:19 201:7 | 93:5 97:19 | 288:18 289:7,8 | 73:23 76:21 | 91:15 93:23 |
| 202:4 242:6,10 | 99:3 100:16 | 289:15,18 | 107:20,20 | 94:12 98:23 |
| 277:9 278:17 | 103:12,17 | 290:1 296:6,8 | 115:5 120:3 | 101:6,6 115:11 |
| 280:8 285:14 | 104:10 106:8 | 296:13 299:7 | 149:17 185:7 | 123:2 147:16 |
| 286:12,18 | 109:7,22 | **termination** | 231:14 234:18 | 148:17 150:12 |
| 293:6 296:17 | 111:13,21 | 159:15 | 251:23 260:13 | 153:5 160:5 |
| 297:7 309:23 | 113:4,8,12 | **terms** 16:3 19:10 | 265:9 267:16 | 165:10 171:14 |
| 310:11 312:10 | 114:1 116:15 | 19:11 22:10 | 283:22 294:10 | 171:17 172:16 |
| 312:15 | 127:17 137:4 | 27:14 34:4 | **things** 10:23 | 175:14 178:10 |
| **talking** 16:22 | 162:12 165:12 | 58:17 81:10 | 18:13,16,19,20 | 178:14 179:14 |
| 24:18 38:14 | 172:17 174:9 | 82:1 85:5,18 | 22:19,19 25:21 | 179:15 180:20 |
| 39:2 48:23 | 176:22 185:1,6 | 85:19 86:4,21 | 27:14 52:9 | 185:8 190:9 |
| 63:14,15 | 215:18 217:18 | 106:10,17 | 64:17 65:6 | 194:3 197:7,11 |
| 109:18 110:8 | 217:21 218:13 | 109:7 140:5 | 90:11 95:2,10 | 202:2 205:23 |
| 125:21 128:20 | 218:15,17,19 | 143:19 146:4 | 98:9 106:5 | 206:13 214:16 |
| 128:23 130:23 | 219:22 220:7 | 165:14 248:6,7 | 113:4,9 114:7 | 223:3 231:5,13 |
| 151:8 172:19 | 236:8 250:2 | **terrible** 278:6 | 117:3,7,15 | 244:19 246:20 |
| 173:10 190:18 | 251:20 266:15 | **tested** 248:23 | 118:13 123:4 | 247:12 251:10 |
| 190:19 191:8 | 266:16 269:13 | **testified** 9:18 | 133:9,21 134:3 | 252:15 263:16 |
| 193:1 206:15 | 300:11 301:1 | 36:15 185:14 | 137:7,16 149:7 | 264:1,18,19 |
| 247:11 267:18 | 301:20 302:23 | 202:3,21 206:1 | 164:2 202:20 | 265:14 269:3,7 |
| 268:8 273:3 | 305:10,13 | 229:3 | 203:23 208:12 | 269:9 270:17 |
| 275:8 283:10 | 306:22 307:3 | **testify** 14:11 | 208:20 219:3 | 276:21,22 |
| 294:2 307:14 | 308:18 309:3,7 | 214:13,17 | 221:11,14 | 278:10 283:1 |
| 314:6 332:16 | 315:12 317:15 | 323:11 | 232:23 233:4 | 288:17 291:2 |
| 332:23 333:20 | 317:16 332:2 | **testifying** 46:19 | 239:22 241:19 | 291:10,20 |
| 335:15,17 | 334:8,17 336:2 | **testimony** 44:7 | 242:12 247:17 | 294:6 299:2,9 |
| **talks** 203:22 | 336:12,21 | 150:17 196:22 | 247:19 248:7 | 299:21 300:7 |
| 224:9 | **telling** 108:20 | 204:15 251:13 | 251:12 256:2 | 301:14 302:20 |
| **tangible** 27:23 | 109:2 166:13 | 253:15 270:2 | 256:11 257:8 | 310:11,18 |
| **tape** 17:14 28:5 | 168:9 170:13 | 279:6 297:11 | 259:23 260:9 | 313:4 324:22 |
| 262:19 | 219:12 333:22 | 303:23 309:7 | 263:12,14 | 330:4,11 |
| **tears** 95:6 | 335:12,18 | 309:13 331:20 | 265:19 269:22 | **thinking** 88:4 |
| 100:12 276:11 | **tells** 154:11 | 333:18,22 | 269:23 270:1 | 243:12 |
| **tech** 64:16 | 203:23 | 337:2 | 272:1 276:12 | **third** 2:8 7:12 |
| **technology** 41:1 | **temper** 34:11 | **thank** 29:13 | 280:7,11 | 9:9 46:11 |
| **teenagers** 35:5 | **ten** 258:23 | 45:2 245:6 | 286:12,20 | 297:14 |
| **telephone** | **tend** 143:17 | 255:23 299:10 | 289:20 298:1 | **Thomas** 119:20 |
| 135:19 136:8 | **tense** 167:16 | **Thanks** 191:12 | 300:23 301:4 | 307:8,12,17 |
| 159:13 | **term** 315:9 | **thereto** 3:7 | **think** 23:16 | 318:13 319:12 |
| **tell** 13:4 38:16 | **terminate** 82:10 | 338:10 | 31:14 40:18,20 | **thought** 30:23 |
| 57:9 66:9 | 82:23 | **they'd** 119:22 | 41:3 48:1 50:3 | 42:1 65:6 |

