487

1  Mr. Middlebrooks, that just seemed like a round
2  number and seemed like a good number to put on
3  there; is that right?
4      A. Yes.
5      Q. No reason for that, there's no way to come
6  up with a number, you just felt like a million
7  dollars is what you should be entitled to?
8      A. Well, I mean, I have no way to come up
9  with a number. I don't do this every day, I have
10 no way to calculate a number.
11     Q. And then here in these supplemental
12 answers, you even say, go so far as to say that you
13 feel Dr. Gaillard is the least responsible for
14 these things that you've complained about; correct?
15     A. Correct.
16     Q. And you say that because you say that he
17 acts like a person who cannot control himself; is
18 that right?
19     A. Yes. But I say that, too, because I feel
20 like that Apollo and Decatur General had a
21 responsibility to me.
22     Q. Well, he's the one who supposedly,
23 according to you, said these things?

488

1      A. Yes. And I understand that.
2      Q. And your exact words are: "I feel like
3  he's a person who can't control himself." Least
4  responsible because he's a person who cannot
5  control himself; right?
6      A. Yes.
7      Q. Well, and just to look at your psychiatric
8  records, it says that you have the same type
9  problems. Do you have those same type problems
10 with controlling yourself?
11     A. Controlling myself from what?
12     Q. Well, I don't know. I guess I could go
13 through here. It says you have difficulty
14 concentrating, restlessness, anxiety, impulsive
15 behaviors about touching. What does that refer to?
16     A. Because I have a slight form of OCD, and
17 people with OCD have it in different forms. And
18 mine happens to be -- it has to do with my hands.
19 And if my hands touch each other, I feel like
20 they've got to touch each other a certain number.
21 That's all OCD.
22     Q. You feel like your hands need to touch
23 each other . . .

489

1      A. It's called obsessive compulsive disorder
2  and you do repetitive things. And that's what
3  that's related to, the lack of concentration, that
4  all goes back to ADHD.
5      Q. Do you touch other people or just you,
6  your hands?
7      A. Just my fingers. It's all about my hands.
8      Q. You just said a moment ago that after
9  Dr. Gaillard was fired or terminated, that you felt
10 like you needed to drive around, and when you got
11 home, you were still anxious and would check your
12 doors at night to make sure they were locked,
13 things like that.
14     A. Now, I've always done that about checking
15 the doors and made sure they're locked. And no, I
16 did not make that statement awhile ago about
17 checking the doors to make sure they were locked.
18 I did say that I did drive around and make sure
19 that he wasn't behind me, that was the whole point
20 in driving around.
21     Q. Well, if you've always had problems with
22 anxiety and checking your doors and making sure
23 they are locked --

490

1      A. Checking the --
2      Q. Excuse me. Why are you now blaming
3  Dr. Gaillard for that?
4      A. I checked the doors to make sure they're
5  locked because that's part of the OCD. And earlier
6  in my testimony, I did not say that I checked the
7  doors to make sure they're locked. I said that I
8  drove around to make sure that he was not behind
9  me.
10     Q. He never followed you home, never called
11 you at home, never gave you any indication he was
12 coming to your house, did he?
13     A. No.
14     Q. Do you still have problems with mood
15 swings?
16     A. No.
17     Q. That's under control?
18     A. Yes.
19     Q. Is that from the medication?
20     A. Yes.
21     Q. The Concerta?
22     A. Yes.
23     Q. Is your ADHD helped with Concerta?

491

1  A. Yes.
2  Q. No problems whatsoever with that anymore?
3  A. No.
4  Q. You've not been to a psychiatrist or any
5  mental health provider ever for problems that you
6  associate with Dr. Gaillard?
7  A. No.
8  Q. In fact, as I understand, you've not seen
9  a medical doctor of any kind for any problem you
10 associate with Dr. Gaillard; is that right?
11 A. That's correct.
12 Q. And you've had insurance the entire time,
13 you could have seen a mental health provider if you
14 felt you needed to; correct?
15 A. Yes.
16 Q. You like the job at Decatur General;
17 right?
18 A. Yes. I like what I do.
19 Q. You like it a lot better than the job you
20 had before because you said the other job was much
21 more stressful?
22 A. Yes.
23 Q. And we've already talked about the fact

492

1  that you're still working there and making more
2  than you were at the time these things happened
3  with Dr. Gaillard; correct?
4  A. Yes, because I had a raise.
5  Q. What about some of the other problems you
6  mentioned in these records such as low energy
7  level, low motivation, depressed mood, inability to
8  get up in the morning. Are all of those things
9  resolved now based on your medication that you're
10 taking?
11 A. They're better, yes.
12 Q. Do you think that changes in your
13 medication or maybe perhaps not taking your
14 medication caused you to have more unhappiness with
15 what Dr. Gaillard allegedly said to you?
16 A. No.
17 Q. Without going through every detail of
18 these records, they do talk about you having
19 problems with mood swings, irritability, anger
20 issues as you described a moment ago.
21 A. Yes.
22 Q. Do you think that not taking your
23 medication during this period of time, which is

