Case 5:06-cv-04777-CLS   Document 69-21   Filed 10/05/07   Page 1 of 11   FILED
2007 Oct-05 PM 04:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

Karla M. Gray

33

1  BY MR. KING:
2     Q. Okay. I'm going to show you page two --
3  excuse me, Plaintiff's Exhibit 2, page three, and
4  I'm going to show you that there are three boxes
5  going up and down; is that correct?
6     A. Yes.
7     Q. And I'm going to ask you to please read
8  that middle box for me.
9         MS. WAUDBY: Object to the form.
10    A. "Victims of hostile environment sexual
11 harassment. Anyone exposed to a hostile
12 environment can claim to have been sexually
13 harassed. Examples of hostile environment
14 victims: Witness to harassment of a coworker,
15 passerby who has to listen to explicit jokes,
16 witness to flirting between supervisor and another
17 employee."
18 BY MR. KING:
19    Q. Okay. Thank you. Other than a
20 conversation or conversations with Dr. Pool, did
21 you have any conversations with any employees of
22 ApolloMD regarding the complaints made against
23 Dr. Gaillard?

34

1     A. I have had a conversation with
2  Dr. Sullivan.
3     Q. Is he in the ED at Decatur General?
4     A. He is a part-time employee for ApolloMD.
5     Q. Okay. Was he in the ED between October
6  2005 and March 2006?
7     A. He was.
8     Q. And he's also an employee at Decatur
9  General, isn't he?
10    A. He is.
11    Q. What's his title at Decatur General?
12    A. He's Vice President of Medical Affairs.
13    Q. Is he on the Decatur General payroll?
14    A. He is.
15    Q. Does Decatur General have an
16 organizational chart relating to the doctors and
17 nurses in the emergency room?
18    A. No, not to my knowledge.
19    Q. Have you ever had a subcontractor make a
20 statement to you that you felt was of a sexual
21 nature?
22        MS. BASWELL-GUTHRIE: Objection
23    to form.

35

1     A. No.
2  BY MR. KING:
3     Q. So you never had an occasion where a
4  subcontractor made a remark that offended you, and
5  then he was fired the next day?
6     A. No, not to my knowledge.
7     Q. Okay. Did you offer administrative leave
8  to Nina Bennett after she made the complaints
9  against Dr. Gaillard?
10    A. I did.
11    Q. When you initially made the offer of
12 administrative leave, would it be a true statement
13 that she would be taking a pay cut?
14        MS. WAUDBY: Object to the form.
15    A. No.
16 BY MR. KING:
17    Q. But didn't you originally offer to pay her
18 the same salary that a nurse in her position would
19 be making?
20        MS. WAUDBY: Object to the form.
21 BY MR. KING:
22    Q. Well, tell me what you did offer her.
23    A. We offered to pay her administrative leave

36

1  at no loss of pay.
2     Q. What about her weekend bonus?
3     A. We were going to pay that.
4     Q. Initially you were?
5     A. Absolutely.
6     Q. Okay. She has claimed that that was
7  actually negotiated, but you're saying that's not
8  true?
9     A. No.
10    Q. Okay.
11        MS. BASWELL-GUTHRIE: Off the
12    record just a moment.
13        (Whereupon, an off-the-record
14       discussion was had.)
15        MS. BASWELL-GUTHRIE: Back on the
16    record.
17 BY MR. KING:
18    Q. So to the best of your knowledge, only two
19 emergency department nurses filed EEOC complaints
20 against Decatur General regarding Dr. Gaillard?
21    A. Yes.
22    Q. Okay. Thank you. Do you have any
23 personnel records regarding any complaints by

**37**

1 emergency department nurses regarding Dr. Gaillard
2 that you have not turned over to your counsel?
3    MS. WAUDBY: Object to the form.
4    A. Not to my knowledge, no.
5 BY MR. KING:
6    Q. So to the best of your knowledge, any
7 notes or writings regarding complaints against
8 Dr. Gaillard for sexual harassment by emergency
9 department nurses have been turned over to counsel?
10    A. Yes.
11    Q. In your Notice Of Deposition, I had
12 requested Decatur General's organizational chart
13 regarding emergency room doctors and nurses. Is it
14 your testimony that you don't know of the existence
15 of any?
16    A. That's correct.
17    MS. WAUDBY: You should have
18    received our objections to the scope of
19    that, it was just performed.
20    MR. KING: I don't recall.
21    MS. WAUDBY: They were served
22    Thursday or Friday of last week, so they
23    should have gotten in the mail.

**38**

1    MR. KING: I don't recall seeing
2    them.
3    MS. WAUDBY: Okay.
4    MR. KING: If you say you sent
5    them, I don't have any reason to not
6    believe you.
7 BY MR. KING:
8    Q. Well, I just want to make sure that, to
9 the best of your knowledge, you don't know of an
10 organizational chart and your testimony is that you
11 do not know --
12    A. I do not know.
13    Q. -- of an organizational chart?
14    Did you make any reasonable inquiry at the
15 office of your employer as to the existence of such
16 chart?
17    A. The answer would be no. The physicians
18 are not hospital employees, therefore, we would not
19 have an organizational chart for those physicians.
20    Q. Would this be a correct statement to say
21 that you are the custodian of the records of Nina
22 Bennett's personnel file?
23    A. Yes.

**39**

1    Q. I'm not trying to be redundant or trip you
2 up, but I just want to make sure: Do you know who
3 employed Dr. Gaillard and Dr. Pool?
4    MS. WAUDBY: Object to the form.
5    A. (No response.)
6 BY MR. KING:
7    Q. Well, do you know the name of the
8 company --
9    A. ApolloMD is the name that I'm aware of.
10    Q. I noticed extensive notes by Dr. Larry
11 Sullivan.
12    MS. WAUDBY: Object to the form.
13 BY MR. KING:
14    Q. And others possibly, they don't have any
15 names on them, so one says T. Pool. How did you
16 come about the notes by Larry Sullivan and T. Pool?
17    A. I asked them for these notes.
18    Q. Do you know Debra Phillips?
19    A. I do.
20    Q. Who is she?
21    A. She's a nurse in the ED.
22    Q. Did you have any conversations with her
23 regarding complaints against Dr. Gaillard by the ED

**40**

1 nurses?
2    A. No.
3    Q. Did you see an e-mail between Debra
4 Phillips and P. Hudson regarding Nina Bennett?
5    A. I did.
6    Q. As far as you know, that's part of the
7 personnel file for Nina Bennett?
8    A. No, sir. That's not part of her file.
9 That is a part of my file, but it's not part of her
10 file.
11    Q. Okay. So Decatur General has two files
12 regarding Nina Bennett and Dr. Gaillard?
13    A. There is a personnel file, and then there
14 is a file -- a complaint of harassment is made,
15 then I would start an investigative file, and
16 that's what that is.
17    Q. So to the best of your knowledge, has the
18 entire contents of the investigative file been
19 turned over to your counsel?
20    A. Yes.
21    (Whereupon, Plaintiff's Exhibit 3
22    was marked for identification
23    and attached hereto.)

41

1  BY MR. KING:
2     Q. I'm going to show you what's marked
3  Plaintiff's Exhibit 3.
4     Let me interject, please feel free if
5  anybody wants to look at these, I'll pass them
6  around.
7     Plaintiff's Exhibit 3, it's called,
8  "Addenda Professional Services Agreement Emergency
9  Department." Have you ever seen that document
10 before?
11    We'll wait until it gets around, I realize
12 you don't have it in front of you.
13      MS. BASWELL-GUTHRIE: Can we just
14    get a couple of extra copies?
15      MR. KING: Sure.
16      (Whereupon, a short recess was
17      taken from 1:51 p.m. until
18      1:52 p.m.)
19 BY MR. KING:
20    Q. I've showed you Plaintiff's Exhibit 3,
21 it's called, "Addenda Professional Services
22 Agreement Emergency Department." And the only
23 reason I'm bringing this up is just to clarify.

