IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| NINA BENNETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NUMBER: |
| v. ) | 5:06-CV-04777-CLS |
| ) | |
| DECATUR GENERAL HOSPITAL, ) | |
| APOLLOMD PHYSICIAN ) | |
| SERVICES of AL, LLC, d/b/a ) | |
| EMERGENCY MEDICAL ) | |
| MANAGEMENT, and DR. HENRY ) | |
| GAILLARD, ) | |
| ) | |
| Defendants. ) | |

## AMENDED AFFIDAVIT FOR GARNISHMENT ON JUDGMENT

STATE OF ALABAMA
CITY OF BIRMINGHAM

Before me, the undersigned authority, personally appeared David J. Middlebrooks who being by me duly sworn deposed and says as follows:

I am the attorney for the above-named Defendant Decatur General Hospital; on June 13, 2008, a judgment was rendered by the United States District Court for the Northern District of Alabama in favor of said Defendant and against the above-named Plaintiff, in the amount of $2,893.65, and said Plaintiff is justly indebted to the Defendant Decatur General Hospital in

the amount of said judgment, together with costs of this writ ($255.00), plus interest in the sum of $12.00, computed at the rate of 1.56 % per annum from the date of the judgment for a balance outstanding in the amount of $3,160.00; and Decatur General Hospital, hereinafter referred to as garnishee, is believed to be indebted to said to Plaintiff, or to have effects of said Plaintiff, in its possession or control, and I believe process of garnishment against said garnishee is necessary to obtain satisfaction of said judgment.

_____
Affiant

SWORN TO AND SUBSCRIBED BEFORE me on Sept. 9, 2008.

Mary Jane Maple
NOTARY PUBLIC

My Commission Expires 7-7-09

2