| | | | | |
|---|---|---|---|---|
| 177:19 184:14 | 99:11 100:1,10 | 309:18,21 | 65:21 84:11 | **touch** 78:21 |
| 199:2 252:16 | 100:17,21 | 311:2 316:12 | 92:11 96:10 | 126:22 127:9 |
| 269:11 273:18 | 101:23 114:21 | 322:2 328:14 | 98:14,21 99:7 | 127:13 149:5 |
| 288:9 297:2 | 118:5,5,9,20 | **timeframe** 24:14 | 99:17 100:14 | 158:9,10 |
| 299:4 316:3 | 122:16 125:10 | 24:22 95:20 | 103:15 104:13 | 192:19 223:2 |
| **thoughts** 288:5 | 125:20,23,23 | 152:8 164:17 | 112:12,15 | 290:11,12 |
| **threaten** 194:16 | 126:12,16 | 171:11 296:9 | 113:5,14,20 | **touched** 79:15 |
| **threatened** | 127:7 129:10 | 324:18 330:23 | 116:9,13,16 | 79:19 120:6 |
| 223:9,12 | 135:2,20,22 | **times** 52:4 | 120:9 121:17 | 125:2 126:16 |
| 227:23 | 137:5,8,17 | 163:14 164:4 | 121:22 123:11 | 193:20 194:5 |
| **three** 17:20 | 138:15,21 | 164:10 194:5 | 128:9 134:3 | 194:12 277:4,6 |
| 28:16 35:21 | 139:4 142:3 | 205:23 219:14 | 137:13 138:15 | 277:7 290:10 |
| 36:1 42:6 56:5 | 148:22 149:4,8 | 219:23 241:21 | 138:16,23 | **touches** 298:15 |
| 57:10 141:13 | 149:12,21,22 | 244:18 248:11 | 148:11 153:19 | **touching** 19:11 |
| 164:15 165:13 | 154:5,20 155:7 | 271:20 293:7 | 154:20 158:2 | 79:18 125:9 |
| 223:6,7 277:1 | 155:18,21,23 | **timid** 215:10 | 158:20 161:6 | 137:15 157:10 |
| 333:23 | 156:1 159:3,7 | **Timothy** 30:21 | 161:17 162:2,9 | 157:11 158:4 |
| **throw** 278:20 | 159:18 162:7 | 32:17 | 164:4 165:20 | 158:15 159:7 |
| **throwing** 278:12 | 163:12 165:21 | **Tipton** 151:16 | 166:9 167:15 | 188:8 191:23 |
| **Thursday** 83:12 | 168:13,19 | 153:17 155:11 | 168:22 169:5 | 192:6,8,15 |
| 131:13 310:19 | 172:10,13 | 169:16 204:8 | 170:11,22 | 198:23 199:19 |
| **ticket** 36:12 | 173:5,20 | **tired** 315:20 | 173:14,22 | 217:22 294:20 |