493

1  from October through February of 2006, caused you
2  to have more of a problem with things that you say
3  Dr. Gaillard said?
4  A. Well, while I was working there and
5  Dr. Gaillard was there, I was taking my Concerta.
6  Q. Well, the reason I asked that is there's a
7  record in here that says the nurse called you on
8  September 2nd, 2005, to ask how you were doing.
9  And at that point, you had left a message saying
10 that you'd like a refill of Ritalin.
11 A. No. No. They -- he had tried Ritalin and
12 told me that if that works, then we would do
13 something else so that I didn't have to take it
14 every four hours. And when I called back, she
15 wanted to refill Ritalin, and I said, well, no, he
16 told me that I could take something else that I
17 wouldn't have to take every four hours, and they
18 finally changed it over to Concerta.
19 Q. Okay. I'm just reading the message. It
20 says, "Nina left a message requesting a Ritalin
21 refill."
22 A. I don't know. Because she thought that,
23 too, when she called me back, and I told her, no,

494

1  I didn't want the Ritalin, I wanted something that
2  was going to last all day. I didn't want to take
3  something every four hours.
4  Q. You did not like the Ritalin because you
5  had to take it four times a day?
6  A. Yes. See, he told me to try it, and he
7  only wrote a prescription for like four pills, told
8  me to try it, and that he said if you take this and
9  you feel like you're wired for sound, then this is
10 what -- you don't need to take this. This is not
11 for you. He said if it works, call me back, and
12 we'll put you on something that lasts all day.
13     And when I called back, the nurse told
14 me -- I left a message, and when she called me
15 back, she said normally whatever we put you on that
16 works, that's what we like to keep you on.
17 Q. Well, you told the nurse when you talked
18 to her that you were doing well, doing good, and
19 you were really surprised, and you were surprised
20 at situations to which, and it says, "She would
21 have responded with anger pre Ritalin. Actually,
22 didn't bother her much at all."
23     So with that, I assume, that when you took

495

1  the Ritalin, if something happened, you did not
2  respond with anger or not as much with anger; is
3  that fair?
4      A. No.
5      Q. Were you taking the Ritalin then in
6  September, which is only a month later, when you
7  say Dr. Gaillard said the things that you told
8  us that he said?
9      A. I only got a prescription for four of the
10 Ritalins, so I only took them until those were
11 gone, and they wrote the prescription for Concerta.
12     Q. Was there ever a gap in time when you did
13 not take your medication?
14     A. No.
15     Q. Let's say from like September of '05
16 through February of '06, was there any point in
17 time where you did not take medications prescribed
18 to you?
19     A. No.
20     Q. Where you ran out or just didn't have
21 them?
22     A. No.
23     Q. How long did you take the Ritalin?

496

1      A. It was just four pills until whenever they
2  ran out in just a couple of days.
3      Q. It says you made a follow-up appointment
4  with the doctor, that was September 2nd, 2005;
5  however, you did not do that. How come?
6      A. I didn't want to go in there and have
7  to -- the reason that I had made the appointment
8  with the psychiatrist is because I had felt like
9  that I had ADHD. A lady that I worked with had it,
10 and she said that I had most of the same symptoms
11 that she had. And that's what I had originally
12 went to him for, which in the beginning, he didn't
13 think that that's what was wrong. He didn't think
14 that I had it. And I didn't want to have to go
15 back in there and talk to somebody for an hour just
16 to get a refill prescription, to get a new
17 prescription every month.
18     Q. Okay. Well, this says you will make a
19 follow-up appointment, and then the next
20 appointment you did not keep, I misspoke. That's
21 from October, it says October 12th, 2005, that you
22 called them and told them you could not come
23 because a family situation had come up.

497

1      A. Okay.
2      Q. Is that right? Do you remember that?
3      A. It seems like -- no, I don't, but okay.
4      Q. Well, do you remember what family
5  situation came up in October of 2005, which caused
6  you to have to reschedule your appointment with
7  Dr. Zieba?
8      A. No, I don't.
9      Q. If you were having difficulties with
10 Dr. Gaillard, as you said, you could have come to
11 this appointment in October of 2005 and told
12 Dr. Zieba about it; right?
13     A. Yes.
14     Q. November 10th, 2005, you did apparently go
15 to the doctor, Dr. Zieba, and you refilled your
16 medications of Concerta and Lamictal; right?
17     A. Lamictal. And I didn't take that.
18     Q. What was that for?
19     A. That was the original medicine that he had
20 tried. I don't remember getting a refill on that,
21 but I remember at one time, he wrote that
22 originally. It was for a mood disorder, which is
23 what he thought I had. He told me that I had to