42

1  The first sentence mentions that the agreement is
2  between Decatur General Hospital and North Alabama
3  Emergency Physicians, LLC; is that correct?
4     A. That's what the contract says.
5     Q. And I'm not trying to trip you up on this,
6  I'm just trying to clarify something for the
7  record. When you use the words "ApolloMD," is it
8  possible that the actual employer was North Alabama
9  Emergency Physicians, LLC?
10      MS. WAUDBY: Object to the form.
11 BY MR. KING:
12    Q. Well, is it possible that Dr. Gaillard's
13 employer from October 1st, 2005, to March 2006 was
14 North Alabama Emergency Physicians, LLC?
15      MS. WAUDBY: Object to the form.
16      MR. CRUM: Object to the form.
17    A. It's possible.
18 BY MR. KING:
19    Q. It's possible? You're just not sure?
20    A. Correct.
21    Q. Okay.
22    A. Uh-huh.
23    Q. I got you. Let me ask you this: And I

43

1  alluded to this earlier. Do you recall a situation
2  where a contractor that was doing construction work
3  at Decatur General stopped you from going out a
4  door?
5       MS. WAUDBY: Object to the form.
6     A. Stopped me?
7  BY MR. KING:
8     Q. Yes.
9     A. No, sir, I don't recall that at all.
10    Q. Did you make any statements to Ms. Bennett
11 about a contractor at Decatur General making any
12 type of motions or gestures that made you feel like
13 they were of a sexual nature?
14      MS. BASWELL-GUTHRIE: Objection
15    to form.
16    A. I did not tell her that there was a
17 contractor at Decatur General that made any kind of
18 advances towards me.
19      MS. BASWELL-GUTHRIE: Are we
20    saying a contractor as in what type? Did
21    you say construction or did I --
22 BY MR. KING:
23    Q. Construction worker that was not an

44

1  employee at Decatur General.
2     A. No.
3     Q. Okay. You have reviewed Ms. Bennett's
4  employee file; is that correct?
5     A. I have.
6     Q. Are there any documents in the file that
7  indicate that she did not satisfactorily perform
8  her duties in the emergency department?
9     A. None to my knowledge. There may have been
10 some disciplinary action forms in there for time
11 and attendance.
12    Q. But you don't know of any personally?
13      MS. WAUDBY: Object to the form.
14    A. If we -- if you had the document that we
15 provided to you, then I could review that and
16 answer the question.
17 BY MR. KING:
18    Q. Who's Debra Phillips?
19    A. She's a charge nurse in the ED.
20    Q. I believe that's the one I asked you
21 about. You had in your file an e-mail from Debra
22 Phillips to Pat Hudson dated October 1, 2005,
23 regarding Nina Bennett; is that correct?

45

1  A. That's correct.
2  Q. And it mentions the fact that Debra
3  Phillips noticed that Nina was crying; is that
4  correct?
5       MS. WAUDBY: Object to the form.
6       If you ask her about a document, why don't
7       you show it to her.
8  BY MR. KING:
9  Q. Let me show you that document.
10      (Whereupon, Plaintiff's Exhibit 4
11         was marked for identification
12         and attached hereto.)
13 BY MR. KING:
14 Q. Let me show you Plaintiff's Exhibit 4. I
15 will give you a chance to read it. In Debra
16 Phillips' e-mail to Pat Hudson, she says that --
17 well, I'll just let you read it, and you tell me
18 what she's saying Dr. Gaillard said.
19 A. (Witness complies.)
20      MS. WAUDBY: Object to the form.
21 A. Did you have a question?
22 BY MR. KING:
23 Q. Yes. What did she say Dr. Gaillard said?

46

1       MS. WAUDBY: Do you want her to
2       read the document?
3  BY MR. KING:
4  Q. Let me see.
5  A. (Witness complies.)
6  Q. Why don't you read that first paragraph.
7  A. "Dear Pat, as I was leaving this morning
8  from our shift, Candace asked to speak to me about
9  Nina. She told me that Nina had a problem to which
10 I immediately attempted address. When I went to
11 the critical care area, Nina was crying. I asked
12 her what was wrong and she continued to cry and
13 said nothing. I asked again, and Candace told her
14 to tell me what was wrong."
15    "She said she had to go get her daughter
16 and she didn't have time right now. Candace then
17 told me that Dr. Gaillard had made several comments
18 that were inappropriate. And in speaking about a
19 patient that was uncooperative, he told her that if
20 she would show more cleavage that she would get him
21 to cooperate more. Another comment was made about
22 her changing into the green scrubs. If you would
23 keep a calendar, you would know when you were going

47

1  to start and not mess up your clothes."
2  BY MR. KING:
3  Q. Okay. Thank you. May I have this? Are
4  you finished?
5  A. (Witness complies.)
6       MR. KING: Can we go off the
7       record?
8       (Whereupon, an off-the-record
9          discussion was had.)
10      (Whereupon, Plaintiff's Exhibit 5
11         was marked for identification
12         and attached hereto.)
13 BY MR. KING:
14 Q. I'm going to show you now what's marked
15 Plaintiff's Exhibit 5. I'm not counting the number
16 of pages. If we need to stop and you and your
17 attorney would like to go through these, we may;
18 however, if your counsel would like me to introduce
19 these for a clarity point on the record, I will
20 gladly number all of the pages or we could
21 stipulate it's a composite exhibit. But it's
22 marked, "Confidential - Decatur General / Nina
23 Bennett - Docs Prod by Dft Decatur General." And

48

1  it's numbered 1 through 51. And I'm going to ask
2  you if, to the best of your recollection, are these
3  all documents that Decatur General provided to
4  counsel? I'm just asking you if these are
5  documents that Decatur General provided to counsel,
6  and I'll gladly stop if we need to.
7       MS. WAUDBY: Just for the record
8       for clarification's sack, all of the
9       documents that we produced are going to
10      have confidential and that stuff on the
11      bottom. They're going to have D numbers.
12      Not all of D numbers 1 through 51 are
13      actually in this stack right here.
14 BY MR. KING:
15 Q. As far as you know, I'm going to hand you
16 Plaintiff's Exhibit 5. If you need to take your
17 time, that's fine, but my question is: To the best
18 of your knowledge, is that stack of Plaintiff's
19 Exhibit 5 documents that Decatur General provided
20 to their counsel in this case?
21 A. All of these documents are documents that
22 I provided to counsel.
23 Q. Okay. Thank you very much.

49

1    Within Plaintiff's Exhibit 5, I'm going to
2  show you down at the bottom of the documents, which
3  are marked D 3 through D 20. The last page has
4  your name on it, but it's not signed. I'm just
5  going to ask you to let me know whether or not all
6  of these documents are prepared by you.
7         MS. WAUDBY: Again, there's
8      numbers missing out of that.
9    A.  Of these documents right here
10 (indicating), those are all of my documents, but
11 they are not sequential, in order.
12 BY MR. KING:
13   Q.  Could you please read those numbers
14 such as D 3 in the lower right-hand corner,
15 could you please read the page number on each
16 document?
17   A.  D 3, D 4, D 5, D 6, D 7, D 19, D 20.
18   Q.  Okay. And it's your testimony that you
19 prepared those documents?
20   A.  Yes.
21        MR. KING: Okay. Thank you.
22    Give me just a minute. We can go off the
23    record.