| **tied** 118:18 | 175:15 181:23 | **title** 68:19 188:2 | 197:6,12 | 305:3 |
| **Tiffany** 33:4 | 191:1,3,18 | 188:16 | 207:10,11 | **touchings** 158:7 |
| **Tim** 33:3 | 198:22 201:20 | **today** 12:17 13:3 | 209:13 214:5,6 | 194:20 |
| **time** 3:4,5 10:18 | 202:11,16,16 | 14:8,15,16 | 217:18,20 | **town** 143:22 |
| 10:19 16:15,19 | 203:13 206:22 | 15:13,22 16:11 | 219:20 225:15 | **Tracy** 40:17 |
| 25:16 27:6,9 | 207:4 209:12 | 24:2 37:1 | 231:12 267:22 | 96:10 |
| 35:7,11,20 | 209:23 215:19 | 47:23 48:4 | 268:4,8 274:20 | **trained** 237:23 |
| 43:14,14 49:15 | 217:2,15 | 92:6 177:7 | 280:10 296:4 | **training** 71:1,5 |
| 50:4 51:16 | 218:13 219:8 | 179:13 202:23 | 296:18 300:14 | 71:14 75:6 |
| 53:22 55:19 | 222:18 223:10 | 211:3 212:17 | 301:19 304:17 | 77:6 |
| 56:1,10 59:23 | 236:13 237:3,6 | 215:5 216:3 | 309:14 332:1 | **transcribed** |
| 61:23 62:17,20 | 237:10,19 | 230:22 231:9 | 332:12,21 | 338:11 |
| 66:4 68:3 | 239:2,13 | 238:23 239:7 | 333:1,20 334:2 | **transcript** |
| 69:13 70:12 | 241:13,23 | 241:15 245:3 | **tolerance** 193:2 | 338:13 |
| 75:21 77:7 | 242:17 243:17 | 251:6 255:17 | 210:12 | **transpired** |
| 78:4,9 83:11 | 244:3 257:8 | 259:18 279:15 | **top** 110:15 321:8 | 170:23 |
| 83:23 84:12,21 | 259:6,8 267:14 | 301:12 309:7 | 321:10 327:10 | **treated** 157:3 |
| 91:16,22 92:1 | 277:7 293:22 | 309:21 310:21 | 327:16,20 | 178:16 257:23 |
| 93:9,12,14 | 294:9 296:11 | 310:23 317:4 | 328:4 | **treating** 128:6 |
| 94:1 95:14 | 298:21 300:17 | 333:18 337:3 | **topic** 76:10 77:2 | **treatment** |
| 96:9 97:17 | 304:6 306:17 | **today's** 320:3 | **tops** 321:12 | 141:17 143:1 |
| 98:1,14 99:4,6 | 307:5,9 308:21 | **told** 64:21 65:10 | **total** 226:15 | 208:17 258:3 |