498

1  take it for a month, and I took it for a month, and
2  when I went back to him, he asked me did it do any
3  good, and I told him, no. And then that's when he
4  tried the Ritalin.
5      Q. Because we're already, and I'm not trying
6  to get us off on tangents here, but you said the
7  Ritalin was in September, hold on, you got four
8  pills, and you took them but didn't want to take --
9      A. The first time that I went, the first
10 prescription he wrote was the Lamictal, it should
11 be in the notes somewhere because that was the
12 first medicine that he wrote. Before he ever wrote
13 the Ritalin, he wrote Lamictal.
14     Q. Well, November 10th, 2005, you were at the
15 psychiatrist for refills of the medications to
16 discuss your overall mental well-being. And
17 there's no mention of any kind that you were having
18 problems with Dr. Gaillard or --
19     A. I did not see Dr. Zieba that day, I just
20 got a refill. Is that not the day I just picked up
21 a refill?
22     Q. It's hard for me to say. It's signed
23 Dr. Zieba, but I don't know what you said or what

499

1  specifically happened. It's a graded progress
2  note. But there's no mention of any kind of
3  Dr. Gaillard or Decatur General or work?
4      A. I don't think that I talked to Dr. Zieba
5  that day, I think I just picked up a prescription.
6      Q. I think you've already told me that you
7  never talked to Dr. Zieba about work or
8  Dr. Gaillard; right?
9      A. Right. After I got a refill on the
10 Concerta, I didn't go back to Dr. Zieba.
11     Q. Who refills your Concerta now?
12     A. Doctors at the ER.
13     Q. Doctors where you work?
14     A. Yes.
15     Q. You just ask them to do that, and they
16 do?
17     A. Yes.
18     Q. Do they examine you?
19     A. No.
20     Q. Don't you think you need to go to a doctor
21 if you're going to get medications refilled and
22 have them examine you and treat you appropriately?
23     A. Not necessarily.

500

1      Q. What other medications do you get
2  without --
3      A. Singulair and Zyrtec for my asthma.
4      Q. So the physicians you work with just give
5  you those prescriptions?
6      A. Yes.
7      Q. Do you appreciate that?
8      A. Yes.
9      Q. Do you like that? I mean, that's helpful
10 for you, you don't have to go to the doctor, you
11 can just get them to help you with that?
12     A. Right.
13     Q. Has anyone ever told you that may violate
14 rules?
15     A. No.
16     Q. It says here on July 19th, 2005, that your
17 anxiety is an 11 on a scale of 0 to 10. It says,
18 "Anxiety out of range." Can you tell me why in
19 July of 2005 that your anxiety was so high?
20     A. Because that's when I was the director of
21 nursing at a nursing home.
22     Q. And that was you said very stressful,
23 people calling you at all hours of the day with all

501

1  manner of questions?
2      A. Yes.
3      Q. What is cyclothymic disorder, do you know?
4      A. You're going to have to spell that.
5      Q. C-y-c-l-o-t-h-y-m-i-c.
6      A. No.
7      Q. It says, "The possibility of that disorder
8  has been entertained with the patient." And it
9  appears that he gave you the Lamictal to address
10 that; does that ring any bells?
11     A. I know why he told me he gave me the
12 Lamictal, but I don't know what -- I don't have a
13 clue what that other word is.
14     Q. Did he ever tell you that you had that, or
15 you needed help with that?
16     A. Well, he told me that he thought I had
17 mild mood disorder, and that's why he wanted to try
18 the Lamictal, but it didn't work.
19     Q. Did it help at all with your mood?
20     A. No.
21     Q. Without going into every detail of your
22 life, would you agree with me that you have faced
23 many hurdles and adversities in your life?

502

1      A. Yes.
2      Q. Other than anything related to
3  Dr. Gaillard or the hospital, you've had, and I'm
4  sorry about that, but you've had a difficult life.
5  Would you agree with that?
6      A. I wouldn't say I've had a difficult life,
7  I've had difficulties in my life, yes, but I don't
8  feel like I've had a difficult life.
9      Q. Well, you told me that you had -- you were
10 raped at one point; correct?
11     A. Yes.
12     Q. And was that once or was that more than
13 once?
14     A. Once.
15     Q. This record says you were left by your
16 mother on your grandparents' doorstep when you were
17 two weeks old.
18     A. She left me with them, she didn't leave me
19 on the doorstep.
20     Q. It goes on to say that your mother was an
21 alcoholic, quite violent, and manipulative; is that
22 true?
23     A. Yes.