50

1      (Whereupon, an off-the-record
2        discussion was had.)
3        MR. KING: Karla, I thank you
4   very much for your time. I don't have any
5   further questions. The other attorneys
6   might. Thank you very much.
7        THE WITNESS: You're welcome.
8
9             EXAMINATION
10 BY MR. CRUM:
11   Q.  Karla, we talked before, and I don't have
12 any substantial questions. The only thing that I
13 wanted to ask is: Are you aware that physicians
14 that work in your emergency department for Decatur
15 General are, in fact, independent contractors? Are
16 you aware of that, or is that something that you've
17 not heard before?
18   A.  I knew that they were contracted
19 physicians.
20   Q.  Okay. Contracted physicians in that they
21 work for a subcontractor or they work with a
22 subcontractor for Decatur General?
23        MS. WAUDBY: Object to the form.

51

1   A.  Yes.
2        MR. CRUM: That's all I have.
3   Thank you.
4        MS. BASWELL-GUTHRIE: No
5   questions.
6        MS. WAUDBY: I don't have any.
7   There is one thing that you wanted to
8   clarify?
9        THE WITNESS: Yeah. I do want to
10  make a clarification.
11       The question was: Had I ever had
12  a contractor harass me at Decatur General,
13  and the answer to that is no. I have had
14  a contractor harass me in the early '80s;
15  not at Decatur General.
16       MR. KING: Okay. Thank you.
17       MS. WAUDBY: I just didn't know
18  where you were going with that.
19       I don't have any questions.
20       MS. BASWELL-GUTHRIE: No
21  questions.
22       MS. WAUDBY: You're done.
23

52

1      (Whereupon, the deposition of
2        KARLA McNUTT GRAY
3        was concluded at 2:17 p.m.)

53

**ERRATA SHEET**

CORRECTIONS TO THE DEPOSITION OF KARLA McNUTT GRAY
TAKEN SEPTEMBER 5TH, 2007

PAGE        LINE        EXPLANATION

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____        _____
SIGNATURE - KARLA McNUTT GRAY        Date Signed

---

54

**CERTIFICATE**

STATE OF ALABAMA    )
AT LARGE            )

I hereby certify that the above and foregoing proceeding was taken down by me in stenotype and the questions and answers thereto were transcribed by means of computer-aided transcription and that the foregoing represents a true and correct transcript of the testimony given by said witness upon said proceeding.

I further certify that I am neither of counsel nor of kin to the parties to the action, nor am I in anywise interested in the result of said cause.

TINA ELLER KENT, CSR
Commissioner at Large

My Commission expires February 16, 2008

| | | | |
|---|---|---|---|
| -- | (46:10) | (43:19) (51:4) (51:20) | clarification's (48:8) |
| -- (43:21) | Administrative (5:11) (11:10) (35:7) (35:12) (35:23) | behavior (32:22) | clarify (41:23) (42:6) (51:8) |
| **0** | advances (12:17) (43:18) | being (8:11) (17:7) | clarity (47:19) |
| 01/17/03 (11:12) | Affairs (34:12) | believe (13:18) (19:9) (19:11) (21:18) (25:17) | Clark (21:15) |
| **'** | affirmatively (10:2) | (28:21) (31:8) (38:6) | class (29:1) |
| '06 (16:22) | after (14:2) (16:14) (30:3) (30:10) (30:12) (35:8) | (44:20) | cleavage (46:20) |
| **1** | again (14:5) (46:13) (49:7) | BENNETT (1:3) (3:4) (15:17) (16:15) (21:6) (30:3) (31:7) (35:8) (40:4) (40:7) (40:12) (43:10) (44:23) (47:23) | client (17:22) (18:18) |
| 11945 (3:12) | against (13:3) (20:15) (21:11) (26:10) (33:22) (35:9) (36:20) (37:7) (39:23) | Bennett's (13:18) (16:23) (17:11) (18:7) (19:5) (19:13) (30:10) (30:17) (32:3) (38:22) (44:3) | clothes (47:1) |
| 12/06/99 (11:12) | ago (17:7) | best (14:19) (19:6) (25:23) (28:12) (28:13) (36:18) (37:6) (38:9) (40:17) (48:2) (48:17) | comment (46:21) |
| 1999 (9:10) | AGREED (2:3) (2:8) (2:12) (2:21) | between (2:4) (25:19) (27:7) (28:7) (33:16) (34:5) (40:3) (42:2) | comments (46:17) |
| 1st (1:16) (10) (11:16) (28:14) (42:13) | Agreement (5:15) (41:8) (41:22) (42:1) | Birmingham (3:13) | Commission (54:23) |
| **2** | ahead (15:10) | black (32:11) | Commissioner (2:23) (8:3) (54:21) |
| 2001 (31:8) (31:11) | ALABAMA (1:1) (1:16) (1:17) (1:19) (3:6) (3:13) (3:21) (4:7) (8:2) (8:4) (8:22) (42:2) (42:8) (42:14) (54:3) | bonus (36:2) | communicate (26:17) |
| 2005 (9:12) (10:20) (11:16) (13:20) (14:1) (25:19) (27:7) (28:7) (28:22) (34:6) (42:13) (44:22) | alluded (43:1) | bottom (48:11) (49:2) | company (28:10) (39:8) |
| 2006 (9:12) (13:21) (14:2) (14:6) (25:20) (27:7) (28:7) (28:14) (34:6) (42:13) | alter (10:13) | Box (3:12) (3:20) (32:11) (33:8) | complain (14:1) (14:13) |
| 2007 (1:17) (53:2) | always (10:4) | boxes (32:10) (33:4) | complained (13:19) (23:20) (24:10) (24:22) (25:3) (27:17) |
| 2008 (54:23) | annual (30:23) (31:3) | Brent (3:5) (8:20) | complaining (26:3) |
| 2021 (3:12) | answer (10:2) (14:7) (14:19) (18:23) (19:8) (38:17) (44:16) (51:13) | bring (19:13) | complaint (15:19) (15:22) (15:23) (16:19) (21:11) (24:2) (27:1) (27:16) (28:3) (30:4) (30:12) (30:17) (40:14) |
| 205 (3:13) | answers (54:8) | bringing (41:23) | complaints (15:1) (15:9) (15:14) (15:16) (16:4) (20:20) (20:22) (21:20) (22:3) (23:4) (26:2) (26:18) (28:17) (30:10) (33:22) (35:8) (36:19) (36:23) (37:7) (39:23) |
| 215 (3:6) | anybody (41:5) | Broatch (3:11) | |
| 2346 (3:20) | anymore (22:13) | brought (16:23) | |
| 256 (3:7) (4:7) | Anyone (33:11) | Brown (3:5) | |
| 288-0130 (4:7) | anywise (54:15) | Buddie (3:5) | |
| 2-Page (5:12) (5:17) | Apollo (27:2) (28:2) | business (11:22) | complete (19:10) |
| **3** | APOLLOMD (1:7) (3:16) (25:12) (26:18) (28:9) (33:22) (34:4) (39:9) (42:7) | Buzz (3:5) | completely (12:5) |
| 326-3002 (3:13) | APPEARANCES (3:1) (4:1) | **C** | complies (32:8) (45:19) (46:5) (47:5) |
| 3300 (4:6) | appreciate (10:3) | calendar (46:23) | composite (47:21) |
| 334 (3:21) | appropriate (13:12) (14:16) (15:2) | call (13:8) (28:23) (29:1) | computer-aided (54:9) |
| 35203 (3:13) | area (46:11) | called (41:7) (41:21) | concluded (52:3) |
| 355-9517 (3:7) | around (41:6) (41:11) | Calls (15:11) | conclusion (15:12) |
| 35601 (3:6) | assign (2:16) | came (8:6) (27:8) (27:16) | conduct (12:18) (32:16) |
| 35805 (4:7) | assume (9:2) | Candace (46:8) (46:13) (46:16) | conducted (30:3) |
| 36302-6346 (3:21) | assuming (31:15) | cannot (22:21) | Confidential (47:22) (48:10) |
| **4** | attached (11:8) (29:11) (40:23) (45:12) (47:12) | can't (17:18) | confirm (18:1) |
| 40-Page (5:19) | attempted (46:10) | capacity (9:12) (21:17) | consist (12:16) |
| 432 (1:18) | attend (28:15) | care (46:11) | construction (43:2) (43:21) (43:23) |
| **5** | attendance (44:11) | careful (18:19) | contact (28:2) |
| 5-Page (5:13) (5:15) | Attorney (3:5) (3:11) (3:18) (3:19) (4:5) (9:21) (47:17) | cartoons (32:20) | contacted (28:5) |
| 5th (1:16) (53:2) | attorneys (50:5) | Case (1:5) (13:18) (48:20) | CONTENTS (5:1) (17:20) (40:18) |
| **6** | August (11:16) | Catherine (16:17) (21:6) (21:13) (24:21) | CONTINUED (4:1) (7:1) (46:12) |
| 6346 (3:20) | Avenue (3:6) (3:12) | cause (8:7) (54:16) | contract (14:9) (26:14) (42:4) |
| 677-3000 (3:21) | aware (10:7) (26:17) (39:9) (50:13) (50:16) | cautioning (18:8) | contracted (25:9) (50:18) (50:20) |
| **'** | **B** | CERTIFICATE (5:23) (54:1) | contractor (43:2) (43:11) (43:17) (43:20) (51:12) (51:14) |
| '80s (51:14) | Back (36:15) | Certified (1:14) (8:1) | |
| **A** | Baswell-Guthrie (4:5) (4:6) (6:6) (6:13) (6:15) (6:16) (6:17) (6:18) (6:22) (7:7) (12:9) (13:14) (14:20) (15:5) (15:11) (16:6) (21:1) (24:5) (26:11) (27:12) (27:20) (29:2) (34:22) (36:11) (36:15) (41:13) (43:14) | certify (8:3) (54:6) (54:13) | contractors (50:15) |
| above (8:7) (54:6) | | chance (45:15) | control (31:1) |
| Absolutely (36:5) | | changing (46:22) | conversation (33:20) (34:1) |
| acting (8:3) | | charge (44:19) | conversations (33:20) (33:21) (39:22) |
| Action (1:5) (13:12) (14:16) (15:2) (44:10) (54:14) | | chart (34:16) (37:12) (38:10) (38:13) (38:16) (38:19) | cooperate (46:21) |
| activities (16:20) | | Cheryl (4:5) | copies (20:6) (41:14) |
| activity (16:12) | | choice (11:4) | copy (11:2) (20:13) |
| actual (42:8) | | Civil (1:5) (8:4) | corner (49:14) |
| actually (36:7) (48:13) | | claim (20:14) (33:12) | CORRECTIONS (53:2) |
| Addenda (5:14) (41:8) (41:21) | | claimed (36:6) | corrective (13:12) (14:16) (15:2) |
| address (11:5) (18:1) | | claims (20:8) | counsel (2:5) (2:14) (2:15) (5:18) (8:6) (17:22) |
| | | clarification (51:10) | |