| | | | | |
|---|---|---|---|---|
| 314:3 | 250:4 264:11 | 295:5 298:6 | 295:20,23 | **Valentine's** |
| **triage** 128:18,18 | 266:21 274:15 | 311:7 327:15 | 296:2 297:8 | 181:18,22 |
| 128:19,19 | 274:18 275:14 | **typed** 47:10,13 | 300:4 332:8 | 207:17 |
| **trial** 3:5 13:5 | 277:9 280:12 | 96:16,19 | 333:12 | **Valleyview** |
| 300:5 301:10 | 290:21 295:20 | 136:12 176:17 | **understanding** | 78:20 |
| 303:23 304:1 | 296:1 305:17 | **types** 50:2 | 61:10 73:16,21 | **various** 256:2 |
| **trick** 92:22 | 308:23 325:18 | 308:15 320:5 | 76:13,17 82:6 | **verbal** 19:10 |
| 177:12 | 325:20 | **typically** 110:23 | 82:19 87:16,19 | **verify** 17:3 |
| **tried** 102:13 | **tug** 327:21 | **T-shirt** 321:8,12 | 87:22 92:5 | **vicinity** 130:19 |
| 128:13 216:5 | 328:20,21 | **T222** 183:3 | 106:4 127:4 | **view** 38:13,18 |
| 260:4 269:16 | **tugged** 328:7 | | 154:3 183:19 | 65:11 |
| 287:10 332:4 | 336:19 | **U** | 193:3 199:18 | **viewed** 127:23 |
| **triggered** 243:10 | **turn** 129:2,11 | **Uh-huh** 19:1 | 294:1 296:22 | **violation** 184:4 |
| **trouble** 86:8,20 | **turned** 65:8 | 22:22 30:6 | 309:6,12 335:1 | 184:6 |
| 331:23 | 198:15 | 32:9 39:4 | **understood** | **vital** 325:21 |
| **true** 12:5 27:4 | **turning** 207:8 | 110:10 120:12 | 13:17 73:10 | **voiced** 211:17 |
| 45:21 47:5 | **twice** 54:21 | 131:16 171:9 | 180:8 183:11 | **volatile** 27:6 |
| 133:18,19 | 120:7 193:9 | 181:12 205:15 | 297:10 | 34:11 |
| 177:10 202:3 | **two** 30:9 42:1 | 216:21 | **unfolded** 173:3 | **Vreeland** 2:7 |
| 206:1,9 259:21 | 45:5 63:18,19 | **ultimately** | **unhappy** 260:23 | 7:10 9:9 |
| 283:3 338:12 | 63:21 68:21 | 268:15,19 | **unit** 61:6 62:2,6 | **VS** 1:9 |
| **trust** 247:23 | 115:3,5,10 | 296:7 299:2,6 | 144:18 146:6 | **V-necked** |
| 249:2 | 125:3 128:18 | **underneath** | 187:17 318:21 | 328:17 |
| **trusted** 248:16 | 128:19,20 | 321:9,12 | **UNITED** 1:1 | **V-shaped** |
| **truth** 13:4 | 129:23 141:20 | **understand** 12:1 | **unknown** 48:20 | 321:10 |
| **truthful** 13:18 | 142:1,15 147:1 | 12:8,12,15 | **unload** 121:17 | |
| 46:13,19 47:18 | 148:3,8,9,11 | 13:3,10 16:2 | 331:21 | **W** |
| **try** 26:19 27:2 | 153:12 157:9 | 17:21 19:21 | **unsigned** 45:9 | **wait** 99:5 168:10 |
| 92:14 100:16 | 158:6 164:15 | 20:9,12 41:3 | **unwanted** 193:7 | **waited** 114:16 |
| 102:8 125:19 | 165:12 169:13 | 82:14 102:4 | **upset** 107:6 | **waived** 2:15 |
| 135:16 251:11 | 172:18 180:4 | 107:17 109:6 | 148:2 161:15 | 3:11 |
| 255:5 260:5 | 194:4,11,19 | 117:21 118:8 | 209:8 214:18 | **walk** 126:2 |
| 272:9,12 | 195:21 201:19 | 121:19 150:13 | 275:14 276:16 | 129:3,4,6,23 |
| 280:16 289:18 | 205:17 208:14 | 150:14 176:20 | 276:19 278:14 | 167:17 198:16 |
| 305:18 330:23 | 209:9 210:4,8 | 177:2 235:10 | 278:16,19 | 264:6 319:5 |
| **trying** 20:9,12 | 235:1 241:18 | 235:20 236:2 | 279:23 280:11 | **walked** 125:20 |
| 59:8 92:4,10 | 259:9 310:8 | 243:1 251:17 | 287:15,17 | 126:11 127:2 |
| 94:14 109:5 | 320:18 | 253:7,13,14 | 297:11 312:21 | 128:21 130:13 |
| 147:16 175:13 | **two-page** 72:6 | 260:16 262:4 | **upsetting** 275:11 | 198:13 275:5 |
| 181:13,15 | **type** 39:15 52:7 | 263:13 264:11 | **Usual** 9:19 | 316:5 |
| 197:18 205:7 | 68:17 73:23 | 266:19,21 | **U.S** 183:5 | **walking** 198:14 |
| 208:14 212:12 | 149:17 176:14 | 269:23 277:10 | | **walks** 129:7 |
| 235:11,19 | 221:7 242:19 | 280:13 288:5 | **V** | **wall** 125:17 |
| 236:1,11,14 | 276:20 282:9 | 294:16 295:18 | **Vaguely** 51:13 | **walls** 142:19 |