503

1  Q. Not that it says that, but your mother did
2  those things?
3  A. Yes.
4  Q. And I'm sorry about that. But that was
5  exceedingly difficult, I assume --
6  A. Yes.
7  Q. -- having to deal with that?
8  A. Yes.
9  Q. And you said your father, you don't know
10 him or don't know much about him?
11 A. I do.
12 Q. You do now?
13 A. Yes.
14 Q. Just recently learned about him?
15 A. Several -- yeah, a few years back.
16 Q. Where is he located?
17 A. He lives in Hillsboro.
18 Q. Do you have any understanding as to why he
19 left or what his situation was?
20 A. No. I think that's just the character of
21 him. I think I was very fortunate for my
22 grandparents to raise me.
23 Q. You've got a brother who's got some legal

504

1  problems. Is he still in jail?
2  A. Yes. My mother raised him, and my
3  grandparents raised me.
4  Q. And I assume that's exceedingly difficult
5  dealing with that.
6  A. I don't deal with that. He and I are not
7  close. We were raised in two entirely different
8  households.
9  Q. Not close at all with your brother?
10 A. No.
11 Q. We've already talked about you've been
12 married three times, once you said was an abusive
13 relationship.
14 A. Yes.
15 Q. How far did you go in high school before
16 stopping?
17 A. Well, we had a car accident when I was in
18 the -- I think I was in the 10th grade. So then
19 once I turned 18, because I was out of school for
20 three weeks, and once I turned 18, I got my GED,
21 and I worked and put myself through college.
22 Q. Yes, ma'am. And I saw that you got your
23 GED, but I was trying to understand. You went

505

1  through the 10th grade, and then you had an
2  automobile accident?
3  A. Uh-huh.
4  Q. So you stopped. After the automobile
5  accident, you did not return to school?
6  A. No. I was out for three weeks of school,
7  so, no.
8  Q. Why did you not return?
9  A. Actually, I had moved to -- we moved after
10 I got out of the hospital, and I had just missed so
11 much from school.
12 Q. Did you feel like it would just be best to
13 not return?
14 A. Yes.
15 Q. It goes on to say that you had -- prior to
16 nursing, you had gone to work in a factory, been
17 involved in factory work; is that right?
18 A. Yes. And when it closed, our jobs went to
19 Canada, so we qualified for that Trade Readjustment
20 Act, and they did help with part of my school,
21 so . . .
22 Q. Yes, ma'am. What factory was it?
23 A. Onan.

506

1  Q. I'm sorry.
2  A. Onan, O-n-a-n.
3  Q. What did they do?
4  A. They made generators.
5  Q. Generators, and that was here locally?
6  A. In Huntsville. Yeah.
7  Q. Huntsville? What did you do there?
8  A. Worked on an assembly line. It's kind of
9  hard to . . .
10 Q. That's all right.
11 A. Make like a body of what they call the
12 stator that's inside of the generator.
13 Q. All right. Worked on an assembly line
14 making generators; is that fair?
15 A. Yes.
16 Q. How long did you work there?
17 A. I think probably about seven or eight
18 months. So then when it closed, everybody that was
19 there qualified for that.
20 Q. I see. Was it primarily a male working
21 environment there at the factory?
22 A. There was a lot of females there.
23 Q. 50/50? 60/40?

507

1 A. Well, on our line, on our line, there was
2 all females. There was like two male supervisors
3 over us, but it was all females that worked
4 down . . .
5 Q. Did you ever make a claim of sexual
6 harassment or discrimination there?
7 A. No.
8 Q. At any point in time, did the male workers
9 there at that facility use any language that you
10 felt was inappropriate?
11 A. No.
12 Q. Never cussed around you or said anything
13 of that nature to you?
14 A. No. Where I was, I was the beginning of
15 the line, you know, you have to have a beginning of
16 a line and an end, I was at the beginning of the
17 line.
18 Q. So what does that mean? You just didn't
19 come across any men?
20 A. Well, yeah, I came across them, but I was
21 basically -- that was the area that I basically
22 worked to myself and there were two females that
23 worked right down from me, but . . .

508

1 Q. Did anyone ever ask you out? Did any man
2 ever ask you out while you worked there at the
3 factory?
4 A. No.
5 Q. Do you drink alcohol?
6 A. Very rarely.
7 Q. How often?
8 A. Maybe once every six months or so.
9 Q. If you had any problems at all with
10 Dr. Gaillard, and you told us about your husband
11 now that you married, and you told us that you
12 talked to him about these things that were said to
13 you and let him know what was happening, did he
14 ever say, why don't I say something to
15 Dr. Gaillard?
16 A. Yes.
17 Q. Okay. And what happened with that?
18 A. I told him not to.
19 Q. Why?
20 A. Because Dr. Gaillard is very arrogant, and
21 I knew he would say something back to him, my
22 husband would not take that very well, because he
23 was already mad.