| counseling | | | harassed |
|---|---|---|---|
| (18:6)(19:4)(37:2)(37:9) (40:19)(47:18)(48:4) (48:5)(48:20)(48:22) (54:14) counseling (18:17) (18:18) counting (47:15) couple (10:22)(41:14) course (28:23) courses (28:15)(30:15) COURT (1:1)(8:13)(9:19) (9:23) cover (31:2) coworker (33:14) creates (12:19)(32:18) critical (46:11) Crum (3:19)(5:6)(42:16) (50:10)(51:2) cry (46:12) crying (45:3)(46:11) CSR (54:20) custodian (38:21) cut (35:13) CV-06-S-4777-NE (1:5) **D** d/b/a (1:8)(3:17) D00001 (5:18) D00007 (5:18) D00014 (5:13) D00018 (5:13) D00019 (5:18) D00031 (5:16) D00032 (5:16) D00047 (5:15) D00051 (5:15)(5:19) date (2:6)(8:4)(11:12) (53:23) dated (44:22) dates (28:19)(28:20) daughter (46:15) day (35:5) dealt (15:20) Dear (46:7) Debra (39:18)(40:3) (44:18)(44:21)(45:2) (45:15) DECATUR (1:7)(1:19) (3:6)(3:10)(5:11)(5:18) (8:22)(9:2)(9:8)(10:17) (11:19)(13:2)(13:11) (19:3)(20:6)(20:12) (20:20)(21:11)(22:11) (22:19)(25:6)(25:23) (26:10)(26:17)(26:22) (27:2)(31:8)(32:2)(34:3) (34:8)(34:11)(34:13) (34:15)(36:20)(37:12) (40:11)(42:2)(43:3) (43:11)(43:17)(44:1) (47:22)(47:23)(48:3) (48:5)(48:19)(50:14) (50:22)(51:12)(51:15) DEFENDANT (3:10)(4:4) Defendants (1:9)(3:16) Definition (12:15) Department (5:15)(23:1) (23:12)(24:23)(25:21) (26:23)(27:9)(28:15) (36:19)(37:1)(37:9) (41:9)(41:22)(44:8) (50:14) department's (30:16) DEPOSITION (1:11)(2:5) (2:10)(2:18)(2:22)(9:16) (10:5)(37:11)(52:1)(53:2) determined (13:10) | Dft (47:23) different (31:2) directly (16:4)(17:22) Director (9:6)(9:13) (15:3) disciplinary (44:10) discussed (9:21) discussion (36:14) (47:9)(50:2) discussions (18:10) (18:19) DISTRICT (1:1) Docs (47:23) doctor (27:8)(27:17) doctors (34:16)(37:13) document (11:13)(29:8) (29:19)(29:21)(29:22) (31:16)(31:17)(31:21) (32:1)(32:2)(32:7) (32:14)(41:9)(44:14) (45:6)(45:9)(46:2)(49:16) Documents (5:18)(10:23) (44:6)(48:3)(48:5)(48:9) (48:19)(48:21)(49:2) (49:6)(49:9)(49:10) (49:19) door (43:4) Dothan (3:21) down (33:5)(49:2)(54:7) Drive (4:6) duly (8:11) duties (44:8) **E** each (49:15) earlier (43:1) early (51:14) East (1:18) economic (32:23) EEOC (21:11)(36:19) effective (11:11) either (21:10) ELLER (8:1)(54:20) E-mail (5:16)(40:3) (44:21)(45:16) EMERGENCY (1:8)(3:17) (5:15)(22:23)(23:12) (25:21)(27:9)(27:17) (28:15)(30:16)(34:17) (36:19)(37:1)(37:8) (37:13)(41:8)(41:22) (42:3)(42:9)(42:14) (44:8)(50:14) employed (9:7)(28:8) (28:9)(28:11)(39:3) employee (14:12)(14:15) (21:16)(22:19)(23:18) (27:2)(31:16)(33:17) (34:4)(34:8)(44:1)(44:4) employees (11:20) (11:21)(13:4)(16:3) (16:11)(20:20)(21:5) (26:2)(26:10)(26:14) (30:1)(33:21)(38:18) employer (25:13)(38:15) (42:8)(42:13) end (15:23) entered (28:21) entire (17:12)(18:7) (19:5)(40:18) environment (12:20) (32:15)(32:19)(32:20) (33:3)(33:12)(33:13) ERRATA (53:1) everything (32:10) evidence (2:18)(28:21) exact (28:20) | EXAMINATION (5:4)(8:7) (8:18)(50:9) examined (8:12) Examples (32:19)(33:13) except (2:14) excuse (33:3) EXHIBIT (5:9)(5:12) (5:13)(5:15)(5:17)(5:19) (10:23)(11:2)(11:6) (11:11)(13:8)(29:7) (29:9)(31:17)(32:12) (33:3)(40:21)(41:3) (41:7)(41:20)(45:10) (45:14)(47:10)(47:15) (47:21)(48:16)(48:19) (49:1) existence (10:16) (37:14)(38:15) expires (54:23) EXPLANATION (53:4) explicit (33:15) exposed (33:11) extensive (19:2)(39:10) extra (41:14) **F** fact (45:2)(50:15) familiar (11:13) far (40:6)(48:15) favors (12:18) February (16:1)(54:23) feel (41:4)(43:12) felt (34:20) few (17:6) field (31:19) file (17:1)(17:3)(17:5) (17:12)(17:20)(18:2) (18:7)(18:23)(19:5) (19:7)(19:13)(19:22) (31:10)(31:14)(31:18) (31:22)(32:3)(32:4) (38:22)(40:7)(40:8) (40:9)(40:10)(40:13) (40:14)(40:15)(40:18) (44:4)(44:6)(44:21) filed (21:10)(30:3) (36:19) files (20:7)(20:14) (40:11) filing (2:22)(16:19) fine (48:17) finished (47:4) fired (35:5) firm (17:11) first (8:11)(13:18) (15:19)(29:15)(42:1) (46:6) five (29:13) five-page (29:21) flirting (33:16) following (8:8) follows (8:12) foregoing (8:5)(54:7) (54:10) form (2:15)(12:1)(12:5) (12:8)(12:10)(12:21) (13:13)(13:15)(13:23) (14:17)(14:21)(15:4) (15:6)(15:18)(16:5) (16:7)(17:13)(19:15) (20:9)(20:16)(20:23) (21:2)(21:23)(22:7) (23:6)(23:22)(24:6) (24:12)(25:8)(26:5) (26:12)(26:19)(27:4) (27:13)(27:14)(27:21) (28:4)(29:3)(30:6) | (30:11)(30:18)(31:9) (31:20)(32:13)(33:9) (34:23)(35:14)(35:20) (37:3)(39:4)(39:12) (42:10)(42:15)(42:16) (43:5)(43:15)(44:13) (45:5)(45:20)(50:23) forms (44:10) free (41:4) Freeman (23:17)(25:3) Friday (37:22) front (41:12) full (8:23) FURTHER (2:8)(2:12) (2:21)(50:5)(54:13) **G** GAILLARD (1:8)(4:4) (13:20)(19:23)(20:2) (20:3)(20:4)(21:20) (23:4)(23:21)(24:11) (24:23)(28:11)(33:23) (35:9)(36:20)(37:1) (37:8)(39:3)(39:23) (40:12)(45:18)(45:23) (46:17) Gaillard's (16:12) (16:20)(20:21)(22:4) (30:4)(42:12) Garrison (23:14) GENERAL (1:7)(3:10) (5:11)(5:18)(9:3)(9:8) (10:17)(11:19)(13:11) (19:4)(20:6)(20:13) (20:21)(21:11)(22:12) (22:19)(25:7)(26:1) (26:10)(26:17)(26:22) (27:2)(31:8)(32:2)(34:3) (34:9)(34:11)(34:13) (34:15)(36:20)(40:11) (42:2)(43:3)(43:11) (43:17)(44:1)(47:22) (47:23)(48:3)(48:5) (48:19)(50:15)(50:22) (51:12)(51:15) General's (13:2)(37:12) gestures (43:12) gets (41:11) Give (12:11)(45:15) (49:22) given (54:11) gladly (47:20)(48:6) going (10:22)(11:4) (13:7)(29:6)(33:2)(33:4) (33:5)(33:7)(36:3)(41:2) (43:3)(46:23)(47:14) (48:1)(48:9)(48:11) (48:15)(49:1)(49:5) (51:18) got (42:23) gotten (37:23) Graham (16:19)(21:7) (21:12)(24:22) graphics (32:21) GRAY (1:11)(5:5)(8:10) (9:1)(52:2)(53:2)(53:23) green (46:22) grievances (16:12) grounds (2:16) guess (19:2) **H** hand (48:15) handle (28:16) Handout (5:13)(29:23) harass (51:12)(51:14) harassed (33:13) |