| | | | | |
|---|---|---|---|---|
| want 13:22 | 168:4 187:10 | weather 272:6 | 209:22 217:16 | 77:20 109:19 |
| 26:23 38:10 | 203:1,3 253:2 | websites 285:10 | 218:2 242:5 | 146:23 156:9 |
| 43:16 44:3,5 | 255:14 256:17 | wedlock 232:19 | 251:13 282:4 | 164:19 168:6 |
| 44:23 50:13 | 265:5 302:13 | week 14:18 57:7 | 296:7 301:15 | 197:1 201:7 |
| 56:2 57:7 80:9 | 326:9 328:19 | 96:7 110:14 | 302:7 304:15 | 220:6,8 222:15 |
| 92:2,11,14 | 332:13 333:2 | 111:10 133:15 | WEP 59:13 | 255:16 256:2 |
| 99:15 104:9 | watch 17:5 | 331:1,3,6,11 | 60:23 | 265:9 269:22 |
| 108:3,6 109:19 | 283:20 | weekend 5:3 | weren't 56:11 | 283:10 285:14 |
| 114:18,22 | watched 198:15 | 56:12,18 58:16 | 62:6 145:19 | 295:21 297:9 |
| 129:1 147:3,13 | water 337:14 | 59:11 60:14,23 | 173:3 184:1 | 312:16 |
| 166:10 171:18 | way 20:5 27:22 | 61:21 62:14 | 322:8 326:18 | whatsoever |
| 182:8 187:23 | 48:6 77:11 | 110:18 111:8 | West 81:13,17 | 77:23 178:14 |
| 189:23 214:19 | 78:17 83:3 | 131:7,11 | 161:16 | wife 137:19 |
| 221:10,13,20 | 97:1 116:7 | 144:16,21 | Westmill 8:5 | 266:2 |
| 222:4,16 | 126:13 137:14 | 145:3 181:18 | wet 218:12 | win 35:8 |
| 225:22 235:22 | 143:16 146:11 | 181:21 208:16 | 263:18 264:7 | wish 148:14 |
| 249:6 250:22 | 147:14,19 | 219:1 | 265:1 268:11 | 272:16 |
| 252:1 269:4 | 158:23 167:21 | weekends 56:20 | 315:9 | wished 265:16 |
| 270:17 272:21 | 182:9 183:22 | 83:12 141:5 | we'll 13:23 17:1 | witness 2:15 |
| 275:15 278:3 | 189:23 190:1 | weeks 36:1 | 18:2 19:8 25:2 | 9:12 34:13 |
| 281:6 287:12 | 191:21 193:7 | 95:16 117:10 | 26:5 37:18 | 38:3 48:10,17 |
| 317:7,18 332:8 | 194:16 204:16 | 124:11 166:4 | 43:13 44:8 | 49:13 50:23 |
| 336:16 | 207:16 218:10 | 168:10 171:7 | 53:7 86:3 | 55:7 57:20 |
| wanted 99:9 | 219:3 222:6,17 | weighs 228:15 | 88:23 92:17 | 72:2,17 75:3 |
| 101:23 108:8 | 223:5 225:4 | weight 239:17 | 94:2 100:22 | 119:2 175:23 |
| 111:13 128:5,8 | 227:4,6 229:5 | 245:12 | 123:3 167:2 | 182:23 185:23 |
| 138:16 149:4 | 230:10 240:12 | welcome 29:14 | 189:21 221:11 | 189:8,12 191:9 |
| 150:7,10 162:3 | 242:6 245:8 | went 16:5 24:15 | 222:9 | 194:18 200:21 |
| 162:6,16 | 250:9 263:6 | 24:20 25:21 | we're 24:23 37:1 | 204:22 210:18 |
| 164:13 173:13 | 267:8 269:3 | 39:17 56:8,11 | 42:12 63:15 | 211:15 222:21 |
| 173:15 242:12 | 272:13,17 | 73:23 74:1,3,4 | 88:22 92:4 | 225:21 329:14 |
| 247:3 266:10 | 273:11 286:15 | 77:6,13 78:21 | 94:5 119:1 | 337:13 338:14 |
| 268:14,19 | 286:23 287:3 | 81:12 89:20 | 125:12 130:18 | witnessed 208:3 |
| 269:8,10 288:7 | 289:19 290:18 | 90:2,15 103:14 | 130:23 131:19 | 329:23 |
| 288:10 332:6 | 293:9 304:5 | 108:21 130:6 | 141:14 147:11 | witnesses 119:14 |
| wanting 20:13 | 323:10 332:20 | 132:19 137:7 | 149:18,19 | 119:17 211:10 |
| 174:11 235:9 | 333:9 | 147:21 148:5 | 150:8 151:8 | 211:20 212:10 |
| warned 104:23 | ways 127:18 | 148:22 149:4,8 | 152:10 187:19 | woman 157:4 |
| warrant 298:16 | 228:23 244:20 | 149:11,23 | 192:23 193:22 | 320:9 |
| wasn't 62:3 | 246:5 | 151:13,16 | 195:20 210:13 | word 20:17 |
| 78:12 84:8 | wear 273:23 | 152:2 153:5,23 | 221:7 271:8 | 287:6 |
| 103:1 116:4 | 308:23 321:11 | 156:8 160:3 | 280:15 309:19 | wording 176:13 |
| 124:16 144:20 | wearing 321:6 | 169:14,16 | 310:20 337:1 | 176:18 |
| 147:18 161:18 | 327:16 | 171:14 172:1,3 | we've 52:4,5 | words 18:1 |