509

1 Q. Are you suing Dr. Gaillard because you
2 feel like he's very arrogant?
3 A. No.
4 Q. Does that have anything to do with this
5 lawsuit?
6 A. No.
7 Q. Do you feel like your husband couldn't
8 have just said to Dr. Gaillard, you need to stop
9 it?
10 A. No.
11 Q. Do you feel like if he had talked to him,
12 he might have gotten -- he probably -- he would
13 have gotten mad and resulted in some type of
14 physical altercation; is that what you're saying?
15 A. Yes, because he was already mad.
16 Q. And you told us that you yourself never
17 had any confrontation with Dr. Gaillard, you never
18 said, stop it, leave me alone, this conduct has to
19 stop, I mean, have a confrontation with him about
20 all of this?
21 A. I did tell him one time to stop, I said,
22 just stop, I'm not talking to you, you don't know
23 how to act, and that was my way of telling him to

510

1 stop. But if you ever tried to say no or just
2 ignore him, it would just create -- my thing was to
3 try to ignore him to get him to stop. We've
4 already established, though, I take my medicine,
5 I'm not a confrontational person, so I had already
6 said, no. I said, don't touch me. I mean, I don't
7 know what else I'm supposed to say.
8 Q. Well, you told us, I think, that when you
9 had dated people prior to your husband and they had
10 caused any trouble, broken up, or you had any
11 problems with them, you had confronted them when
12 they may have gone out with other people or done
13 things that you felt were inappropriate; right?
14 A. Yes.
15 Q. So it's not that you -- you had never had
16 a confrontation, you just simply did not want to
17 talk to Dr. Gaillard about what he was doing?
18 A. No. It's not that. It's the fact that if
19 I got upset and I did address this with him and we
20 became confrontational, that was not going to be
21 appropriate at work. After you've already said no
22 and you've said stop, I mean, what more is there to
23 say. What am I going to do, lose my temper at work

**511**

1 and then lose my job, too?
2    Q. Well, you haven't lost your job.
3    A. No, but I would have if I had of lost my
4 temper.
5    Q. But you never tried to say anything other
6 than no. I mean, I understand you said, no, and
7 you walked off, and you said, don't do that. But
8 you didn't say, you know, why don't we talk about
9 this, Dr. Gaillard, I'm not interested in you, I'm
10 not interested in dating you, I don't want any more
11 contact with you of any kind. You never had a
12 conversation like that with him, did you?
13    A. No. Because by that time, I'm already
14 mad.
15    Q. Have you ever had any other situations
16 where someone had a crush on you and pursued you,
17 and you handled it this way?
18    A. I've never had somebody act like this at
19 work.
20    Q. Not at work. I'm saying, have you ever
21 had anybody have a crush on you and then pursue
22 you, try to give you candy, try to ask you --
23    A. And talk to me that way, no.

**512**

1    Q. Never had anything like that happen?
2    A. Not -- no, and not anybody talk to me that
3 way, no.
4    Q. You said in your Responses To
5 Interrogatories that you feel like Dr. Gaillard --
6 that you were not as important as Dr. Gaillard, but
7 we've shown that isn't true, because he was
8 terminated; right?
9    A. No. We haven't shown that that was true,
10 because if that were true, then he would have been
11 terminated a long time ago instead of him staying
12 there and us just having to deal with it.
13    Q. You had never heard of another complaint
14 by anybody else about Dr. Gaillard because you
15 mentioned these other people, and we'll talk to
16 them, but let's say that no one else had ever
17 complained about him, it was just you and the
18 things you told us that he did to you, would you
19 have filed this lawsuit?
20    A. Yes.
21    Q. So the fact that you heard other people
22 have problems with him has nothing to do with your
23 filing of this lawsuit?

**513**

1    A. No.
2    Q. What is Stevens-Johnson syndrome, do you
3 know?
4    A. Yes. That is a side effect from Lamictal,
5 you can have a severe rash. It goes over the
6 entire body, and it lasts for several weeks or
7 months.
8    Q. Did you develop that?
9    A. No.
10    Q. It says you talked with Dr. Zieba about
11 behavior management for OCD. What is the behavior
12 management that he talked to you about? I'm just
13 trying -- I mean, I don't know what that means; do
14 you?
15    A. Well, he thought that that medicine would
16 help with the OCD.
17    Q. What did the fish oil supplements do for
18 you?
19    A. Didn't do anything for me. Maybe it
20 lowered my cholesterol.
21    Q. And it looks like the day that they told
22 you, "they," meaning I think Ms. Gray, told you
23 that Dr. Gaillard would not be back was the same