**harassment**

harassment (10:16) (11:20)(12:5)(12:15) (12:16)(13:3)(13:4) (13:11)(13:19)(14:13) (16:21)(20:8)(20:14) (26:3)(26:6)(26:9) (26:18)(27:1)(28:16) (29:18)(31:2)(31:5) (31:14)(31:18)(32:16) (33:11)(33:14)(37:8) (40:14)
head (10:1)(10:4)
heard (50:17)
Heather (23:14)
HENRY (1:8)(4:4)
hereby (54:6)
hereto (11:8)(29:11) (40:23)(45:12)(47:12)
he's (22:8)(34:8)(34:12)
highlighted (13:9)
highlighting (11:2)
him (46:20)
HOSPITAL (1:7)(3:10) (5:11)(9:3)(11:21) (13:21)(14:2)(14:3) (21:16)(23:18)(24:18) (38:18)(42:2)
hospital's (12:4)
hostile (12:19)(32:15) (32:19)(33:10)(33:11) (33:13)
however (47:18)
Hudson (5:16)(40:4) (44:22)(45:16)
Human (9:6)(15:3)
Huntsville (4:7)

**I**

identification (11:7) (29:10)(40:22)(45:11) (47:11)
identify (29:16)
I'll (10:23)(12:3) (13:8)(18:8)(41:5) (45:17)(48:6)
immediately (46:10)
impeachment (10:6)
inappropriate (46:18)
include (26:14)
incorrect (16:10)
independent (50:15)
INDEX (5:4)(5:9)(6:1) (7:1)
indicate (44:7)
indicating (13:10) (49:10)
infection (31:1)
initially (35:11)(36:4)
innuendos (20:22)(32:21)
inquiry (38:14)
In-service (5:13)(29:4) (30:1)(30:2)(30:23)
in-services (30:20)
instructed (27:10)
interested (54:15)
interferes (32:17)
interject (41:4)
interrupting (18:12)
intimidating (32:18)
into (18:9)(18:19) (46:22)
introduce (47:18)
investigate (14:14) (27:22)
investigative (40:15) (40:18)
isn't (34:9)

issues (17:23)
its (11:20)(13:4)(17:20) (29:13)(29:23)(40:9) (41:7)(41:21)(42:17) (42:19)(47:21)(48:1) (49:4)(49:18)
it's (20:12)(24:21)
itself (32:14)

**J**

January (28:14)
job (32:17)
Jokes (32:20)(33:15)

**K**

KARLA (1:11)(5:5)(8:10) (9:1)(50:3)(50:11)(52:2) (53:2)(53:23)
keep (18:12)(46:23)
Kent (1:14)(8:1)(54:20)
kin (54:14)
kind (10:12)(43:17)
King (3:5)(5:6)(8:19) (8:20)(11:3)(11:9)(12:2) (12:14)(12:22)(13:17) (14:4)(14:22)(15:15) (15:21)(16:8)(17:9) (17:16)(18:4)(18:11) (18:21)(19:1)(19:17) (19:21)(20:11)(20:18) (21:8)(22:1)(22:9)(23:8) (24:1)(24:8)(24:14) (25:10)(26:8)(26:15) (26:21)(27:6)(27:15) (27:23)(28:6)(29:5) (29:12)(30:8)(30:13) (30:21)(31:12)(31:23) (33:1)(33:18)(35:2) (35:16)(35:21)(36:17) (37:5)(37:20)(38:1) (38:4)(38:7)(39:6) (39:13)(41:1)(41:15) (41:19)(42:11)(42:18) (43:7)(43:22)(44:17) (45:8)(45:13)(45:22) (46:3)(47:2)(47:6) (47:13)(48:14)(49:12) (49:21)(50:3)(51:16)
knew (50:18)
knowledge (10:15)(14:8) (16:18)(17:10)(18:5) (19:6)(20:5)(20:10) (20:17)(20:19)(21:9) (21:19)(22:2)(22:15) (23:3)(23:19)(23:23) (24:9)(25:2)(25:23) (28:1)(28:12)(28:13) (30:14)(34:18)(35:6) (36:18)(37:4)(37:6) (38:9)(40:17)(44:9) (48:18)