| | | | | |
|---|---|---|---|---|
| 94:14 165:19 | 95:13 116:1 | 273:22 302:20 | 216:19 237:7,9 | 46:5,8 184:15 |
| 176:21 246:9 | 135:6 144:9,12 | wreck 235:14 | 324:17,22 | 184:18 |
| 266:3 296:1 | 144:13 159:17 | wrist 108:11 | years 28:17 30:9 | **1-17-03** 72:7 |
| 303:13,19 | 160:20 164:20 | write 330:4 | 211:22 256:16 | **10** 4:16 5:3 |
| 305:16 329:18 | 165:16 204:3 | writing 31:1 | 286:17 307:18 | 46:17 57:17,23 |
| **work** 15:17 21:3 | 270:3 294:11 | 225:13,17 | yell 121:21 | 58:3 59:3 |
| 27:8 29:16 | 294:13 298:22 | 262:12 | yield 250:10 | 61:22 227:1 |
| 33:13 40:9 | 307:4,5,8,10 | written 16:22 | young 34:18 | **10th** 176:10 |
| 49:20 50:7 | 310:16 | 82:11 196:15 | youngest 29:3 | **10-251** 4:4 |
| 53:15 54:14,20 | **workers** 279:21 | 224:19,21,23 | y'all 272:2 | **11** 5:5 51:6 |
| 56:5 57:5,7 | **working** 41:14 | 225:1,1,5,8,9 | 279:22 286:8 | 60:18 61:4 |
| 70:8 79:11 | 41:15 53:10 | 262:13 270:6 | | **119** 35:22 |
| 82:4 83:5,11 | 55:14 56:20 | 311:7 | **Z** | **12** 5:7 71:22 |
| 84:1 85:16 | 58:12 60:22 | **wrong** 18:14 | zero 193:1 | 72:4 |
| 91:4,6,12 95:5 | 67:16 78:8,13 | 100:14 140:6 | 210:12 | **12s** 57:10 |
| 100:18 102:9 | 81:10 83:5,8 | 177:19 180:1 | Zyrtec 14:23 | **1206** 30:3 |
| 106:6 131:13 | 85:5,22 102:20 | 180:21 309:14 | 15:1 | **13** 5:10 72:14,20 |
| 140:23 142:8 | 141:14 145:12 | 316:8 336:6 | | **13th** 55:16 |
| 142:11 143:11 | 145:13,13,13 | **wrongdoing** | **$** | **14** 5:13 74:23 |
| 143:21 144:2 | 160:20 161:23 | 183:13 | $3.00 60:8,9 | 75:5,9 |
| 156:19 161:4 | 190:10 191:19 | **wrote** 257:21 | $6.00 59:15 | **14th** 28:12 75:9 |
| 161:22 162:1 | 249:13 261:10 | **WS** 61:14 | $8.00 56:19 | 75:19 330:14 |