**514**

1 day that you signed and filed your charges of
2 discrimination with EEOC; is that right?
3    A. Yes. I was on my way back from Birmingham
4 when she called me.
5    Q. Did you think when you got the call, well,
6 I should have held up another day or so, I didn't
7 know that was going to happen?
8    A. No, because it took almost a month from
9 the last time that I had complained.
10    Q. We've already established that this
11 lawsuit has nothing to do with your race of any
12 kind. You don't think you were discriminated
13 against because you were white --
14    A. No.
15    Q. -- or has anything to do with this; right?
16    A. No.
17    Q. I mean, right, that has nothing --
18    A. Right.
19        MR. CRUM: That's all I have.
20    Thank you.
21        THE WITNESS: You're welcome.
22        MS. BASWELL-GUTHRIE: I've just
23    got a follow-up.

515

FURTHER EXAMINATION
BY MS. BASWELL-GUTHRIE:
Q. You had mentioned earlier, just a minute ago, that you said that you'd never have anyone talk to you like that at work, other than Dr. Gaillard; correct?
A. Yes.
Q. But you had stated in your earlier testimony that the maintenance guy at Valley View had made inappropriate comments to you and touched you.
A. I said he touched me and said something, but what he said, I don't remember, but it was nowhere along those lines that Dr. Gaillard has said to me.
Q. Well, how do you know --
A. It was one statement.
Q. Well, how do you know that if you don't remember what he said?
A. Well, how could one statement equal all of the statements that he has said?
Q. I'm asking you to answer my question.

516

A. I'm answering your question.
Q. How do you know if you don't remember what the maintenance guy said?
A. Because I know that one statement could not equal all of those statements that have been said to me.
Q. Well --
A. I know that I did not drive around from work after I left that job trying to make sure nobody was behind me. I know that fear was not in me.
Q. Were you on medicine at the time that incident occurred with the maintenance guy?
A. I don't recall.
Q. So you're saying at the time the incident with the maintenance guy, you weren't paranoid?
A. No, I wasn't paranoid.
Q. Are you saying that with the incident with Dr. Gaillard, you were paranoid?
A. No, I'm saying I've never been paranoid.
Q. You've never been paranoid?
A. No. I don't consider that being paranoid.
Q. When you're looking behind your shoulder

517

driving to look and see if somebody is following you, you're saying that's not paranoid?
A. I'm looking behind my shoulder at work because he was always around me. He was always standing next to me, he was just standing there staring. And after somebody touches you at work, then, yes, you're going to be looking over your shoulder to make sure they're not there.
Q. Don't you agree that looking over your shoulder is a symptom of paranoia?
A. Without cause, it would be.
Q. Without cause?
A. Yes. Without cause, it would be a case of paranoia.
Q. Well, if a man came up and stabbed me and I was looking back to look at him, with cause, would I still be paranoid that he may be following me?
A. No.
Q. I would not be paranoid?
A. I hope he's in jail, but no, if he's out free, then you don't know if he's going to come up and do it again, no.

518

Q. So you're saying that a person can only be paranoid if they do not have -- if it's without cause? Are you saying a person can only be paranoid if it's without cause?
A. That's what I'm considering paranoid.
Q. Okay.
  MS. BASWELL-GUTHRIE: I don't have any questions.
  MS. WAUDBY: None.
  MR. BROWN: I have one or two.

EXAMINATION
BY MR. BROWN:
Q. How much training have you had in psychology?
A. Well, we did a semester of psychology in nursing school.
Q. One semester of psychology, do you hold a degree in psychology at all?
A. No.
Q. Do you have any idea what the psychological definition of paranoia is?
A. No.

519

1  Q. You said that Dr. Gaillard would stand
2  there. How tall are you?
3  A. 5, 6.
4  Q. Roughly, because I know you've never
5  measured him, how tall is he?
6       MS. BASWELL-GUTHRIE: Object to
7   the form.
8  BY MR. BROWN:
9  Q. Let me rephrase that.
10      Is he bigger than me?
11      MS. BASWELL-GUTHRIE: Objection
12  to form.
13 A. He's about the size of you.
14 BY MR. BROWN:
15 Q. Is he fit?
16      MS. BASWELL-GUTHRIE: Objection
17  to form.
18 A. No.
19 BY MR. BROWN:
20 Q. Is he imposing?
21      MS. BASWELL-GUTHRIE: Objection
22  to form.
23 A. I don't understand.

520

1  BY MR. BROWN:
2  Q. If I stood over you and groveled at you,
3  would that make you nervous?
4       MS. BASWELL-GUTHRIE: Objection
5   to form.
6  A. Yes.
7  BY MR. BROWN:
8  Q. If he stands over you and grovels at you,
9  does that make you nervous?
10      MS. BASWELL-GUTHRIE: Objection
11  to form.
12 A. Yes. It's intimidating.
13      MR. BROWN: I think that's all
14  I'm going to ask.
15
16      (Whereupon, the deposition of
17       NINA BENNETT
18       was concluded at 5:30 p.m.)