**L**

labeled (31:16)
ladies (21:10)
Large (1:16)(8:3)(54:4) (54:21)
Larry (39:10)(39:16)
last (15:22)(15:23) (37:22)(49:3)
LaTia (23:17)
Laura (16:19)(21:7) (21:12)(24:22)
Law (3:5)(3:11)(3:18) (3:19)(4:5)(17:11)
leading (2:15)
least (31:8)

leave (35:7)(35:12) (35:23)
leaving (46:7)
left-hand (29:14)
legal (15:12)
LEHR (3:11)
length (29:13)
LINE (53:4)
listen (33:15)
LLC (1:8)(3:17)(42:3) (42:9)(42:14)
long (9:7)(31:15)
longer (13:21)(14:2) (14:15)
look (11:13)(12:4)(41:5)
looks (32:21)
loss (32:23)(36:1)
lower (49:14)
LPN (22:21)

**M**

mail (37:23)
Main (3:20)
maintain (20:13)
maintains (20:6)
make (2:16)(23:11) (24:2)(34:19)(38:8) (38:14)(39:2)(43:10) (51:10)
making (21:20)(22:3) (23:4)(27:9)(27:18) (35:19)(43:11)
MANAGEMENT (1:8)(3:17)
mandatory (30:23)
Manual (5:11)(11:10)
March (13:21)(14:5) (16:22)(25:20)(27:7) (28:7)(34:6)(42:13)
mark (10:23)
marked (11:7)(11:11) (29:6)(29:10)(40:22) (41:2)(45:11)(47:11) (47:14)(47:22)(49:3)
Martha (24:10)(24:15)
McNUTT (1:11)(5:5) (8:10)(9:1)(52:2)(53:2) (53:23)
mean (10:11)
means (54:9)
MEDICAL (1:8)(3:17) (34:12)
medication (10:12)
Mendheim (3:18)
mentions (42:1)(45:2)
mess (47:1)
Michelle (21:15)
mid (15:23)
middle (33:8)
MIDDLEBROOKS (3:11)
might (50:6)
minute (16:2)(49:22)
minutes (17:7)
Mischaracterizes (14:18)
missing (49:8)
moment (36:12)
months (15:1)(15:8) (15:23)
months' (14:13)
more (46:20)(46:21)
morning (46:7)
motions (43:12)
Moulton (1:18)
much (48:23)(50:4)(50:6)

**N**

name (8:23)(16:16) (23:10)(39:7)(39:9)(49:4)

**occur**

names (39:15)
nature (12:19)(34:21) (43:13)
necessary (2:13)
need (9:22)(10:9)(12:3) (18:12)(18:14)(18:22) (47:16)(48:6)(48:16)
negatively (10:2)
negotiated (36:7)
neither (54:13)
never (14:3)(14:5)(35:3)
Next (13:7)(35:5)
Nikki (23:9)
NINA (1:3)(3:4)(19:4) (19:13)(21:6)(30:10) (30:16)(31:7)(32:3) (35:8)(38:21)(40:4) (40:7)(40:12)(44:23) (45:3)(46:9)(46:11) (47:22)
nod (10:3)
nods (9:23)
None (44:9)
non-employees (11:21) (13:5)
nor (54:14)(54:15)
North (1:17)(3:12) (42:2)(42:8)(42:14)
NORTHERN (1:1)
Notary (1:15)
Note (32:22)
notes (37:7)(39:10) (39:16)(39:17)
nothing (46:13)
notice (2:22)(31:13) (37:11)
noticed (39:10)(45:3)
November (28:22)
number (47:15)(47:20) (49:15)
numbered (48:1)
numbers (48:11)(48:12) (49:8)(49:13)
nurse (21:18)(22:11) (22:20)(23:9)(27:16) (35:18)(39:21)(44:19)
nurses (28:15)(30:16) (34:17)(36:19)(37:1) (37:9)(37:13)(40:1)

**O**

Object (12:1)(12:9) (13:14)(13:23)(14:17) (14:21)(15:5)(16:6) (17:13)(19:15)(20:9) (20:16)(21:1)(21:23) (22:7)(23:6)(23:22) (24:12)(25:8)(26:5) (26:19)(27:4)(27:14) (28:4)(30:6)(30:11) (30:18)(31:9)(31:20) (32:13)(33:9)(35:14) (35:20)(37:3)(39:4) (39:12)(42:10)(42:15) (42:16)(43:5)(44:13) (45:5)(45:20)(50:23)
OBJECTION (6:1)(7:1) (12:8)(12:12)(12:21) (13:13)(15:4)(15:18) (16:5)(20:23)(24:5) (26:11)(27:12)(27:20) (29:2)(34:22)(43:14)
objections (2:13)(2:16) (37:18)
obviously (17:21)
occasion (35:3)
occur (30:12)