| 163:4,22 | 261:13 270:12 | | 59:14,18,20 | 330:15 337:4,6 |
| 167:13,16 | 271:1 281:22 | **X** | 145:7,9,20 | **15** 5:15 77:16,19 |
| 191:2 197:18 | 291:3 311:23 | X 4:1,8 | | 277:23 |
| 198:13 199:10 | 316:8,10 | | **0** | **16** 5:17 175:20 |
| 199:12 200:5,6 | 319:22 | **Y** | 04 54:3,6 | 176:2 195:12 |
| 208:17 214:19 | **workings** | yeah 31:4 44:19 | 05 62:21 63:1 | **16th** 132:23 |
| 214:21 215:20 | 226:21 | 44:22 45:2 | 78:14 80:10,11 | 133:16 134:5 |
| 219:11 223:19 | **workmen's** | 76:2 86:15,19 | 80:17 95:8 | 134:21 135:7 |
| 227:15 240:12 | 295:6,13 | 102:13 123:14 | 120:15 151:10 | 206:5,16 |
| 244:7 256:10 | **workplace** 169:9 | 131:12 133:3 | 163:11 187:6 | **17** 5:18 182:20 |
| 256:18 262:5 | **works** 29:17 | 143:3 144:17 | 205:17 | 183:2 195:12 |
| 267:7,11 270:4 | 34:1 38:16 | 145:2 178:22 | 06 80:11,19 | **17th** 180:15 |
| 277:15,18 | 64:15 83:18 | 189:2 191:14 | 122:17,21 | 181:15 206:13 |
| 278:19 279:12 | 88:12 | 231:5 237:8 | 123:1 124:22 | 206:15 |
| 279:17 291:10 | **worry** 240:2 | 243:22 279:4,5 | 131:4,5 151:11 | **175** 5:17 |
| 294:23 298:23 | **wouldn't** 15:12 | 279:5,21,21 | 154:22 158:3 | **18** 5:20 29:7 |
| 299:1 307:23 | 50:13 113:2 | 280:2 283:16 | 160:4 163:12 | 185:20 186:3 |
| 311:14,16 | 144:1 161:21 | 286:1 292:8 | 169:19 187:10 | **18th** 216:18 |
| **worked** 40:13 | 214:20 225:3 | 319:8 324:20 | 205:18 207:7 | 330:11,13 |
| 53:21 57:9,10 | 229:23 247:13 | 330:14 | 210:1 243:21 | **182** 5:19 |
| 60:1,6 61:8 | 249:6 259:1,17 | **year** 30:12,15 | | **185** 5:20 |
| 62:18 78:20 | 259:18 273:12 | 39:23 59:10 | **1** | **19** 5:21 31:17 |
| | | 186:23 187:2,4 | 1 4:10 37:19,23 | |