521

CERTIFICATE

STATE OF ALABAMA   )
AT LARGE           )

I hereby certify that the above and foregoing proceeding was taken down by me in stenotype and the questions and answers thereto were transcribed by means of computer-aided transcription and that the foregoing represents a true and correct transcript of the testimony given by said witness upon said proceeding.

I further certify that I am neither of counsel nor of kin to the parties to the action, nor am I in anywise interested in the result of said cause.


TINA ELLER KENT, CSR
Commissioner at Large

My Commission expires February 16, 2008

| - | | | appreciate |
|---|---|---|---|
| -- (444:6) | (406:11)(408:15)(408:16) (408:17)(416:19)(417:7) (417:16)(440:18)(457:22) (493:8)(496:4) | administrator (461:6) (461:21)(462:1)(462:4) (462:6)(462:8) | (492:19)(494:21)(495:2) anniversary (466:21) Answer (459:5)(515:22) |
| ' | | administrator's (461:22) | answering (408:22) |
| '05 (495:15) '06 (417:1)(417:3) (417:4)(495:16) | 3 326-3002 (373:13) 3300 (374:6) | admiring (406:3) advance (434:6) adversities (501:23) | (409:10)(516:1) Answers (377:21) (377:22)(378:10)(381:2) |
| 1 | 334 (373:21) 340-2075 (404:7) | afraid (481:14)(482:1) after (378:4)(382:4) | (382:6)(383:2)(386:22) (387:20)(392:18)(408:10) |
| 10th (497:14)(498:14) (504:18)(505:1) 11945 (373:12) 12th (496:21) 14th (404:13) 16-hour (479:23) 16th (383:1)(383:19) (384:10)(384:13)(384:23) 18th (466:19) 1980 (473:2) 1999 (466:17)(466:22) 19th (500:16) 1-Page (375:13)(375:14) | 35203 (373:12) 355-9517 (373:6) 35601 (373:6) 35805 (374:7) 36302-6346 (373:20) 376 (375:5) 4 432 (371:18) 439 (375:12)(375:14) 477 (375:6) 483 (375:6) 5 | (382:9)(382:12)(384:4) (388:3)(388:7)(389:2) (389:8)(403:10)(403:12) (403:18)(408:10)(408:16) (408:17)(408:18)(414:12) (417:10)(418:2)(432:16) (436:13)(437:23)(444:21) (451:1)(456:7)(456:9) (456:10)(460:13)(464:5) (474:2)(474:3)(482:11) (482:13)(482:20)(483:2) (483:3)(489:8)(499:9) (505:4)(505:9)(510:21) (516:9)(517:6) | (418:13)(419:6)(487:12) (521:8) antidepressant (435:22) (436:9)(484:15)(485:8) (485:14) anxiety (435:21)(436:9) (488:14)(489:22)(500:17) (500:18)(500:19) anxious (433:15) (434:16)(434:19)(489:11) anybody (388:19)(399:9) (399:11)(399:12)(399:14) (406:4)(439:3)(439:4) (442:12)(449:11)(450:15) (450:18)(453:6)(511:21) (512:2)(512:14) |
| 2 2000 (416:23)(437:1) (484:15) 2001 (436:4)(437:2) (460:5)(460:14)(466:12) (470:11)(470:13)(471:21) (472:18)(479:1)(484:16) 2002 (436:4)(460:5) (460:14)(470:11)(479:1) 2004 (468:9)(468:17) (468:22)(470:23) 2005 (377:4)(377:11) (378:4)(404:19)(407:8) (413:18)(416:20)(416:21) (453:20)(457:20)(457:22) (462:18)(463:4)(474:3) (484:20)(485:11)(485:15) (493:8)(496:4)(496:21) (497:5)(497:11)(497:14) (498:14)(500:16)(500:19) 2006 (377:12)(378:6) (378:11)(378:12)(381:3) (381:8)(382:7)(382:10) (382:13)(382:14)(383:1) (383:8)(383:13)(383:18) (384:3)(385:3)(385:6) (385:20)(386:17)(387:23) (388:3)(388:4)(391:3) (392:20)(399:5)(399:6) (404:19)(405:12)(405:15) (405:16)(406:11)(407:8) (408:16)(413:15)(413:19) (416:19)(417:7)(417:16) (417:21)(418:16)(419:2) (434:21)(435:11)(435:15) (435:19)(435:23)(440:18) (453:20)(466:21)(466:22) (468:9)(468:18)(468:22) (471:21)(493:1) 2007 (371:17)(466:20) 2008 (521:23) 