Karla M. Gray

occurred

| | | | signed |
|---|---|---|---|
| occurred (13:11) | (31:10)(31:14)(31:22) | Provided (5:18)(8:4) | revised (11:12) |
| October (13:20)(14:1) | (32:3)(32:4)(36:23) | (17:11)(18:6)(19:4) | Richard (3:19) |
| (15:19)(16:14)(25:19) | (38:22)(40:7)(40:13) | (29:23)(44:15)(48:3) | right-hand (49:14) |
| (27:7)(28:7)(34:5) | Phillips (39:18)(40:4) | (48:5)(48:19)(48:22) | Rohan (22:18) |
| (42:13)(44:22) | (44:18)(44:22)(45:3) | Public (1:15) | room (27:17)(34:17) |
| Off (36:11)(47:6)(49:22) | Phillips' (45:16) | purposes (10:6) | (37:13) |
| offended (35:4) | physical (12:18) | | Rules (8:4) |
| offensive (12:19)(32:18) | PHYSICIAN (1:7)(3:16) | **Q** | |
| offer (35:7)(35:11) | (25:9) | question (10:2)(14:7) | **S** |
| (35:17)(35:22) | physicians (25:15) | (18:13)(19:8)(26:20) | sack (48:8) |
| offered (2:18)(35:23) | (25:20)(38:17)(38:19) | (44:16)(45:21)(48:17) | safety (31:1) |
| Office (3:12)(3:20) | (42:3)(42:9)(42:14) | (51:11) | salary (35:18) |
| (38:15) | (50:13)(50:19)(50:20) | questions (2:14)(2:15) | Sally (3:11) |
| offices (1:17) | pick (9:23)(10:4) | (50:5)(50:12)(51:5) | satisfactorily (44:7) |
| off-the-record (36:13) | picture (29:14)(29:15) | (51:19)(51:21)(54:8) | say (10:3)(10:19) |
| (47:8)(50:1) | PIKE (3:19) | quote (11:19) | (11:16)(12:16)(12:23) |
| often (30:22) | place (10:19)(11:16) | | (13:10)(20:4)(23:11) |
| once (20:14) | (14:9)(26:1)(26:16) | **R** | (25:19)(29:21)(38:4) |
| one (16:14)(19:10) | Plaintiff (1:3)(3:4) | read (8:15)(29:15) | (38:20)(43:21)(45:23) |
| (31:6)(39:15)(44:20) | PLAINTIFF'S (5:10) | (32:10)(33:7)(45:15) | saying (36:7)(43:20) |
| (51:7) | (10:23)(11:6)(11:11) | (45:17)(46:2)(46:6) | (45:18) |
| opinion (14:12)(14:23) | (13:8)(29:7)(29:9) | (49:13)(49:15) | scope (37:18) |
| (15:2) | (31:17)(32:11)(33:3) | reading (2:9) | scrubs (46:22) |
| oral (8:7) | (40:21)(41:3)(41:7) | realize (41:11) | Second (3:6)(12:11) |
| order (49:11) | (41:20)(45:10)(45:14) | really (11:3) | see (14:11)(18:22) |
| organizational (34:16) | (47:10)(47:15)(48:16) | reason (38:5)(41:23) | (19:11)(32:6)(40:3)(46:4) |
| (37:12)(38:10)(38:13) | (48:18)(49:1) | reasonable (38:14) | seeing (38:1) |
| (38:19) | plane (23:12) | received (37:18) | seen (41:9) |
| originally (17:8)(35:17) | please (8:23)(10:1) | recess (41:16) | seminar (28:23) |
| (12:18)(16:3) | (32:10)(33:7)(41:4) | recognize (29:7)(29:19) | seminars (28:16) |
| other (12:18)(16:3) | (49:13)(49:15) | recollection (10:13) | sent (38:4) |
| (20:20)(21:3)(21:6) | point (47:19) | (48:2) | sentence (42:1) |
| (25:15)(27:2)(31:13) | policies (26:1) | record (17:4)(19:19) | September (1:16)(10:19) |
| (32:21)(33:19)(50:5) | Policy (5:11)(10:16) | (36:12)(36:16)(42:7) | (53:2) |
| others (30:3)(39:14) | (10:18)(10:19)(11:10) | (47:7)(47:19)(48:7) | sequential (49:11) |
| otherwise (8:16) | (11:14)(11:15)(11:18) | (49:23) | served (37:21) |
| our (11:14)(26:13) | (12:5)(26:7)(26:13) | records (36:23)(38:21) | Service (1:18)(11:22) |
| (29:23)(37:18)(46:8) | (26:16)(26:23) | redundant (39:1) | SERVICES (1:7)(3:16) |
| out (29:13)(43:3)(49:8) | Pool (23:20)(24:3) | refer (27:1) | (5:14)(41:8)(41:21) |
| over (9:22)(37:2)(37:9) | (24:10)(25:4)(28:5) | references (31:13) | session (31:4) |
| (40:19) | (33:20)(39:3)(39:15) | reflects (19:19) | set (19:10)(30:10) |
| oversee (25:15)(25:20) | (39:16) | regarding (16:12) | several (16:3)(46:17) |
| | Pool's (25:6) | (16:19)(16:20)(17:23) | sexual (10:16)(12:16) |
| **P** | portion (13:9) | (21:20)(23:4)(23:20) | (12:17)(12:19)(13:19) |
| PAGE (5:23)(13:8)(32:9) | position (9:5)(22:22) | (24:11)(24:23)(26:2) | (14:13)(16:20)(20:7) |
| (32:11)(33:2)(33:3) | (35:18) | (26:9)(26:23)(27:10) | (20:14)(20:21)(21:21) |
| (49:3)(49:15)(53:4) | possible (42:8)(42:12) | (28:2)(30:4)(31:18) | (22:6)(23:5)(23:21) |
| pages (29:13)(47:16) | (42:17)(42:19) | (33:22)(36:20)(36:23) | (24:11)(26:3)(26:18) |
| (47:20) | possibly (39:14) | (37:1)(37:7)(37:13) | (27:1)(27:9)(27:18) |
| paragraph (46:6) | Post (3:12)(3:20) | (39:23)(40:4)(40:12) | (28:16)(29:17)(31:5) |
| part (13:19)(31:21) | posters (32:20) | (44:23) | (31:14)(31:18)(32:15) |
| (32:2)(32:4)(40:6)(40:8) | Potts (24:10)(24:15) | regards (20:7)(20:21) | (32:16)(33:10)(34:20) |
| (40:9) | (25:3) | relating (34:16) | (37:8)(43:13) |
| parties (2:4)(2:16) | practice (8:22) | relationship (11:22) | sexually (26:10)(32:19) |
| (54:14) | prepared (49:6)(49:19) | remark (27:11)(35:4) | (33:12) |
| part-time (34:4) | President (34:12) | remarks (20:22)(21:21) | shakes (10:1) |
| pass (41:5) | pretty (19:2) | (22:6)(23:5)(23:21) | shall (2:13) |
| passerby (33:15) | preventing (29:17) | (24:11)(27:9)(27:18) | SHEALY (3:19) |
| Pat (5:16)(44:22) | previous (14:18) | (30:5)(32:20) | SHEET (53:1) |
| (45:16)(46:7) | previously (17:6)(19:20) | Repeat (26:20) | she's (17:14)(21:16) |
| patient (46:19) | prior (2:18)(28:14) | Reporter (1:15)(8:2) | (21:18)(22:19)(23:18) |
| pay (35:13)(35:17) | (30:16)(30:20) | (8:13)(9:23) | (24:18)(31:11)(31:15) |
| (35:23)(36:1)(36:3) | problem (46:9) | REPORTER'S (5:23) | (39:21)(44:19)(45:18) |
| payroll (34:13) | Procedure (8:5) | Reporting (1:18) | shift (46:8) |
| perform (44:7) | proceeding (54:7)(54:12) | represents (54:10) | short (41:16) |
| performance (32:17) | proceedings (8:8) | requested (37:12) | Shorthand (1:15)(8:2) |
| performed (37:19) | Prod (47:23) | requests (12:17) | Shovana (22:18) |
| period (14:14) | produced (17:5)(17:8) | Resources (9:6)(15:3) | show (10:22)(12:3) |
| personal (10:11)(10:15) | (19:20)(48:9) | respective (2:4) | (13:7)(29:6)(32:9)(33:2) |
| (14:8)(16:18)(17:10) | production (17:15) | response (39:5) | (33:4)(41:2)(45:7)(45:9) |
| (18:5)(20:19)(21:9) | (17:21)(17:23) | responsibility (27:22) | (45:14)(46:20)(47:14) |
| (21:19)(22:2)(22:15) | Professional (5:14) | responsible (17:14) | (49:2) |
| (23:3)(23:19)(23:23) | (11:22)(41:8)(41:21) | result (32:22)(54:15) | showed (14:5)(41:20) |
| (24:9)(25:2)(28:1)(30:14) | prohibition (13:2) | return (14:15) | side (29:14) |
| personally (44:12) | prompt (13:12)(14:15) | review (18:15)(19:7) | sign (8:16) |
| personnel (17:3)(17:5) | (15:1) | (31:10)(44:15) | signature (2:9)(53:23) |
| (17:12)(17:20)(18:2) | pronounced (20:2) | reviewed (44:3) | signed (49:4)(53:23) |
| (18:7)(19:5)(19:13) | | | |