200:18,23
204:14
**19th** 205:18
**1990** 31:17

---
**2**

**2** 4:11 44:12
45:4 59:13
191:14,15
327:9,12,14
**2nd** 7:4 95:21
97:4 100:5
110:8,17 114:4
119:6 130:20
131:2 219:10
300:9 301:2,16
302:15 303:8
304:16,22
305:7 306:7,19
307:13 308:2
309:20 310:3
310:22 313:18
316:13 318:10
319:10 320:18
323:17 327:5
333:1 334:2,10
334:11,13,15
334:16 335:3,5
335:14 336:7
336:17 337:5
**2-11-06** 61:14
**2-24** 181:7,14
**20** 5:22 33:6
204:19 205:1
**200** 5:21
**2000** 37:17
233:11
**2003** 50:9,12
51:5,6 179:23
**2004** 50:10
**2005** 54:4 55:17
58:4 75:9,19
94:20 96:9
180:3 181:7,19

246:12 300:10
301:2,16
302:15 303:9
304:16,23
305:8 306:7,19
307:13 308:3
309:10,20
310:3,22
313:18 316:13
318:10 320:18
323:18 327:5
334:2,10 335:3
335:5,14 336:7
336:17 337:4,5
337:6
**2006** 26:3
117:14 176:10
180:15 181:8
183:9 193:12
193:17 206:14
215:17 216:20
**2007** 2:10 9:11
**2021** 2:8 7:12
9:9
**204** 5:22
**21** 5:23 210:15
210:22
**210** 6:1
**215** 7:4
**22** 46:8
**23** 46:5
**23rd** 134:18,21
135:8 138:14
160:6 164:9
169:18 205:11
206:22 207:3
**24-7** 56:4
**25** 51:5
**250** 228:17
**251-299** 4:5
**26** 5:23
**299-337** 4:6

---
**3**

**3** 4:12 45:11,19
93:20 94:6
113:10,23
119:11 124:10
**3rd** 58:4
**30** 153:11 180:3
181:7 226:23
258:22
**30th** 2:9 9:11
**31st** 183:9
**3300** 8:5
**35203** 7:13
**35602** 7:5
**35805** 8:6
**36** 57:7
**36302-6346** 7:23
**37** 4:10

---
**4**

**4** 4:13 46:2 60:4
189:7 195:16
195:17,19
196:13 222:20
224:17
**4th** 179:23
**40** 324:8
**41** 31:22
**44** 4:11,12,14,16
4:19
**49** 4:21

---
**5**

**5** 4:15 46:16
225:20
**5th** 330:9
**50** 4:23 62:8
324:8
**55** 5:2
**57** 5:4

---
**6**

**6** 4:17 44:12
45:5 47:3
186:10 201:2
**6th** 96:9 104:1

110:14 201:8
**6'2** 228:15
**6'3** 228:15
**6:00** 142:6,7
**60** 226:22
258:21
**61** 5:6
**6346** 7:22

---
**7**

**7** 4:20 49:3,10
96:2 113:23
119:10 124:8
130:18 132:22
133:10 188:3
188:16
**7th** 94:20
**7:00** 49:21,22
53:13,13,15,16
57:12,12
**71** 5:9
**72** 5:12
**74** 5:14
**77** 5:16

---
**8**

**8** 4:22 50:20
51:2
**8-13-05** 61:14
**802** 28:12
**88** 31:20

---
**9**

**9** 5:1 55:4,9
224:18
**9:00** 201:11
**9:30** 2:10
**94** 55:13
**99** 31:14