2021 (373:11) 205 (373:13) 215 (373:5) 21st (485:11)(485:14) 2346 (373:19) 256 (373:6)(374:7) 288-0130 (374:7) 2nd (377:3)(377:11) (378:4)(382:7)(382:10) (382:13)(387:23)(388:3) (392:20)(399:5)(399:23) (403:5)(405:12)(405:15) | 50/50 (506:23) 515 (375:7) 518 (375:7) 519 (375:18)(375:19) 520 (375:20) 521 (375:23) 565-5765 (456:20) 5th (371:16) 6 60/40 (506:23) 621-0393 (453:18) 6346 (373:20) 677-3000 (373:21) 6th (399:5) 8 802 (404:13) ' '99 (466:14)(466:15) A above (376:7)(424:16) (521:6) abusive (504:12) accident (504:17) (505:2)(505:5) according (487:23) accused (465:13)(465:21) across (394:7)(507:19) (507:20) act (464:10)(505:20) (509:23)(511:18) acting (376:3) Action (371:5)(521:14) acts (487:17) actual (422:15)(485:12) actually (379:22) (388:5)(422:1)(422:6) (424:16)(426:11)(427:3) (430:20)(438:11)(442:23) (444:23)(445:1)(446:7) (450:1)(460:12)(460:22) (464:11)(466:14)(473:7) (479:17)(494:21)(505:9) address (404:10) (470:17)(471:13)(501:9) (510:19) ADHD (478:2)(489:4) (490:23)(496:9) administrative (486:13) (486:15) | afternoon (376:16) (376:17) afterwards (460:9) again (396:10)(420:2) (423:13)(446:6)(446:10) (450:9)(460:21)(462:10) (466:8)(517:23) against (422:6)(486:5) (514:13) age (420:16) ago (456:2)(489:8) (489:16)(492:20)(512:11) (515:4) agree (501:22)(502:5) (517:9) AGREED (372:2)(372:6) (372:12)(372:20)(377:1) ahead (426:1)(439:9) (439:23)(460:10)(485:6) ahold (456:15) air-conditioning (469:4) ALABAMA (371:1)(371:16) (371:17)(371:19)(373:6) (373:12)(373:20)(374:7) (376:2)(376:4)(521:3) alcohol (508:5) alcoholic (502:21) alleged (377:2)(385:11) (386:19)(387:16)(388:2) (388:8)(389:8)(399:8) (408:11)(437:4)(464:22) (465:7)(465:10)(486:22) allegedly (389:5) (391:6)(397:9)(398:8) (437:14)(492:15) alleging (448:23)(449:3) almost (483:11)(514:8) alone (509:18) along (397:18)(423:12) (428:16)(515:14) already (394:21) (405:17)(425:13)(428:5) (491:23)(498:5)(499:6) (504:11)(508:23)(509:15) (510:4)(510:5)(510:21) (511:13)(514:10) altercation (509:14) altered (420:10) always (379:1)(431:14) (443:5)(469:10)(475:8) (489:14)(489:21)(517:4) amount (486:13)(486:15) anger (479:6)(479:8) (479:10)(479:14)(480:7) | anymore (436:20)(491:2) anyone (381:12)(381:23) (384:17)(384:20)(384:23) (385:3)(385:21)(386:2) (388:10)(389:3)(397:10) (398:7)(399:22)(410:18) (411:12)(412:12)(413:11) (413:14)(413:15)(413:17) (420:4)(438:14)(438:16) (438:19)(438:23)(442:6) (451:22)(452:19)(453:1) (467:21)(468:1)(468:23) (472:18)(473:16)(474:5) (474:15)(500:13)(508:1) (515:4) anything (386:2) (388:19)(389:2)(389:7) (392:1)(392:5)(398:21) (401:2)(402:5)(410:15) (411:6)(429:18)(429:22) (434:20)(435:10)(435:12) (435:15)(437:23)(438:3) (438:16)(438:19)(457:11) (458:12)(458:15)(459:14) (472:23)(480:12)(481:21) (483:1)(502:2)(507:12) (509:4)(511:5)(512:1) (513:19)(514:15) anytime (450:13) anywhere (446:18)(476:9) anywise (521:15) AOL (471:11)(471:17) Apollo (487:20) APOLLOMD (371:7)(373:16) apologize (387:1) (396:6)(423:11)(423:16) (433:19)(436:21)(459:21) (460:10)(460:18)(466:4) (466:6)(466:17) apparently (497:14) appear (378:3)(419:7) (419:8) APPEARANCES (373:1) (374:1) appeared (387:3) appears (386:7)(408:11) (501:9) apply (482:21) appointment (496:3) (496:7)(496:19)(496:20) (497:6)(497:11) appreciate (500:7) |