# Karla M. Gray

| | | | |
|---|---|---|---|
| Similarly | | | you've |
| Similarly (11:19) | (22:21) | understand (10:9)(10:10) | why (45:6)(46:6) |
| simple (18:13) | testimony (10:7)(10:8) | Understanding (29:17) | Williams (23:9) |
| Since (9:10)(10:5) | (10:13)(14:18)(15:8) | UNITED (1:1) | Within (49:1) |
| (31:8)(31:11) | (19:3)(19:12)(20:12) | unreasonably (32:17) | without (19:8) |
| situation (43:1) | (24:21)(30:9)(37:14) | until (18:17)(22:8) | witness (2:10)(8:6) |
| six (14:13)(14:23) | (38:10)(49:18)(54:11) | (41:11)(41:17) | (12:13)(18:14)(32:8) |
| (15:8)(15:13) | Thank (18:21)(32:6) | unwelcome (12:17)(32:16) | (33:14)(33:16)(45:19) |
| Smith (22:3)(22:10) | (33:19)(36:22)(47:3) | upon (54:12) | (46:5)(47:5)(50:7)(51:9) |
| someone (27:8) | (48:23)(49:21)(50:3) | use (42:7) | (54:12) |
| something (42:6)(50:16) | (50:6)(51:3)(51:16) | used (10:5)(10:8)(22:11) | words (29:16)(42:7) |
| Sometimes (10:3) | their (2:4)(48:20) | Usual (8:13) | work (9:2)(22:11) |
| sound (13:22) | therefore (38:18) | | (22:13)(22:16)(25:11) |
| Southeast (3:6) | There's (13:9)(15:8) | V | (32:18)(43:2)(50:14) |
| Southwest (4:6) | (18:11)(49:7) | various (31:1) | (50:21) |
| speak (46:8) | thereto (2:19)(54:8) | verbal (12:18) | worked (13:21)(14:2) |
| speaking (46:18) | these (21:10)(30:15) | verify (31:11) | (14:3) |
| speaks (32:14) | (30:19)(39:17)(41:5) | very (18:13)(48:23) | worker (43:23) |
| spoke (21:5) | (47:17)(47:19)(48:2) | (50:4)(50:6) | working (9:11)(12:20) |
| stack (19:10)(48:13) | (48:4)(48:21)(49:6)(49:9) | Vice (34:12) | (31:7) |
| (48:18) | They're (25:13)(48:11) | victim (32:23) | works (22:23) |
| start (40:15)(47:1) | thing (50:12)(51:7) | Victims (33:10)(33:14) | writings (37:7) |
| started (15:16) | things (9:23) | voiced (16:3)(16:11) | written (26:1)(26:23) |
| starts (29:13) | think (15:7)(17:14) | VREELAND (3:11) | wrong (46:12)(46:14) |
| State (1:15)(8:2)(8:23) | (18:11) | | |
| (11:18)(12:4)(26:13) | Third (3:12)(32:11) | W | Y |
| (54:3) | those (38:19)(49:10) | wait (18:17)(22:8) | you're (10:6)(26:16) |
| statement (34:20) | (49:13)(49:19) | (41:11) | (36:7)(42:19)(50:7) |
| (35:12)(38:20) | three (9:22)(32:9) | waived (2:10)(2:23) | (51:22) |
| statements (43:10) | (33:3)(33:4) | wanted (50:13)(51:7) | you've (50:16) |
| STATES (1:1) | through (2:4)(19:11) | wants (41:5) | |
| stenotype (54:8) | (47:17)(48:1)(48:12) | Waudby (3:11)(6:3)(6:4) | |
| still (14:9)(25:18) | (49:3) | (6:5)(6:6)(6:7)(6:8) | |
| stipulate (47:21) | Thursday (37:22) | (6:9)(6:10)(6:11)(6:12) | |
| STIPULATED (2:3)(2:8) | time (2:17)(14:14) | (6:13)(6:14)(6:15)(6:16) | |
| (2:12)(2:21) | (15:20)(25:17)(44:10) | (6:17)(6:18)(6:19)(6:20) | |
| STIPULATIONS (2:1)(8:5) | (46:16)(48:17)(50:4) | (6:21)(6:22)(7:3)(7:4) | |
| (8:14) | Tina (1:14)(8:1)(54:20) | (7:5)(7:6)(7:7)(7:8) | |
| stop (47:16)(48:6) | Tipton (16:17)(21:7) | (7:9)(8:15)(11:1)(12:1) | |
| stopped (43:3)(43:6) | (21:13)(24:22) | (12:8)(12:11)(12:21) | |
| Street (1:18)(3:20) | title (25:6)(34:11) | (13:13)(13:23)(14:17) | |
| study (30:9) | titled (13:3) | (15:4)(15:7)(15:18) | |
| stuff (48:10) | today (10:13)(17:18) | (16:5)(17:4)(17:13) | |
| subcontractor (20:15) | together (19:10) | (17:19)(18:8)(18:16) | |
| (27:3)(34:19)(35:4) | told (46:9)(46:13) | (19:15)(19:19)(20:9) | |
| (50:21)(50:22) | (46:17)(46:19) | (20:16)(20:23)(21:3) | |
| subcontractors (26:4) | tolerate (11:20)(13:4) | (21:23)(22:7)(23:6) | |
| (26:9) | tolerated (12:6) | (23:22)(24:12)(25:8) | |
| subcontractors' (20:7) | topics (31:2) | (26:5)(26:19)(27:4) | |
| (20:13) | towards (16:13)(43:18) | (27:14)(28:4)(30:6) | |
| substantial (50:12) | Tracy (23:20)(24:10) | (30:11)(30:18)(31:9) | |
| such (38:15)(49:14) | (25:4) | (31:20)(32:13)(33:9) | |
| suggestive (32:21) | training (31:1)(31:3) | (35:14)(35:20)(37:3) | |
| Suite (3:20) | (31:4)(31:14)(31:18) | (37:17)(37:21)(38:3) | |
| Sullivan (34:2)(39:11) | transcribed (54:9) | (39:4)(39:12)(42:10) | |
| (39:16) | transcript (54:11) | (42:15)(43:5)(44:13) | |
| supervisor (33:16) | transcription (54:10) | (45:5)(45:20)(46:1) | |
| supplement (17:7) | trial (2:17)(10:5)(10:8) | (48:7)(49:7)(50:23) | |
| supposed (27:19)(28:2) | trip (39:1)(42:5) | (51:6)(51:17)(51:22) | |
| sure (23:11)(25:18) | true (35:12)(36:8) | We'd (8:15) | |
| (38:8)(39:2)(41:15) | (54:11) | Wednesday (1:16) | |
| (42:19) | trying (39:1)(42:5) | week (37:22) | |
| sworn (8:11) | (42:6) | weekend (36:2) | |
| | turned (37:2)(37:9) | welcome (50:7) | |
| T | (40:19) | we'll (16:2)(41:11) | |
| T00241 (5:11) | two (9:22)(13:8)(21:5) | went (46:10) | |
| T00242 (5:12) | (21:10)(32:9)(32:11) | we're (23:11) | |
| TABLE (5:1) | (33:2)(36:18)(40:11) | West (3:20) | |
| taken (1:14)(2:5)(9:16) | type (19:22)(26:22) | Westmill (4:6) | |
| (41:17)(53:2)(54:7) | (30:15)(43:12)(43:20) | What's (9:5)(18:2) | |
| taking (10:12)(35:13) | types (30:19) | (25:6)(29:6)(34:11) | |
| talked (50:11) | | (41:2)(47:14) | |
| tell (28:20)(28:22) | U | whereby (26:17) | |
| (35:22)(43:16)(45:17) | Uh-huh (42:22) | whereupon (8:7)(11:6) | |
| (46:14) | unacceptable (12:6) | (29:9)(36:13)(40:21) | |
| Teresa (22:3)(22:10) | unavailable (10:6) | (41:16)(45:10)(47:8) | |
| testified (8:12)(9:19) | uncooperative (46:19) | (47:10)(50:1)(52:1) | |
| testify (17:18)(17:19) | under (12:15) | Who's (44:18) | |